# EXHIBIT 2

| Defendant | Seller Alias | Store Front | Infringing Product # | Screenshot Pages |
|---|---|---|---|---|
| Guangzhou Shengyang Leather Goods Co., Ltd | SYBAG | https://www.amazon.com/sp?ie=UTF8&seller=A1AUVG1U3URUAO | B0CDPQGC2M | 3-20 |
| | | | B0CDPRRS6C | 21-38 |
| | | | B0CKSGWZLR | 39-54 |
| | | | B0D3DL41F2 | 55-71 |
| | | | B0D3DVCCPZ | 72-89 |
| | | | B0DCNVL6TM | 90-107 |
| | | | B0DCNVW6J4 | 108-125 |
| | | | B0DCNY84YY | 126-143 |
| | | | B0DCNZP2ZT | 144-160 |
| | | | B0DJ2CTF43 | 161-174 |
| | | | B0DJ2CYZCZ | 175-189 |
| | | | B0DJ2DBD7L | 190-203 |
| | | | B0DL9XPMJT | 204-218 |
| | | | B0DL9XSS2Y | 219-233 |
| | | | B0DL9YVPH1 | 234-247 |
| | | | B0DL9ZHG6L | 248-262 |
| | | | B0DLB28S1P | 263-275 |
| | | | B0F5VWBVFL | 276-289 |
| | | | B0F5W25NQG | 290-303 |
| | | | B0F5W5PRX6 | 304-318 |
| Guangzhou Feizhuliu Leather Goods Co. Ltd. | Feshine | https://www.amazon.com/sp?ie=UTF8&seller=A1Y858UP297345 | B0D5D5YFLZ | 319-333 |
| | | https://www.walmart.com/global/seller/101299342 | 16281921001 | 334-343 |
| | | | 16201921672 | 344-355 |
| | | | 16223358980 | 356-365 |
| | | | 16234004763 | 366-377 |

# amazon

Delivering to Lake Zurich 60047
Update location

Home & Kitchen ⌄   | Search Amazon

EN

Hello, sign in
Account & Lists ⌄

Returns
& Orders

☰ All   Amazon Haul   Medical Care ⌄   Luxury Stores   Best Sellers   Amazon Basics   Groceries ⌄   New Releases   Today's Deals   Prime ⌄   Registry

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Shop Hasipu

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors

Click to see full view

## Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror Leaning for Living Room Bedroom

Visit the Hasipu Store

4.5 ★★★★☆   226 ratings

8% $219⁹⁹

Typical price: $239.89 ⓘ

Get $80 off instantly: Pay $139.99 upon approval for the Amazon Store Card.

### Delivery & Support
Select to learn more

Ships from Amazon | 30-day easy returns | Customer Support

Color: **Diamond Black**

$219.99
$239.89

See available options

Size: **63"L x 20"W**

| 47"L x 18"W | 59"L x 18"W | 59"L x 20"W |
| 61" x 22" | 63"L x 20"W | 65" x 22" |
| 69"L x 26"W | 63"L x 22"W |

### Bundles with this item

Hasipu 59"×20" LED Full-Length Mirror Wi…
-9% $399.89
Was: $439.68

Hasipu 61"×22" LED Full-Length Mirror Wi…
-9% $429.89
Was: $474.43

See all bundles

| **Brand** | Hasipu |
| **Room Type** | Dressing Room |

---

Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$219⁹⁹

FREE delivery **Monday, August 25**

Or fastest delivery **Sunday, August 24**. Order within 5 hrs 36 mins

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**



EDTEMI Full Length LED Mirror,…
4.6    569
$149⁹⁹

Sponsored ⓘ

Case 1:25-cv-10024 Document # 1-2 Filed 08/21/25 Page 4 of 377 PageID #:25

| Shape | Rectangular |
| --- | --- |
| Product Dimensions | 63"L x 20"W |
| Frame Material | Glass |

## About this item

- 【LARGE SIZE】: Length 63"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

⊡ Report an issue with this product or seller

Sponsored ⓘ

## Frequently bought together

 +  +

Total price: $244.88

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. **Show details**

**This item:** Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall…

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Square Cup Mat 4" Decor on…

8/20/25, 6:23 PM    Amazon.com: Hasipu Full Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted/Hanging Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 09/21/25 Page 5 of 377 PageID #:26

$219⁹⁹                           $13⁹⁰                          $10⁹⁹ ($2.75/count)

## Products related to this item  Sponsored ⓘ













| Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,... | Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L... | GLSLAND 65x26 LED Mirror Full Length, Aluminum Alloy Floor Mirrors with Lights, 3 C... | Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Deco... | Standing Mirror Full Length with LED Lights, 65"x26" Lighted Mirror with Dimming & ... | GLSLAND 76"x3... Length Mirror E Large Hanging Leaning Rectan... |

★★★★½ 1,255    ★★★★½ 112    ★★★★½ 296    ★★★★½ 91    ★★★★½ 45    ★★★★½ 44

$429⁷⁹

**Limited time deal**

-10% $170⁹⁰

Typical: $189.89

$175⁸⁰

$167⁷⁰

**Amazon's Choice**

-6% $159⁹⁹

Typical: $169.99

-10% $134⁹⁹

Typical: $149.99

✓prime

## Deals on related products  Sponsored ⓘ













| SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror... | Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & ... | Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L... | Antok Arched Full Length Mirror, 71"x28" Floor Mirror with Carved, Full Body Mirror... | Koonmi 34"x76" Arched Full Length Mirror, Gold Large Floor Mirror with Aluminum All... | 63"x20" LED Fu Mirror, Full Bod Mirror Standing or Wall Mou... |

★★★★★ 79    ★★★★½ 45    ★★★★½ 112    ★★★★☆ 131    ★★★★½ 835    ★★★★½ 70

**Limited time deal**

-20% $175⁹⁹

Typical: $219.99

-41% $81⁹⁹

Typical: $139.99

-10% $170⁹⁰

Typical: $189.89

-16% $142⁴⁸

List: $169.99

-26% $139⁹⁷

Typical: $189.99

-10% $89⁹⁹

List: $99.99

## From the brand

8/20/25, 6:23 PM
Amazon.com: Hasipu Full Length Mirror 63"×20" with Lights and Crystals Crush Diamond Wall Mounted Hanging Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 09/21/25 Page 6 of 377 PageID #:27

## Product description



**Haspu LED Crystal Mirror 63"x20"**

Learn More



| Q | Is the mirror difficult to install? |
|---|---|

| Q | Can lighting be turned off? |
|---|---|

| Q | I want to get one as gift for my daughter. Does it recommended? |
|---|---|

| Q | Is the mirror broken when the delivery arrived? |
|---|---|

# Popular Mirror by Hasipu



59"×18"Full Length Mirror     60" x 36" LED Wall Mirror     47" x 18" Door Mirror     61"x22"Fu

8/20/25, 6:23 PM
Amazon.com: Hasipu Full Length Mirror 63"×20" with Lights and Crystals Crushed Diamond Wall Mounted Hanging Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 09/21/25 Page 7 of 377 PageID #:28

| | Add to Cart | Buying Options | Add to Cart | Add to Ca |
|---|---|---|---|---|
| **Customer Reviews** | ⭐⭐⭐⭐⯨ 226 | ⭐⭐⭐⭐⯨ 17 | ⭐⭐⭐⭐⯨ 226 | ⭐⭐⭐⭐ |
| **Price** | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
| **Mounting** | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| **3 Color Temperature** | ✓ | ✓ | ✓ | ✓ |
| **Dimmable** | ✓ | ✓ | ✓ | ✓ |
| **Explosion-Proof Glass** | ✓ | ✓ | ✓ | ✓ |
| **Wall Hanging** | ✓ | ✓ | ✓ | ✓ |

## Product Videos



**A. Aguilar**
Customer Review: No Power Button the Crystal Crushed Diamond Model │ See Full Review

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Dressing Room |
| Shape | Rectangular |
| Product Dimensions | 63"L x 20"W |
| Frame Material | Glass |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Wood |
| Special Feature | Full Length |
| Color | Diamond Black |
| Theme | Space |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

8/20/25, 6:23 PM
Amazon.com: Hasipu Full Length Mirror 63" x 20" with Lights and Crystal Crystal Diamond, Wall Mounted Hanging Diamond Mirror L…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 09/21/25 Page 8 of 377 PageID #:29

| | |
|---|---|
| **Specific Uses For Product** | Dressing, Makeup |
| **Number of Pieces** | 1 |
| **Number of Items** | 1 |
| **Frame Type** | Unframed |
| **Item Weight** | 22.91 Kilograms |
| **Assembly Required** | Yes |
| **Frame Color** | black |
| **Manufacturer** | Hasipu |
| **Has Smart Features** | No |
| **Size** | 63"L x 20"W |
| **Is Hanging** | Yes |
| **Item Weight** | 50.4 pounds |
| **ASIN** | B0CDPQGC2M |
| **Item model number** | ZS008 |
| **Customer Reviews** | 4.5 ★★★★⯪ ∨   226 ratings<br>4.5 out of 5 stars |
| **Best Sellers Rank** | #252,294 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#225 in Floor & Full Length Mirrors |
| **Date First Available** | August 4, 2023 |

## Important information

### Safety Information

Caution: Ensure proper wall mounting to prevent falling. Handle with care to avoid breakage. Keep away from children's play areas.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping











72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro...
★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

Hasipu Full Length Mirror with Lights, 71" x 32" LED Lighted Floor Standing, Full B...
★★★★⯪ 1,255
-25% $225⁷¹
Typical: $299.79
✓prime

Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon...
★★★★⯪ 17
$259⁹⁹
✓prime

GLSLAND 65x26 LED Mirror Full Length, Aluminum Alloy Floor Mirrors with Lights, 3 C...
★★★★⯪ 296
Amazon's Choice
-6% $159⁹⁹
Typical: $169.99
✓prime

Crushed Diamo... Mirror: 36 x 24 Rectangular Gla Vanity with Dec...
★★★★⯪ 9
$175⁸⁰
✓prime

Case 1:25-cv-10024 Document #: 1-2 Filed: 09/31/25 Page 9 of 377 PageID #:30



Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



STAWDY Home Gym Mirror,67"x24"(Each)-2PCS Large…
4.4 ★★★★☆  40
$209.99



TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass…
4.6 ★★★★★  517
$159.99

STAWDY Ho Mirror,56"x…
4.4 ★★★
$89.99  Lis

---

## Customer reviews

★★★★½  4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai  Generated from the text of customer reviews

**Select to learn more**

✓ Beauty  |  ✓ Brightness  |  ✓ Quality  |  ✓ Size  |  Weight  |  ⊖ Functionality

### Reviews with images

See all photos ›

   

## Top reviews from the United States

 Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

8/20/25, 6:23 PM
Amazon.com: Hesru Full Length Mirror 63" x 20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror L...

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 10 of 377 PageID #:31



Helpful | Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**
Reviewed in the United States on July 14, 2025
**Verified Purchase**
Beautiful good quality love it

Helpful | Report

marina todisco

★★★★★ **Beautiful**
Reviewed in the United States on July 17, 2025
Color: Diamond Black | Size: 59"L x 20"W | **Verified Purchase**
This mirror is so snazzy! I love it!

Helpful | Report

Kathy Elkin

★★★★☆ **the plug is disappointing**
Reviewed in the United States on August 10, 2025
Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**
The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful | Report

Julie

★★★★★ **Beautiful mirror**
Reviewed in the United States on June 16, 2025
**Verified Purchase**
Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful | Report

Martha DeFazio

★★★★★ **Crystal light mirror**
Reviewed in the United States on August 5, 2025
Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**
Got this mirror for my daughters 14th birthday and she loves it.

Helpful | Report

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**
Reviewed in the United States on December 28, 2024
Color: Diamond Black | Size: 59"L x 18"W | **Verified Purchase**
I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 11 of 377 PageID #:82

they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W    Verified Purchase

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful | Report

**See more reviews** ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black | Size: 47"L x 18"W    Verified Purchase

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

**See more reviews** ›

Sponsored ⓘ

8/20/25, 6:23 PM
Amazon.com: Hospzl Full Length Mirror 63"×20" with Lights and Crystal Crust, Diamond, Wall Mounted Hanging, Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 12 of 377 PageID #:33

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates







**LIGHT ON**

**LIGHT OFF**






**Frame**



**Hooks**



**Diamond Details**



**Front**



**Back**



## SARETY & ENERGY SAVING

- 3-color lighting
- Large particles crystal diamond
- HD imaging glass
- Smart touch sensor

20"

63"



**Bedroom**

**Living room**

**Fashion store**

**Cloakroom**



8/20/25, 6:25 PM  Amazon.com: Hasipu Full-Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror L…

Case 1:25-cv-10924 Document #: 1-2 Filed: 08/21/25 Page 21 of 377 PageID #:42



8/20/25, 6:25 PM          Amazon.com: Hasipu Full Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror L…

Case 1:25-cv-10024 Document # 1-2 Filed 08/21/25 Page 22 of 377 PageID # 43

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bedroom |
| **Shape** | Rectangular |
| **Product Dimensions** | 69"L x 26"W |
| **Frame Material** | Glass |



Hasipu 79" x 32" Hollywood Full...

4.5          34

$299⁹⁹

Sponsored ⓘ

## About this item

- 【LARGE SIZE】: Length 69"x Width 26", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

🗨 Report an issue with this product or seller

Sponsored ⓘ

## Frequently bought together

 +  +



Total price: $743.78

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details



8/20/25, 6:25 PM  Amazon.com: Hasipu Full-Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 23 of 377 PageID #:44

**This item:** Hasipu Full-Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall…

VINGLI Mirrored Nightstands Set of 2, 23" W Glass Mirror Night Stand Set of 2, Modern Bedside…

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

## 4 stars and above  Sponsored ⓘ

     

Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,…
★★★★½ 1,255
-5% $405⁹³
Typical: $427.30
✓prime

Homsion Full Length Mirror, 77"x38" Oversized Arched Mirror Large Standing Mirrors,…
★★★★½ 303
**Limited time deal**
-10% $179⁹⁹
Typical: $199.99
✓prime

FENNIO Full Length Mirror with Lights, 70" x 32" LED Full Body Mirror, Free Standin…
★★★★½ 1,246
$299⁹⁹
✓prime

GLSLAND 76"x34" Full Length Mirror Extra Large Hanging or Leaning Rectangle…
★★★★½ 445
-10% $134⁹⁹
Typical: $149.99
✓prime

EDTEMI Full Length Mirror with LED Lights, 63" x 20" Body Straight Line Pattern L…
★★★★½ 616
$119⁹⁹
✓prime

Koonmi 71"x31" Mirror Full Leng… Bedroom Floor Mirror with Sta…
★★★★½ 62
Amazon's Choice
$129⁹⁹
✓prime

## Products related to this item  Sponsored ⓘ

     

Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,…
★★★★½ 1,255
-5% $405⁹³
Typical: $427.30
✓prime

FENNIO Full Length Mirror with Lights, 70" x 32" LED Full Body Mirror, Free Standin…
★★★★½ 1,246
$299⁹⁹
✓prime

Full Length Mirror, 77"x38" Oversized Arched Mirror Large Standing Mirrors, Tall…
★★★★½ 303
**Limited time deal**
-10% $179⁹⁹
Typical: $199.99
✓prime

GLSLAND 76"x34" Full Length Mirror Extra Large Hanging or Leaning Rectangle…
★★★★½ 445
-10% $134⁹⁹
Typical: $149.99
✓prime

Koonmi 71"x31" Floor Mirror Full Length, Bedroom Floor Body Mirror with Stand, Larg…
★★★★½ 627
Amazon's Choice
$129⁹⁹
✓prime

26x68 inch Full Mirror with Ligh Lighted Floor S Hanging Full…
★★★★★ 95
$159⁹⁹
✓prime

## From the brand

8/20/25, 6:25 PM
Amazon.com: Haspu Full Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging, Diamond Mirror L…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 24 of 377 PageID #:45

## Product description



| Q | Is the mirror difficult to install? | ▼ |
|---|---|---|

| Q | Can lighting be turned off? | ▼ |
|---|---|---|

| Q | I want to get one as gift for my daughter. Does it recommended? | ▼ |
|---|---|---|

| Q | Is the mirror broken when the delivery arrived? | ▼ |
|---|---|---|

## Popular Mirror by Hasipu

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 25 of 377 PageID #:46






| | **59"×18"Full Length Mirror** | **60" x 36" LED Wall Mirror** | **47" x 18" Door Mirror** | **61"x22"Fu** |
|---|---|---|---|---|
| | Add to Cart | Buying Options | Add to Cart | Add to Ca |
| Customer Reviews | ★★★★½ 226 | ★★★★½ 17 | ★★★★½ 226 | ★★★★½ |
| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



Amy & Friends POV  Earns commissions
Over The Door Hanging Mirror

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Bedroom |
| Shape | Rectangular |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

8/20/25, 6:25 PM    Amazon.com: Hasipu Full Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror L...

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 26 of 377 PageID #:47

| | |
|---|---|
| Product Dimensions | 69"L x 26"W |
| Frame Material | Glass |
| Mounting Type | Floor Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Color | Diamond Black |
| Theme | Space |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Frame Type | Framed |
| Item Weight | 30.39 Kilograms |
| Assembly Required | No |
| Frame Color | black |
| Manufacturer | Hasipu |
| Size | 69"L x 26"W |
| Item Weight | 66.9 pounds |
| ASIN | B0CDPRRS6C |
| Item model number | ZS009 |
| Customer Reviews | 4.5 ★★★★½ ⌄  4.5 out of 5 stars    226 ratings |
| Best Sellers Rank | #252,259 in Home & Kitchen (See Top 100 in Home & Kitchen) #225 in Floor & Full Length Mirrors |
| Date First Available | August 4, 2023 |

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Important information

### Safety Information

This product may contain sharp edges if broken. Always use caution when handling and installing. Secure the mirror properly to prevent it from falling or breaking. Keep the mirror away from heat sources and areas with high humidity to prevent damage.

## Products related to this item    Sponsored ⓘ

     

**Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,...**
★★★★½ 1,255
$429⁷⁹
✓prime

**26x68 inch Full Length Mirror with Lights, LED Lighted Floor Standing, Hanging Full...**
★★★★★ 95
$159⁹⁹
✓prime

**72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...**
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

**HARRITPURE 76"x34" Arched Full Length Mirror Free Standing Leaning Mirror...**
★★★★½ 3,387
-10% $134⁹⁹
Typical: $149.99
✓prime

**FENNIO Full Length Mirror with Lights, 70" x 32" LED Full Body Mirror, Free Standin...**
★★★★½ 1,246
$299⁹⁹
✓prime

**Full Length Mirror 77"x38" Oversize Arched Mirror L Standing Mirro**
★★★★½ 30
Limited time deal
-10% $179⁹⁹
Typical: $199.99
✓prime

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 27 of 377 PageID #:48



Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass…
4.6 ★★★★½ 517
$159.99



STAWDY Home Gym Mirror,56"x16"(Each)-2PCS Large…
4.4 ★★★★½ 40
$89.99 List: $119.99



ITETU 71" x Stand – Ove…
4.8 ★★★
$129.99

---

## Customer reviews

★★★★½   4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Beauty  |  ✓ Brightness  |  ✓ Quality  |  ✓ Size  |  Weight  |  ⊖ Functionality

### Reviews with images

See all photos ›



---

## Top reviews from the United States

Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.



Sponsored ⓘ

Helpful        |     Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★  **Quality Beauty**
Reviewed in the United States on July 14, 2025
Verified Purchase

Beautiful good quality love it

Helpful        |     Report

marina todisco

★★★★★  **Beautiful**
Reviewed in the United States on July 17, 2025
Color: Diamond Black   |   Size: 59"L x 20"W      Verified Purchase

This mirror is so snazzy! I love it!

Helpful        |     Report

Kathy Elkin

★★★★☆  **the plug is disappointing**
Reviewed in the United States on August 10, 2025
Color: Diamond Black   |   Size: 47"L x 18"W      Verified Purchase

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful        |     Report

Julie

★★★★★  **Beautiful mirror**
Reviewed in the United States on June 16, 2025
Verified Purchase

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful        |     Report

Martha DeFazio

★★★★★  **Crystal light mirror**
Reviewed in the United States on August 5, 2025
Color: Diamond Black   |   Size: 47"L x 18"W      Verified Purchase

Got this mirror for my daughters 14th birthday and she loves it.

Helpful        |     Report

Nastassia Rodriguez

★☆☆☆☆  **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**
Reviewed in the United States on December 28, 2024
Color: Diamond Black   |   Size: 59"L x 18"W      Verified Purchase

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 29 of 377 PageID #:50

they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W | **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

8/20/25, 6:25 PM    Amazon.com: Hasipu Full-Length Mirror 63"×26" with Lights and Crystab Crust Diamond, Wall Mounted Hanging, Diamond Mirror L…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 30 of 377 PageID #:51

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates





# MULTI WAYS TO USE

Leaning

Hanging
(Horizontal/Vertical)

Standing



**LIGHT ON**

**LIGHT OFF**





**Frame**



**Hooks**



**Diamond Details**





**Front**



**Back**



## SARETY & ENERGY SAVING

- 3-color lighting
- Large particles crystal diamond
- HD  HD imaging glass
- Smart touch sensor

26"

69"



**Bedroom**

**Living room**

**Fashion store**

**Cloakroom**



Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 39 of 377 PageID #:60





Shop Hasipu

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

 



5 VIDEOS

## Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body Mirror Leaning for Living Room Bedroom Long Dressing Mirror Black

Visit the Hasipu Store

4.5 ★★★★⯪ ⌄          226 ratings

-8%  $119⁹⁹

Typical price: $129.79 ⓘ

FREE Returns ⌄

Get $80 off instantly: Pay $39.99 upon approval for the Amazon Store Card.

Color: **Diamond Black**

$119.99
$129.79

See available options

Size: **47"L x 18"W**

| 47"L x 18"W | 59"L x 18"W | 59"L x 20"W |
| 61" x 22" | 63"L x 20"W | 65" x 22" |
| 69"L x 26"W | 63"L x 22"W | |

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bedroom |
| **Shape** | Square |
| **Product Dimensions** | 47"L x 18"W |
| **Frame Material** | Glass |

## About this item

- 【DOOR MIRROR FULL LENGTH】Length 47"x Width 18", Thickness: 0.8 inch. The diamond mirror offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. It's also perfect for small space to provide more expansive visuals and



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$119⁹⁹

FREE Returns ⌄

FREE delivery **Monday, August 25**. Order within **5 hrs 41 mins**

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SYBAG |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List





EDTEMI Full Length LED Mirror,...

4.6          569

$149⁹⁹

Sponsored ⓘ

8/20/25, 6:18 PM    Amazon.com: Hasipu 47"x18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 40 of 377 PageID #:61

enhances the sense of space.enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】：LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【NON-SLIP MAT DESIGN】: The mirror is equipped with a non-slip mat to ensure that the mirror hangs on the door when the door is closed will not be randomly jogging, the mirror is fixed to the door at all times, do not need to worry about the mirror will slide off the door.

- 【LEANING AGAINST WALL & DOOR HANGING】There are different ways to use the mirror leaning against wall or hanging on door, it won't occupy more spaces and can be moved to bedroom, living room or cloakroom easily at your will.

- 【WORRY-FREE SERVICE】To make you rest assured to make an order, we provide a complete service. If there is any pre-sale or after-sale question on the full body mirror (eg. broken accidently, accessories missing, etc.), we will provide you with the best solution within 24 hours.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Frequently bought together

  ＋    ＋

Total price: $159.88

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over T…
$119⁹⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…
$13⁹⁰

Aeveco Crystal Crush Diamond Mirrored Candle Sconces, Silver Wall Candle Holder Set of 2, W…
$25⁹⁹

## 4 stars and above Sponsored ⓘ

8/20/25, 6:18 PM    Amazon.com: Hasipu 47 DX18 Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 41 of 377 PageID #:62

     

**Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,...**
★★★★☆ 1,255
$429⁷⁹
✓prime

**Crystal Crush Diamond Wall Mirror-47 x24 Silver Mirror, Gorgeous Rectangle Mirrors ...**
★★★★★ 227
$229⁹⁹
✓prime

**Hasipu 55" X 18" Full Length Mirror with Lights, Black Frame Arch Led Mirror Full L...**
★★★★☆ 190
-8% $109⁹⁹
Typical: $119.79
✓prime

**Floor Mirror Full Length 18×59 Inch, Full Body Mirror with Frame, Wall Mirrors for ...**
★★★★☆ 380
$211⁹⁹
✓prime

**EDTEMI Full Length Mirror with LED Lights, 63" x 20" Body Straight Line Pattern L...**
★★★★☆ 616
$119⁹⁹
✓prime

**GLSLAND 65x2 Mirror Full Leng Aluminum Allo Mirrors with Lig**
★★★★☆ 29
Amazon's Choice
-6% $159⁹⁹
Typical: $169.99
✓prime

## Deals on related products  Sponsored ⓘ

     

**Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & ...**
★★★★☆ 45
Limited time deal
-41% $81⁹⁹
Typical: $139.99

**56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 ...**
★★★★☆ 63
Amazon's Choice
Limited time deal
-14% $71¹⁹
Typical: $82.39
✓prime

**SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…**
★★★★★ 79
Limited time deal
-20% $175⁹⁹
Typical: $219.99
✓prime

**63"x20" LED Full Length Mirror with Lights, Wall Mounted, Freestanding & Leaning, F...**
★★★★★ 9
Limited time deal
-15% $85⁴⁹
List: $99.99
✓prime

**64"x21" Full Length Mirror with LED Lights, Hanging Mounted Mirrors, Aluminum…**
★★★★☆ 208
Limited time deal
-28% $76⁴⁹
List: $105.99
✓prime

**Hasipu 69" X 24 Length Mirror Lights, White F Led Mirror Full**
★★★★☆ 1
Limited time deal
-10% $170⁹⁰
Typical: $189.89
✓prime

## From the brand

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

**Diamond Mirror 4**

Case 1:25-cv-10024 Document #: 1-2 Filed 08/21/25 Page 42 of 377 PageID #:63

## Product description



Haspu LED Crystal Mirror

Haspu LED Crystal
Mirror 63"x20"

Learn More

● ○ ○ ○ ○



| Q | Is the mirror difficult to install? ▾ |
| Q | Can lighting be turned off? ▾ |
| Q | I want to get one as gift for my daughter. Does it recommended? ▾ |
| Q | Is the mirror broken when the delivery arrived? ▾ |

## Popular Mirror by Hasipu



| 59"×18"Full Length Mirror | 60" x 36" LED Wall Mirror | 47" x 18" Door Mirror | 61"x22"Fu |
| Add to Cart | Buying Options | Add to Cart | Add to Ca |

**Customer Reviews**  ★★★★½ 226  ★★★★½ 17  ★★★★½ 226  ★★★★★

8/20/25, 6:18 PM
Amazon.com: Hasipu 47"x18" Full Length Mirror with Lights and Crystal Frame Diamond, Over The Door Hanging Mirror, Full Body…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 43 of 377 PageID #:64

| Price | $199$^{89}$ | — | $119$^{99}$ | $147$^{05}$ |
|---|---|---|---|---|
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



**Amy & Friends POV** Earns commissions
Over The Door Hanging Mirror

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Bedroom |
| Shape | Square |
| Product Dimensions | 47"L x 18"W |
| Frame Material | Glass |
| Mounting Type | Floor Standing, Door Mount, Wall Leaning |
| Finish Type | Polished |
| Surface Recommendation | wall-mounted, over-the-door |
| Color | Diamond Black |
| Theme | Space |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Frame Type | Framed |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 44 of 377 PageID #:65

| | |
|---|---|
| Item Weight | 27.8 Pounds |
| Assembly Required | No |
| Frame Color | black |
| Manufacturer | Hasipu |
| Has Smart Features | No |
| Size | 47"L x 18"W |
| Is Hanging | Yes |
| Item Weight | 27.8 pounds |
| ASIN | B0CKSGWZLR |
| Item model number | GM003 |
| Customer Reviews | 4.5 ★★★★⯪ ⌄    226 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #252,259 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#225 in Floor & Full Length Mirrors |
| Date First Available | October 10, 2023 |

## Important information

### Safety Information

Always handle with care to avoid breakage. Keep away from children and pets. Securely mount the mirror to prevent it from falling. Be cautious of sharp edges.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping













Hasipu Full Length Mirror with Lights, 65" x 22" LED Floor Mirror, Full Body Dressi...

★★★★⯪ 1,255
$154⁷⁹
✓prime
Save $15.00 with coupon

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro...

★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...

★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

Full Length Mirror 76"x34" Full Body Floor Mirror for Bedroom or Cloakroom, Can Sta...

$150⁴⁸
✓prime
Save $30.00 with coupon

GLSLAND 65x26 LED Mirror Full Length, Aluminum Alloy Floor Mirrors with Lights, 3 C...

★★★★⯪ 296
Amazon's Choice
-6% $159⁹⁹
Typical: $169.99
✓prime

EDTEMI Full Le Mirror with LED 63" x 20" Body Line Pattern L...

★★★★⯪ 6
$119⁹⁹
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

8/20/25, 6:18 PM Amazon.com: Hasipu 47"x18" Full Length Mirror with Lights and Crystal Cross Diamond, Over The Door Hanging Mirror, Full Body…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 45 of 377 PageID #:66



TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass…
4.6 ★★★★½ 517
$159.99



ITETU 71" x 32" Full Length Mirror with Stand – Oversized Floor Mirror,…
4.8 ★★★★★ 137
$129.99



LadyNow Fu
Arched Floo
4.5 ★★★
$139.99  L

## Customer reviews

★★★★½  4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 75% |
| 4 star | ██ | 13% |
| 3 star | █ | 4% |
| 2 star | █ | 2% |
| 1 star | █ | 6% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Beauty    ✓ Brightness    ✓ Quality    ✓ Size    Weight    ⊖ Functionality

### Reviews with images

See all photos ›

  

### Top reviews from the United States

Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

[ Helpful ]    |    Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

**Verified Purchase**

Beautiful good quality love it

[ Helpful ]    |    Report

marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black  |  Size: 59"L x 20"W  |  **Verified Purchase**

This mirror is so snazzy! I love it!

8/20/25, 6:18 PM
Amazon.com: Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crest Diamond Over The Edge Hanging Mirror, Full Body…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 46 of 377 PageID #:67

Helpful | Report

Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful | Report

Julie

★★★★★ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

**Verified Purchase**

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful | Report

Martha DeFazio

★★★★★ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Got this mirror for my daughters 14th birthday and she loves it.

Helpful | Report

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black | Size: 59"L x 18"W | **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W | **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful  |  Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 48 of 377 PageID #:69







# TWO WAYS TO USE

## Decorative Mirror

## Door Mirror



SUPERIOR DIAMOND MATERIAL

VS

Ours

Others



Large Diamond Particles

Non-slip Sticker ×2

Hooks ×4



Frame



Wire Connector



Diamond Details





Front



Back



8/20/25, 6:19 PM   Amazon.com: Hasipu 59"×18" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 55 of 377 PageID #:76



8/20/25, 6:19 PM — Amazon.com: Hasipu 59"×18" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 56 of 377 PageID #:77

- 【LARGE SIZE】: Length 59"x Width 18", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Frequently bought together

 ☑ +  ☑ +  ☑

Total price: $239.78

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Hasipu 59"×18" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…
$199⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…
$13⁹⁰

Aeveco Crystal Crush Diamond Mirrored Candle Sconces, Silver Wall Candle Holder Set of 2, W…
$25⁹⁹

## Deals on related products  Sponsored ⓘ

8/20/25, 6:19 PM    Amazon.com: Hasipu 69" X 24" LED Full Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 57 of 377 PageID #:78













**Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…**

★★★★⯪ 112

Limited time deal

-10% $170⁹⁰

Typical: $189.89

✓prime

**InfiniGlass Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror wit…**

★★★★⯪ 45

Limited time deal

-41% $81⁹⁹

Typical: $139.99

**Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va…**

★★★★⯪ 50

Amazon's Choice

Limited time deal

-35% $129⁹⁹

Typical: $199.99

✓prime

**64"x21" Full Length Mirror with LED Lights, Hanging Mounted Mirrors, Aluminum…**

★★★★⯪ 208

Limited time deal

-28% $76⁴⁹

List: $105.99

✓prime

**Koonmi LED Full Length Mirror, 65"x26" Floor Mirror with Dimmable Lights - 3 Color …**

★★★★⯪ 15

Limited time deal

-20% $116⁷⁹

Typical: $145.99

**SHYFOY Crushed Diamond Mirror Wall Decor, 35… Decorative Mirr…**

★★★★★ 79

Limited time deal

-20% $175⁹⁹

Typical: $219.99

✓prime

## Products related to this item  Sponsored ⓘ













**Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B…**

★★★★⯪ 1,255

-32% $204³⁰

List: $299.79

✓prime

Save 10%  with coupon

**Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…**

★★★★⯪ 112

Limited time deal

-10% $170⁹⁰

Typical: $189.89

✓prime

**Arch Full Length Standing Mirror with LED Lights, 56"x20" Lighted Mirror with Dimmi…**

★★★★★ 29

$89⁹⁹

✓prime

Save 20%  with coupon

**LED Full Length Mirror - 64" x 21" Mirror Full Length with Rounded Corner, Floor St…**

★★★★⯪ 57

$129⁹⁹

✓prime

**Koonmi 71"x31" Floor Mirror Full Length, Bedroom Floor Body Mirror with Stand, Larg…**

★★★★⯪ 627

Amazon's Choice

$129⁹⁹

✓prime

**EDTEMI Full Le Mirror, 63"x20" Pattern Lights · Up & Wall M…**

★★★★⯪ 56

$149⁹⁹

✓prime

## From the brand

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

**Diamond Mirror 4**

8/20/25, 6:19 PM    Amazon.com: Hasipu 59" ×18" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 58 of 377 PageID #:79

**Product description**



Haspu LED Crystal Mirror

Haspu LED Crystal
Mirror 63"x20"

Learn More

| Q | Is the mirror difficult to install? | ▼ |
|---|---|---|

| Q | Can lighting be turned off? | ▼ |
|---|---|---|

| Q | I want to get one as gift for my daughter. Does it recommended? | ▼ |
|---|---|---|

| Q | Is the mirror broken when the delivery arrived? | ▼ |
|---|---|---|

## Popular Mirror by Hasipu



59"×18"Full Length Mirror    60" x 36" LED Wall Mirror    47" x 18" Door Mirror    61"x22"Fu

Add to Cart        Buying Options        Add to Cart        Add to Ca

Customer Reviews        ★★★★½ 226        ★★★★½ 17        ★★★★½ 226        ★★★★

| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
|---|---|---|---|---|
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



**Amy & Friends POV**  Earns commissions
Over The Door Hanging Mirror

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Bedroom |
| Shape | Rectangular |
| Product Dimensions | 59"L x 18"W |
| Frame Material | Aluminum |
| Style | Modern |
| Mounting Type | Floor Mount |
| Finish Type | Oil |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Diamond Black |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Material | Glass |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 60 of 377 PageID #:81

| | |
|---|---|
| Frame Type | Unframed |
| Assembly Required | No |
| Frame Color | black |
| Manufacturer | Hasipu |
| Size | 59"L x 18"W |
| Number of Packs | 1 |
| Item Weight | 42.9 pounds |
| ASIN | B0D3DL41F2 |
| Item model number | ZS010 |
| Customer Reviews | 4.5 ★★★★⯪ ⌄ <br> 4.5 out of 5 stars | 226 ratings |
| Best Sellers Rank | #252,294 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #225 in Floor & Full Length Mirrors |
| Date First Available | May 6, 2024 |

## Important information

### Safety Information

Handle with care to avoid injury from broken glass. Ensure proper installation using the provided hangers to prevent the mirror from falling.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping











**Hasipu Full Length Mirror with Lights, 79" x 32" LED Lighted Floor Standing Mirror,...**
★★★★⯪ 1,255
-10% $269⁸⁰
Typical: $299.79
✓prime
Save 10% with coupon

**70"x 24" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmable Lig...**
★★★★⯪ 149
-12% $289⁹⁹
Typical: $329.99
✓prime
Save 10% with coupon

**Hasipu 79" X 36" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**
★★★★⯪ 112
Limited time deal
-21% $251²⁴
Typical: $319.99
✓prime

**Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va...**
★★★★⯪ 50
Amazon's Choice
Limited time deal
-35% $129⁹⁹
Typical: $199.99
✓prime

**Arch Full Length Standing Mirror with LED Lights, 56"x20" Lighted Mirror with Dimmi...**
★★★★★ 29
$89⁹⁹
✓prime
Save 20% with coupon

**LED Full Length 64" x 21" Mirror Length with Ro Corner, Floor St**
★★★★⯪ 57
$129⁹⁹
✓prime



2025 NISSAN FRONTIER
1.9% APR FINANCING FOR 60 MONTHS
FOR WELL-QUALIFIED BUYERS
SHOP NOW
NISSAN

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 61 of 377 PageID #:82



STAWDY Home Gym Mirror,67"x24"(Each)-2PCS Large…
4.4 ★★★★½ 40
$209.99



TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass…
4.6 ★★★★½ 517
$159.99



STAWDY Ho…
Mirror,56"x…
4.4 ★★★★
$89.99  Lis

## Customer reviews

★★★★½  4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Beauty | ✓ Brightness | ✓ Quality | ✓ Size | Weight | ⊖ Functionality

### Reviews with images

See all photos ›






### Top reviews from the United States

Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

[ Helpful ] | Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

**Verified Purchase**

Beautiful good quality love it

[ Helpful ] | Report

marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black  |  Size: 59"L x 20"W  |  **Verified Purchase**

This mirror is so snazzy! I love it!

| Report

8/20/25, 6:19 PM
Amazon.com: Hasipu 59" x 18" Full Length Mirror Crystal Crush Diamond Wall Mounted Diamond Mirror Leaning for Living Ro…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 62 of 377 PageID #:83

Helpful

Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful | Report

Julie

★★★★★ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

**Verified Purchase**

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful | Report

Martha DeFazio

★★★★★ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Got this mirror for my daughters 14th birthday and she loves it.

Helpful | Report

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black | Size: 59"L x 18"W | **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W | **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

8/20/25, 6:19 PM    Amazon.com: Hasipu 69" Full-Length Mirror Crystal Crash Diamond Wall Mounted Diamond Mirror Leaning for Living Ro…

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 63 of 377 PageID #:84

10 people found this helpful

Helpful    |    Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★  **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

8/20/25, 6:19 PM
Amazon.com: Hasipu 59" OC ULED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 64 of 377 PageID #:85







**LIGHT ON**

**LIGHT OFF**







**Frame**



**Hooks**



**Diamond Details**





**Front**



**Back**





**Bedroom**

**Living room**

**Fashion store**

**Cloakroom**





Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

     



5 VIDEOS

## Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

4.5 ★★★★½    226 ratings

$239⁷⁹

FREE Returns ⌄

Get $80 off instantly: Pay $159.79 upon approval for the Amazon Store Card.

Color: **Diamond Black Arch**



See available options



$239.79

Size: **63"L x 22"W**

| 47"L x 18"W | 59"L x 18"W | 59"L x 20"W |

| 61" x 22" | 63"L x 20"W | 65" x 22" |

| 69"L x 26"W | **63"L x 22"W** |

| **Brand** | Hasipu |
|---|---|
| **Room Type** | Bedroom |
| **Shape** | Oval |
| **Product Dimensions** | 63"L x 22"W |
| **Frame Material** | Aluminum |

## About this item

- 【LARGE SIZE】 : Length 63"x Width 22", Thickness: 0.8 inch. The large size of the arched diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】 :  LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make





Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$239⁷⁹

FREE Returns ⌄

FREE delivery **Monday, August 25**

Or fastest delivery **Sunday, August 24**. Order within 5 hrs 43 mins

⊙ Delivering to Lake Zurich 60047 - Update location

**Only 14 left in stock - order soon.**

Quantity: 1 ⌄

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Support | Product support included |
| Packaging | Ships in product packaging |

⌄ See more

☐ Add a gift receipt for easy returns

Add to List





Hasipu 69" X 24" Full Length
4.2       112
$170⁹⁰

Sponsored ⓘ

8/20/25, 6:16 PM    Amazon.com: Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall-Mounted Diamond Mirror Lea…

Case 1:25-cv-10024 Document #: 1-2 Filed: 03/21/25 Page 73 of 377 PageID #:94

the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

  Report an issue with this product or seller



Sponsored ⓘ

## Customers also bought

Based on products customers bought together

  ＋

**This item:** Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, W…
4.5 ★★★★½ 226
$239⁷⁹

Sponsored ⓘ
Ruomeng Rectangular Wall Mirror Crystal Crush Diamond Mirror for Home Décor Accent Mirror for…
4.7 ★★★★½ 472
-5% $37⁹⁹
Typical: $39.99
✓prime

Total price: $277.78

Add both to Cart

ⓘ One of these items ships sooner than the other.
Show details

## Deals on related products  Sponsored ⓘ

Page 1 of 5

8/20/25, 6:16 PM    Amazon.com: Hasipu 63"×20" LED Full-Length Mirror with Design with Crystal Crush Diamond/ Wall Mounted Diamond Mirror Lea…

Case 1:25-cv-10024 Document #: 1-2 Filed: 03/21/25 Page 74 of 377 PageID #:95



**Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**

★★★★☆ 112

Limited time deal

-10% $359⁹⁹

Typical: $399.99

✓prime



**Koonmi LED Full Length Mirror, 65"x26" Floor Mirror with Dimmable Lights - 3 Color ...**

★★★★☆ 15

Limited time deal

-20% $116⁷⁹

Typical: $145.99



**Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & ...**

★★★★☆ 45

Limited time deal

-41% $81⁹⁹

Typical: $139.99



**MELOMOIR Arched Full Length Mirror, 44"x72" Oversized Floor Mirror Freestanding, La...**

★★★★☆ 80

Limited time deal

-18% $179⁹⁹

Typical: $219.99

✓prime



**Antok Arched Full Length Mirror, 81"x41" Floor Mirror with Carved, Full Body Mirror...**

★★★★☆ 131

Limited time deal

-10% $323⁹⁹

List: $359.99

✓prime

---

## Products related to this item  Sponsored ⓘ

Page 1 of 58

‹



**Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**

★★★★☆ 112

Limited time deal

-10% $359⁹⁹

Typical: $399.99

✓prime



**EDTEMI Full Length LED Mirror, 63"x20" with Star Pattern Lights - Stand Up & Wall M...**

★★★★☆ 569

$149⁹⁹

✓prime



**Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon...**

★★★★☆ 17

$259⁹⁹

✓prime



**GLSLAND 34x76 inch Full Length Mirror with Lights - LED Full Body Mirrors Stepless ...**

★★★★☆ 296

Amazon's Choice

$229⁹⁹

✓prime



**Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Home Dé...**

★★★★☆ 8

$199⁸⁹

✓prime

›

---

## From the brand

‹

# HASIPU

## What's suitable is the best!

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

›



Diamond Mirror 4

8/20/25, 6:16 PM
Amazon.com: Hasipu 63" x 22" LED Full-Length Mirror with Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Lea…

Case 1:25-cv-10024 Document #: 1-2 Filed: 03/21/25 Page 75 of 377 PageID #:96

## Product description



Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 76 of 377 PageID #:97



Haspu LED Crystal Mirror 63"x20"

Learn More

THANKS FOR CHOOSING US · WELCOME TO HASIPU

| Q | Is the mirror difficult to install? | ▼ |
| Q | Can lighting be turned off? | ▼ |
| Q | I want to get one as gift for my daughter. Does it recommended? | ▼ |
| Q | Is the mirror broken when the delivery arrived? | ▼ |

8/20/25, 6:16 PM
Amazon.com: Hasipu 63" x 22" LED Full-Length Mirror with Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Lea…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 77 of 377 PageID #:98

# Popular Mirror by Hasipu

   

| | 59"×18" Full Length Mirror | 60" x 36" LED Wall Mirror | 47" x 18" Door Mirror | 61"x22"Ful |
|---|---|---|---|---|
| | Add to Cart | Buying Options | Add to Cart | Add to Ca |
| Customer Reviews | ★★★★½ 226 | ★★★★½ 17 | ★★★★½ 226 | ★★★★½ |
| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical Onl |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



SYBAG
Hasipu Full-Length Mirror with Lights Crystal Crush Diamond

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 78 of 377 PageID #:99

# Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Bedroom |
| Shape | Oval |
| Product Dimensions | 63"L x 22"W |
| Frame Material | Aluminum |
| Style | Modern |
| Mounting Type | Wall Mount / Lean |
| Finish Type | Oil |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Diamond Black Arch |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Material | Glass |
| Frame Type | Unframed |
| Assembly Required | No |
| Frame Color | Diamond Black Arch |
| Manufacturer | Hasipu |
| Size | 63"L x 22"W |
| Number of Packs | 1 |
| Item Weight | 45.5 pounds |
| ASIN | B0D3DVCCPZ |
| Item model number | ZS012 |
| Customer Reviews | 4.5 ★★★★⯪ ⌄    226 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #252,294 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#225 in Floor & Full Length Mirrors |
| Date First Available | May 6, 2024 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

# Important information

### Safety Information

Warning: This mirror is heavy and may break if dropped or mishandled. Always use appropriate safety precautions when handling, installing, or moving the mirror. Use the provided mounting hardware to securely fasten the mirror to the wall. Keep the mirror away from areas where it could be easily knocked over or broken.

# Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

    

| 70"x 24" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmable Lig... | Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon... | Hasipu Vanity Mirror with Lights and Bluetooth Speaker, 55" x 35.8" LED Makeup Mirr... | Hasipu Full Length Mirror with Lights, 65" x 21.7" LED Floor Mirror, Full Body Dres... | Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L... | GLSLAND 34x7 Full Length Mirror Lights - LED Fu Mirrors Steples |
|---|---|---|---|---|---|
| ★★★★☆ 149 | ★★★★☆ 17 | ★★★★☆ 1,646 | ★★★★☆ 1,255 | ★★★★☆ 112 | ★★★★☆ 29 |
| -12% $289⁹⁹ | -12% $349⁹⁹ | $329⁹⁹ | -16% $134⁹⁹ | **Limited time deal** | **Amazon's Choice** |
| Typical: $329.99 | List: $399.89 | ✔prime | Typical: $159.99 | -10% $359⁹⁹ | $229⁹⁹ |
| ✔prime | ✔prime | | ✔prime | Typical: $399.99 | ✔prime |
| **Save 10%** with coupon | | | **Save 5%** with coupon | ✔prime | |



Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



pertetey Home Gym Mirror, 63X24 Inch(2Pack) Wall Mounted Large…
4.4 ★★★★☆ 420
$189.26



LadyNow Full Length Mirror, 71"x32" Arched Floor Mirror Freestanding,…
4.5 ★★★★☆ 285
$139.99  List: $174.99



InfiniGlass S with LED Lig
4.3 ★★★
**26% off** Lir
$95.99  Typ

## Customer reviews

★★★★☆  4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Beauty | ✓ Brightness | ✓ Quality | ✓ Size | Weight | ⊖ Functionality

## Reviews with images

See all photos ›

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ





## Top reviews from the United States

Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black | Size: 47"L x 18"W | Verified Purchase

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

Helpful | Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

Verified Purchase

Beautiful good quality love it

Helpful | Report

marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black | Size: 59"L x 20"W | Verified Purchase

This mirror is so snazzy! I love it!

Helpful | Report

Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black | Size: 47"L x 18"W | Verified Purchase

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful | Report

Julie

★★★★★ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

Verified Purchase

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful | Report

Martha DeFazio

★★★★★ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black | Size: 47"L x 18"W | Verified Purchase

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 81 of 377 PageID #:102

Got this mirror for my daughters 14th birthday and she loves it.

Helpful | Report

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black | Size: 59"L x 18"W | **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W | **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful | Report

**See more reviews** ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

**See more reviews** ›



Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇕     🇺🇸 United States

**Amazon Music**
Stream millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Veeqo**
Shipping Software
Inventory
Management

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print
Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

8/20/25, 6:16 PM
Amazon.com: HESDIGI 63" x 22" UTEC Full-Length Mirror Arch Design with Crystal Cross Diamond, Wall Mounted Diamond Mirror Lea…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 83 of 377 PageID #:104

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates







# AJUSTABLE BRIGHTNESS
Long-press to adjust the lights



Hooks×2



Diamond Details



Wire Connerctor





# THREE WAYS TO INSTALL

Leaning     Hanging     Freestanding







Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 90 of 377 PageID #:111

# Amazon

Delivering to Lake Zurich 60047
Update location

Home & Kitchen

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

All | Amazon Haul | Medical Care | Luxury Stores | Best Sellers | Amazon Basics | Groceries | New Releases | Today's Deals | Prime | Registry

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop Hasipu

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

5 VIDEOS

3+

## Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

4.5 ★★★★½         226 ratings

-9% $199.79

List Price: $219.89 ⓘ

FREE Returns

Get $80 off instantly: Pay $119.79 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Diamond Black**

$199.79
$219.89

See available options

Size: **59"L x 20"W**

| 47"L x 18"W | 59"L x 18"W | 59"L x 20"W |
| 61" x 22" | 63"L x 20"W | 65" x 22" |
| 69"L x 26"W | 63"L x 22"W | |

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bedroom |
| **Shape** | Rectangular |
| **Product Dimensions** | 59"L x 20"W |
| **Frame Material** | Glass |

## About this item

- 【LARGE SIZE】: Length 59"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush

### Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

Buy new: ⦿
$199.79

FREE Returns

FREE delivery **Monday, August 25**

Or Prime members get FREE delivery **Friday, August 22**. Order within 5 hrs 38 mins. Join Prime

Delivering to Lake Zurich 60047 - Update location

**Only 19 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SYBAG |
| Support | Product support included |
| Packaging | Ships in product packaging |

⌄ See more

☐ Add a gift receipt for easy returns

Save with Used - Very Good ◯
$189.86

FREE delivery Tuesday, August 26

Ships from: Amazon
Sold by: Amazon Resale

Add to List

8/20/25, 6:21 PM
Amazon.com: Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 91 of 377 PageID #:112

diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

Report an issue with this product or seller

Sponsored ⓘ

**Other sellers on Amazon**

New & Used (2) from $189⁸⁶ & FREE Shipping.



Vlsrka Full Length Mirror with R...

4.4      1,297

$169⁹⁹

Sponsored ⓘ

---

## Frequently bought together

 ☑️  +   ☑️

**This item:** Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…
$199⁷⁹

12PCS Shower Curtain Hooks Rings for Bathroom, Stainless Steel Rust Resistant Decorative…
$9⁹⁹

Total price: $209.78

**Add both to Cart**

ⓘ One of these items ships sooner than the other.
Show details

## Deals on related products   Sponsored ⓘ

8/20/25, 6:21 PM          Amazon.com: Hasipu 53"x20" LED Full-Length Mirror Crystal Crush Diamond Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 92 of 377 PageID #:113

     

**Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**
★★★★☆ 112
Limited time deal
-10% $359⁹⁹
Typical: $399.99
✓prime

**Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & ...**
★★★★☆ 45
Limited time deal
-41% $81⁹⁹
Typical: $139.99

**Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va...**
★★★★☆ 50
Amazon's Choice
Limited time deal
-35% $129⁹⁹
Typical: $199.99
✓prime

**63"x20" LED Full Length Mirror with Lights, Wall Mounted, Freestanding & Leaning, F...**
★★★★★ 9
Limited time deal
-15% $85⁴⁹
List: $99.99
✓prime

**64"x21" Full Length Mirror with LED Lights, Hanging Mounted Mirrors, Aluminum...**
★★★★☆ 208
Amazon's Choice
Limited time deal
-28% $76⁴⁹
List: $105.99
✓prime

**Koonmi LED Full Mirror, 65"x26" Mirror with Dim Lights - 3 Color**
★★★★☆ 15
Limited time deal
-20% $116⁷⁹
Typical: $145.99

## Products related to this item  *Sponsored* ⓘ

     

**Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**
★★★★☆ 112
Limited time deal
-10% $359⁹⁹
Typical: $399.99
✓prime

**Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B...**
★★★★☆ 1,255
-32% $204³⁰
List: $299.79
✓prime
Save 10% with coupon

**Koonmi 71"x31" Floor Mirror Full Length, Bedroom Floor Body Mirror with Stand, Larg...**
★★★★☆ 627
Amazon's Choice
$129⁹⁹
✓prime

**GLSLAND LED Full Length Mirror - 56" x 20" Floor Standing Mirror with Light for Bed...**
★★★★☆ 140
$79⁹⁹
✓prime

**Arch Full Length Standing Mirror with LED Lights, 56"x20" Lighted Mirror with Dimmi...**
★★★★★ 29
$89⁹⁹
✓prime
Save 20% with coupon

**LED Full Length 64" x 21" Mirror Length with Ro Corner, Floor S**
★★★★☆ 57
$129⁹⁹
✓prime

## From the brand

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

**Diamond Mirror 4**

8/20/25, 6:21 PM Amazon.com: Hasipu 63"x20" LED Full-Length Mirror,Crystal Crush Diamond Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 93 of 377 PageID #:114

## Product description



Haspu LED Crystal Mirror 63"x20"

Learn More

| Q | Is the mirror difficult to install? ▾ |

| Q | Can lighting be turned off? ▾ |

| Q | I want to get one as gift for my daughter. Does it recommended? ▾ |

| Q | Is the mirror broken when the delivery arrived? ▾ |

## Popular Mirror by Hasipu



59"×18"Full Length Mirror
Add to Cart

60" x 36" LED Wall Mirror
Buying Options

47" x 18" Door Mirror
Add to Cart

61"x22"Fu
Add to Ca

**Customer Reviews**

⭐⭐⭐⭐ 226   ⭐⭐⭐⭐ 17   ⭐⭐⭐⭐ 226   ⭐⭐⭐⭐

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 94 of 377 PageID #:115

| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
|---|---|---|---|---|
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



**Valpal** Earns commissions
Hasipu 63" X 20" LED Mirror With Poker Flower Pattern

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Bedroom |
| Shape | Rectangular |
| Product Dimensions | 59"L x 20"W |
| Frame Material | Glass |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Color | Diamond Black |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Frame Type | Unframed |
| Assembly Required | Yes |
| Frame Color | black |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

8/20/25, 6:21 PM    Amazon.com: Hasipu 59"x20" LED Full-Length Mirror Crystal Crush Diamond Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 95 of 377 PageID #:116

| Manufacturer | Hasipu |
|---|---|
| Size | 59"L x 20"W |
| Number of Packs | 1 |
| Item Weight | 49.4 pounds |
| ASIN | B0DCNVL6TM |
| Customer Reviews | 4.5 ★★★★⯨ ⌄   226 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #252,259 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#225 in Floor & Full Length Mirrors |
| Date First Available | August 9, 2024 |

## Important information

### Safety Information

Caution: This large mirror is heavy and made of glass. Ensure proper wall mounting using appropriate hardware and techniques to prevent falling. Handle with care to avoid breakage and potential injury from sharp edges.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

**Hasipu Full Length Mirror with Lights, 75" x 28" LED Lighted Floor Standing, Full B…**
★★★★⯨ 1,255
$279⁹⁹
✓prime

**Hasipu 79" X 36" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…**
★★★★⯨ 112
Limited time deal
-21% $251²⁴
Typical: $319.99
✓prime

**65"x 22" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmable Lig…**
★★★★⯨ 149
-23% $154⁹⁹
List: $199.99
✓prime
Save 10% with coupon

**Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro…**
★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

**LED Full Length Mirror - 64" x 21" Mirror Full Length with Rounded Corner, Floor St…**
★★★★⯨ 57
$129⁹⁹
✓prime

**Koonmi 71"x31 Mirror Full Leng Bedroom Floor Mirror with Sta…**
★★★★⯨ 62
Amazon's Choice
$129⁹⁹
✓prime



Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 96 of 377 PageID #:117

## Customer reviews

★★★★½  4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai⟩ Generated from the text of customer reviews

**Select to learn more**

✓ Beauty | ✓ Brightness | ✓ Quality | ✓ Size | Weight | ⊖ Functionality

## Reviews with images

See all photos ›

   

## Top reviews from the United States

 Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black | Size: 47"L x 18"W | Verified Purchase

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

[ Helpful ] | Report

 When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

Verified Purchase

Beautiful good quality love it

[ Helpful ] | Report

 marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black | Size: 59"L x 20"W | Verified Purchase

This mirror is so snazzy! I love it!

[ Helpful ] | Report

 Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black | Size: 47"L x 18"W | Verified Purchase

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 97 of 377 PageID #:118

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful     |     Report

Julie

★★★★★ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

**Verified Purchase**

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful     |     Report

Martha DeFazio

★★★★★ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black   |   Size: 47"L x 18"W   |   **Verified Purchase**

Got this mirror for my daughters 14th birthday and she loves it.



Helpful     |     Report

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black   |   Size: 59"L x 18"W   |   **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful     |     Report

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black   |   Size: 63"L x 20"W   |   **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful



Helpful          Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★  **Superó mis espectativas.**
Reviewed in Mexico on July 31, 2025
Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| Amazon Science | | Amazon Currency Converter | |

8/20/25, 6:21 PM
Amazon.com: Hlsipe 55" x 20" ULED Full-Length Mirror,Crystal Crush Diamond Wall Mounted Diamond Mirror,Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 99 of 377 PageID #:130



Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Registry & Gift List

Help

amazon

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates











Frame



Hooks



Diamond Details





Front



Back

20 in

59 in

# PRODUCT ATTRIBUTE

 3-Color Lighting

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Sensor





Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 108 of 377 PageID #:129



Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 109 of 377 PageID #:130

diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

🗨 Report an issue with this product or seller

## Consider a similar item



Kelly Miller 30"x40" Jeweled Bathroom Wall Mirror, Large Rectangle Mirror Decorative Mirror Luxury Vanity Mirror with Diamonds for Master Bath Half Bath Living Room Bedroom Fireplace Mantle Entryway

★★★★½ (286)

$219.99 ✓prime

🌿 1 sustainability feature

New & Used (2) from $233⁶¹ & FREE Shipping.

InfiniGlass Standing Mirror Full...

4.3          45

$81⁹⁹

Sponsored ⓘ

Sponsored ⓘ

## Buy it with

 +  +

Total price: $326.39

Add all 3 to Cart

ℹ These items are shipped from and sold by different sellers.
Show details

**This item:** Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…

## Products related to this item  Sponsored ⓘ








Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,…
★★★★½ 1,255
$429⁷⁹
✓prime

Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★½ 112
**Limited time deal**
-10% $170⁹⁰
Typical: $189.89
✓prime

Hasipu Vanity Mirror with Lights and Bluetooth Speaker, 55" x 35.8" LED Makeup Mirr…
★★★★½ 1,646
$329⁹⁹
✓prime

Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon…
★★★★½ 17
$229⁸⁹
✓prime

EDTEMI Full Length Mirror with LED Lights, 63'' x 20" Body Straight Line Pattern L…
★★★★½ 616
$119⁹⁹
✓prime

EDTEMI Full Le Mirror, 63"x20" Pattern Lights · Up & Wall M…
★★★★½ 56
$149⁹⁹
✓prime

## Deals on related products  Sponsored ⓘ








Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★½ 112
**Limited time deal**
-10% $170⁹⁰
Typical: $189.89
✓prime

Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & …
★★★★½ 45
**Limited time deal**
-41% $81⁹⁹
Typical: $139.99
✓prime

64"x21" Full Length Mirror with LED Lights, Hanging Mounted Mirrors, Aluminum…
★★★★½ 208
**Limited time deal**
-28% $76⁴⁹
List: $105.99
✓prime

Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va…
★★★★½ 50
Amazon's Choice
**Limited time deal**
-35% $129⁹⁹
Typical: $199.99
✓prime

56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 …
★★★★½ 63
Amazon's Choice
**Limited time deal**
-14% $71¹⁹
Typical: $82.39
✓prime

Koonmi 30"x71 Full Length Mir Large Floor Mir Aluminum A…
★★★★½ 83
**Limited time deal**
-20% $109⁵⁹
Typical: $136.99
✓prime

## From the brand

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 111 of 377 PageID #:132

## Product description



Haspu LED Crystal Mirror

Haspu LED Crystal Mirror 63"x20"

Learn More

| Q | Is the mirror difficult to install? | ⌄ |
|---|---|---|

| Q | Can lighting be turned off? | ⌄ |
|---|---|---|

| Q | I want to get one as gift for my daughter. Does it recommended? | ⌄ |
|---|---|---|

| Q | Is the mirror broken when the delivery arrived? | ⌄ |
|---|---|---|

# Popular Mirror by Hasipu



Case: 1:25-cv-1002A Document #: 1-2 Filed: 08/21/25 Page 112 of 377 PageID #:133






| | 59"×18"Full Length Mirror | 60" x 36" LED Wall Mirror | 47" x 18" Door Mirror | 61"x22"Fu… |
|---|---|---|---|---|
| | Add to Cart | Buying Options | Add to Cart | Add to Ca… |
| Customer Reviews | ⭐⭐⭐⭐ 226 | ⭐⭐⭐⭐ 17 | ⭐⭐⭐⭐ 226 | ⭐⭐⭐⭐ |
| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On… |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



Feshine
Diamond-New Full length mirror

## Product information

| Brand | Hasipu |
|---|---|
| Shape | Rectangular |
| Product Dimensions | 65"L x 22"W |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

8/20/25, 6:24 PM                Amazon.com: Hasipu 65"x22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 113 of 377 PageID #:134

| | |
|---|---|
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Color | Diamond Black |
| Frame Type | Unframed |
| Assembly Required | Yes |
| Manufacturer | Hasipu |
| Size | 65" x 22" |
| Item Weight | 57.9 pounds |
| ASIN | B0DCNVW6J4 |
| Customer Reviews | 4.5 ★★★★½ ⌄    **226 ratings**<br>4.5 out of 5 stars |
| Best Sellers Rank | #252,293 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#225 in Floor & Full Length Mirrors |
| Date First Available | August 9, 2024 |

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Products related to this item  Sponsored ⓘ

     

**Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B...**
★★★★½ 1,255
Amazon's Choice
-32% $204³⁰
List: $299.79
✓prime
Save 10% with coupon

**70"x 24" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmable Lig...**
★★★★½ 149
-12% $289⁹⁹
Typical: $329.99
✓prime
Save 10% with coupon

**56"x18" Full Length Tempered Glass LED Mirror with Lights, 3 Color Modes &…**
★★★★½ 198
-15% $104⁵⁴
Typical: $122.99
✓prime
Save 5% with coupon

**Hasipu 79" X 36" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...**
★★★★½ 112
Limited time deal
-21% $251²⁴
Typical: $319.99
✓prime

**Hasipu Vanity Mirror with Lights and Bluetooth Speaker, 55" x 35.8" LED Makeup Mirr...**
★★★★½ 1,646
$329⁹⁹
✓prime

**Hasipu 40" x 26 Diamond Wall Led Mirror for H Décor, Crystal D...**
★★★★½ 17
$229⁸⁹
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 114 of 377 PageID #:135

## Customer reviews

★★★★½   4.5 out of 5

226 global ratings

| | | |
|---|---|---|
| 5 star | ███████████ | 75% |
| 4 star | █ | 13% |
| 3 star | █ | 4% |
| 2 star | █ | 2% |
| 1 star | █ | 6% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback, with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai̤ Generated from the text of customer reviews

**Select to learn more**

✓ Beauty   ✓ Brightness   ✓ Quality   ✓ Size   Weight   ⊖ Functionality

## Reviews with images

See all photos ›

   

## Top reviews from the United States

Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W    **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

[ Helpful ]  |  Report

When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

**Verified Purchase**

Beautiful good quality love it

[ Helpful ]  |  Report

marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black  |  Size: 59"L x 20"W    **Verified Purchase**

This mirror is so snazzy! I love it!

[ Helpful ]  |  Report

Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black  |  Size: 47"L x 18"W    **Verified Purchase**

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 115 of 377 PageID #:136

pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful | Report

Julie

⭐⭐⭐⭐⭐ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

**Verified Purchase**

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful | Report

Martha DeFazio

⭐⭐⭐⭐⭐ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Got this mirror for my daughters 14th birthday and she loves it.

Helpful | Report

Nastassia Rodriguez

⭐☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black | Size: 59"L x 18"W | **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful | Report

Tammy

⭐⭐⭐⭐⭐ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black | Size: 63"L x 20"W | **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful | Report

8/20/25, 6:24 PM
Amazon.com: Hespu 63 03 22 I Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 116 of 377 PageID #:137

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black | Size: 47"L x 18"W | **Verified Purchase**

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Registry & Gift List |
| Amazon Science | Self-Publish with Us | | Help |
| | Become an Amazon Hub Partner | | |

8/20/25, 6:24 PM
Amazon.com: Hespu 63 Ω 22 Inch Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 117 of 377 PageID #:138



› See More Ways to Make Money

**amazon**

⊕ English ⟷          🇺🇸 United States

**Amazon Music**
Stream millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Veeqo**
Shipping Software
Inventory
Management

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web
Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑✕
© 1996-2025, Amazon.com, Inc. or its affiliates







**LIGHT ON**

**LIGHT OFF**





**Frame**



**Hooks**



**Diamond Details**





**Front**



**Back**



22 in

65 in

# PRODUCT ATTRIBUTE



3-Color Lighting

Large Particles Crystal Diamond

HD Imaging Glass

Smart Touch Sensor





Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 126 of 377 PageID #:147



Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

       

5 VIDEOS

## Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

4.5 ★★★★½    226 ratings

**Lowest price in 30 days**

-5%  $222<sup>81</sup>

Typical price: $234.54 ⓘ

Get $80 off instantly: Pay $142.81 upon approval for the Amazon Store Card.

### Delivery & Support
Select to learn more

Ships from Amazon    30-day easy returns    Customer Support

**Color: Diamond Black**

$222.81  ~~$234.54~~    See available options

**Size: 61" x 22"**

| 47"L x 18"W | 59"L x 18"W | 59"L x 20"W |
| 61" x 22" | 63"L x 20"W | 65" x 22" |
| 69"L x 26"W | 63"L x 22"W |

| **Brand** | Hasipu |
| **Room Type** | Bedroom |
| **Shape** | Rectangular |
| **Product Dimensions** | 61"L x 22"W |
| **Frame Material** | Glass |

### About this item

- 【LARGE SIZE】: Length 61"x Width 22", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$222<sup>81</sup>

FREE delivery **Monday, August 25**

Or fastest delivery **Sunday, August 24**. Order within 5 hrs 37 mins

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Support | Product support included |

See more

☐ Add a gift receipt for easy returns

Add to List



Hasipu 79" x 32" Hollywood Full…
4.5    34
$299<sup>99</sup>

Sponsored ⓘ

8/20/25, 6:22 PM
Amazon.com: Hasipu 61"x22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 127 of 377 PageID #:148

many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

🗩 Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

 +  +

Total price: $309.21

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…

$222⁸¹

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

$74⁹⁹

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…

$11⁴¹ ($2.85/count)

## Deals on related products  Sponsored ⓘ

Case: 1:25-cv-1003-4 Document #: 1-2 Filed: 08/21/25 Page 128 of 377 PageID #:149








Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...

★★★★☆ 112

Limited time deal

-10% $170⁹⁰

Typical: $189.89

✓prime

Standing Mirror Full Length with LED Lights, 63"x20" Lighted Mirror with Dimming & ...

★★★★☆ 45

Limited time deal

-41% $81⁹⁹

Typical: $139.99

Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va...

★★★★☆ 50

Amazon's Choice

Limited time deal

-35% $129⁹⁹

Typical: $199.99

✓prime

60" x 40" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou...

★★★★☆ 45

Limited time deal

-10% $242⁹⁹

List: $269.99

✓prime

56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 ...

★★★★☆ 63

Amazon's Choice

Limited time deal

-14% $71¹⁹

Typical: $82.39

✓prime

SHYFOY Crushed Diamond Mirror Wall Decor, 35... Decorative Mirr...

★★★★★ 79

Limited time deal

-20% $175⁹⁹

Typical: $219.99

✓prime

## Products related to this item  Sponsored ⓘ








Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B...

★★★★☆ 1,255

-32% $204³⁰

List: $299.79

✓prime

Save 10% with coupon

Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...

★★★★☆ 112

Limited time deal

-10% $359⁹⁹

Typical: $399.99

✓prime

Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon...

★★★★☆ 17

$229⁸⁹

✓prime

Arch Full Length Standing Mirror with LED Lights, 56"x20" Lighted Mirror with Dimmi...

★★★★★ 29

Amazon's Choice

$89⁹⁹

✓prime

Save 20% with coupon

Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va...

★★★★☆ 50

Amazon's Choice

Limited time deal

-35% $129⁹⁹

Typical: $199.99

✓prime

70"x 24" LED Fu Mirror with Ligh Lighted Full Bo Dimmable Lig...

★★★★☆ 14

-12% $289⁹⁹

Typical: $329.99

✓prime

Save 10% with co

## From the brand

8/20/25, 6:22 PM
Amazon.com: Hasipu 63"x22"LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 129 of 377 PageID #:150

## Product description



**Haspu LED Crystal Mirror 63"x20"**

Learn More

| Q | Is the mirror difficult to install? | ▼ |

| Q | Can lighting be turned off? | ▼ |

| Q | I want to get one as gift for my daughter. Does it recommended? | ▼ |

| Q | Is the mirror broken when the delivery arrived? | ▼ |

## Popular Mirror by Hasipu









59"×18"Full Length Mirror

Add to Cart

60" x 36" LED Wall Mirror

Buying Options

47" x 18" Door Mirror

Add to Cart

61"x22"Fu

Add to Ca

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 130 of 377 PageID #:151

| Customer Reviews | ★★★★⯪ 226 | ★★★★⯪ 17 | ★★★★⯪ 226 | ★★★★⯪ |
|---|---|---|---|---|
| Price | $199⁸⁹ | — | $119⁹⁹ | $147⁰⁵ |
| Mounting | Horizontal / Vertical | Horizontal / Vertical | Vertical Only | Vertical On |
| 3 Color Temperature | ✓ | ✓ | ✓ | ✓ |
| Dimmable | ✓ | ✓ | ✓ | ✓ |
| Explosion-Proof Glass | ✓ | ✓ | ✓ | ✓ |
| Wall Hanging | ✓ | ✓ | ✓ | ✓ |

## Product Videos



**Feshine**
Diamond-New Full length mirror

## Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Bedroom |
| Shape | Rectangular |
| Product Dimensions | 61"L x 22"W |
| Frame Material | Glass |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Color | Diamond Black |
| Manufacturer | Hasipu |
| Size | 61" x 22" |
| Item Weight | 57.9 pounds |
| ASIN | B0DCNY84YY |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

8/20/25, 6:22 PM    Amazon.com: Hasipu 67"x 22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 131 of 377 PageID #:152

| | | |
|---|---|---|
| Customer Reviews | 4.5 ★★★★⯨ ⌄  4.5 out of 5 stars | 226 ratings |
| Best Sellers Rank | #252,259 in Home & Kitchen (See Top 100 in Home & Kitchen)  #225 in Floor & Full Length Mirrors | |
| Date First Available | August 9, 2024 | |

## Products related to this item  Sponsored ⓘ

     

Hasipu Full Length Mirror with Lights, 67" x 22" LED Dimmable Floor Standing Mirror…
★★★★⯨ 1,255
$179⁷⁹
✓prime

Hasipu 79" X 36" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★⯨ 112
Limited time deal
-21% $251²⁴
Typical: $319.99
✓prime

65"x 22" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmable Lig…
★★★★⯨ 149
-23% $154⁹⁹
List: $199.99
✓prime
Save 10% with coupon

Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon…
★★★★⯨ 17
$259⁹⁹
✓prime

Bathroom Mirror, Wall Mirrors, Black Metal Framed Wall-Mounted Mirrors, Bathroom Va…
★★★★⯨ 50
Amazon's Choice
Limited time deal
-35% $129⁹⁹
Typical: $199.99
✓prime

Standing Mirror Length with LE 63"x20" Lighte with Dimming
★★★★⯨ 45
Amazon's Choice
Limited time dea
-41% $81⁹⁹
Typical: $139.99

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

  

STAWDY Home Gym Mirror,67"x24"(Each)-2PCS Large…
4.4 ★★★★⯨ 40
$209.99

TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass…
4.6 ★★★★⯨ 517
$159.99

STAWDY Ho Mirror,56"x1
4.4 ★★★★
$89.99 Lis

## Customer reviews

★★★★⯨ 4.5 out of 5

226 global ratings

5 star ▭ 75%

## Customers say

Customers find the mirror gorgeous and substantial, appreciating its size and how it adds class to any room. The lighting features receive positive feedback, with customers noting it lights up their bedroom enough and has gorgeous settings. However, the functionality and switchability receive negative feedback,

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 132 of 377 PageID #:153

| | | |
|---|---|---|
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

with multiple customers reporting that the lights don't work and there's no on/off button. Additionally, several customers mention the mirror is very heavy.

ai  Generated from the text of customer reviews

**Select to learn more**

✓ Beauty    ✓ Brightness    ✓ Quality    ✓ Size  |  Weight  |  ⊖ Functionality

---

## Review this product

Share your thoughts with other customers

Write a customer review

---

### Reviews with images

See all photos ›



---

## Top reviews from the United States

  Timothy Schauer

★★★★★ **Fancy Lighted Mirror**

Reviewed in the United States on July 8, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The LED lights inside are bright. Lights up my bedroom enough to see everything by itself. Well-crafted, but heavy. If you're going to mount it on a wall make sure you have someone around who knows how to do it properly. Especially if there are no studs to attach your screws, etc. to.

Helpful  |  Report

  When I tell you this is one of the cutest boots I've ever bought in my life Thank you so much I'm going to order two more pair and different colors

★★★★★ **Quality Beauty**

Reviewed in the United States on July 14, 2025

**Verified Purchase**

Beautiful good quality love it

Helpful  |  Report

  marina todisco

★★★★★ **Beautiful**

Reviewed in the United States on July 17, 2025

Color: Diamond Black  |  Size: 59"L x 20"W  |  **Verified Purchase**

This mirror is so snazzy! I love it!

Helpful  |  Report

  Kathy Elkin

★★★★☆ **the plug is disappointing**

Reviewed in the United States on August 10, 2025

Color: Diamond Black  |  Size: 47"L x 18"W  |  **Verified Purchase**

The mirror is beautiful itself, I bought the smallest one and the size is perfect, very clear, and it is very thick, packed really well no problems, the light effect is great, not useful for anything but makes it look pretty, but the placement of the wire plug is terrible, poking out from the side looks terrible when its mounted on the wall, why they didn't put it on the bottom of the mirror is crazy to me, I had it plugged in but the wire just bugs me so I took it off, the mirror is still just a mirror just prettier with the crystals. Not sure if I recommend it since the light function is not useful to me that's how much I do not like the wire sticking out of the side, I should have just bought a mirror.

Helpful  |  Report

🔲  Julie

★★★★★ **Beautiful mirror**

Reviewed in the United States on June 16, 2025

**Verified Purchase**

Sponsored ⓘ

Case: 1:25-cv-1003A Document #: 1-2 Filed: 08/21/25 Page 133 of 377 PageID #:154

Exactly as described by the seller. Very beautiful mirror and the lighting options work well.

Helpful     Report

---

Martha DeFazio

★★★★★ **Crystal light mirror**

Reviewed in the United States on August 5, 2025

Color: Diamond Black  |  Size: 47"L x 18"W    **Verified Purchase**

Got this mirror for my daughters 14th birthday and she loves it.

Helpful     Report

---

Nastassia Rodriguez

★☆☆☆☆ **Beautiful Mirror! Such a shame that IT DOESN'T LIGHT UP!**

Reviewed in the United States on December 28, 2024

Color: Diamond Black  |  Size: 59"L x 18"W    **Verified Purchase**

I purchased this as a Christmas gift for my daughter. She opened it and it was gorgeous, and she was so excited. That feeling changed a few minutes later when we plugged it in, only to find out the LIGHTS DIDN'T WORK. I contacted the manufacturer, no answer and no callback. I contact Amazon customer service. That was a joke! They want me to purchase new packaging to return the item and they'll refund me within 30 days after receiving the item or I can return it without packaging, and they'll send me a label. Yeah, because that won't damage the item even further right? SMH! One agent offered to refund without return but before he could provide the refund, he transferred me to another agent. The other agent? Said they'd like to "wrap up this chat now". The supervisor I called? No help there, he's the one that wants me to purchase new packaging.

So in a nutshell, I'm keeping a $200 mirror that doesn't light up, manufacturer is nowhere to be seen and Amazon could care less. But hey, at least the mirror itself is gorgeous, just don't expect to get what you paid for.

10 people found this helpful

Helpful     Report

---

Tammy

★★★★★ **Gorgeous**

Reviewed in the United States on January 16, 2025

Color: Diamond Black  |  Size: 63"L x 20"W    **Verified Purchase**

I LOVE 💕 this mirror so adorable absolutely beautiful. Good quality heavy but not to heavy. Has beavled edges. 3 light tones. Easy plug in. I was super worried about it being damaged in transit. But packed extremely well. Highly recommend. I am so excited.

10 people found this helpful

Helpful     Report

---

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Exactamente como se ve en la foto y sus características. Fueron un regalo. Muy satisfecha con la compra

★★★★★ **Superó mis espectativas.**

Reviewed in Mexico on July 31, 2025

Color: Diamond Black  |  Size: 47"L x 18"W    **Verified Purchase**

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 134 of 377 PageID #:155

Me gustó tanto el modelo, que pedí un segundo.

Report

Translate review to English

See more reviews ›



Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX

Sell on Amazon
Start a Selling Account

Veeqo

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 135 of 377 PageID #:156

Reach customers
wherever they
spend their time

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web
Services**
Scalable Cloud
Computing
Services

Audiobook
Publishing
Made Easy

**Audible**
Listen to Books &
Original
Audio
Performances

Shipping Software
Inventory
Management

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates







**LIGHT ON**

**LIGHT OFF**





Frame



Hooks



Diamond Details





Front



Back



22 in

61 in

# PRODUCT ATTRIBUTE

 3-Color Lighting

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Sensor



Bedroom

Living room

Fashion store

Cloakroom



Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 144 of 377 PageID #:165



amazon    Delivering to Lake Zurich 60047 · Update location    Home & Kitchen ▾    Search Amazon    🔍    EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 0

☰ All    Amazon Haul    Medical Care ▾    Luxury Stores    Best Sellers    Amazon Basics    Groceries ▾    New Releases    Today's Deals    Prime ▾    Registry

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop now

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

5 VIDEOS

## Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Home Décor, Led Mirror for Bathroom Entryway and Bedroom,Dimming & 3 Color Modes

Visit the Hasipu Store

4.7 ★★★★½  ▾        8 ratings

$199⁸⁹

FREE Returns ▾

Get $80 off instantly: Pay $119.89 upon approval for the Amazon Store Card.

Color: **Arch Silver Diamond**

Size: **40"L x 30"W**

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| Shape | Semi-Circle |
| Product Dimensions | 40"L x 30"W |
| Frame Material | Engineered Wood |

### About this item

- 【LARGE SIZE】: Length 40"x Width 30", Thickness: 0.9 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc.
- 【SELECTED MATERIAL】: LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【3 COLOR MODES & BRIGHTNESS ADJUSTMENT】: LED Full body mirror has single smart controlled button easily to operate. short pressing the button change the color temperature into white light, warm light, and yellow light. Long pressing the



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$199⁸⁹

FREE Returns ▾

FREE delivery **Monday, August 25**

Or Prime members get FREE delivery **Saturday, August 23**. Order within 5 hrs 30 mins. Join Prime

◉ Delivering to Lake Zurich 60047 - Update location

**Only 2 left in stock - order soon.**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    SYBAG
Support    Product support included
Packaging    Ships in product packaging

▾ See more

☐ Add a gift receipt for easy returns

Add to List

button adjust the brightness as you need. whether where you use it the diamond mirror can fit the light of the space.

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or hang it on the wall for space-saving as you need. The diamond mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two hooks to hang the mirror on the screws to complete installation which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

## Consider a similar item



Kelly Miller 30"x40" Jeweled Bathroom Wall Mirror, Large Rectangle Mirror Decorative Mirror Luxury Vanity Mirror with Diamonds for Master Bath Half Bath Living Room Bedroom Fireplace Mantle Entryway

★★★★½ (286)

$219.99 ✓prime

🍃 1 sustainability feature

Sponsored ⓘ

## Buy it with

 ☑ +  ☑ +  ☑

**This item:** Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Ho…

$199⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

Pibeyer Crystal Crush Diamond Wall Candle Holder Set of 2, Rectangle Silver Mirrored Candl…

$25⁹⁹ ($13.00/count)

Total price: $239.78

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

## Products related to this item  Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 146 of 377 PageID #:167













Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mount...

★★★★½ 226

-8% $219⁹⁹

Typical: $239.89

✓prime

Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon...

★★★★½ 17

-12% $349⁹⁹

List: $399.89

✓prime

Keonjinn Irregular Backlit Mirror 24 x 30 Inch, Asymmetrical LED Bathroom Mirror wi...

$139⁹⁹

[Save $15.00] with coupon

Hasipu 40x36 Inch LED Bathroom Mirror Arch Vanity Mirror with Lights Frontlit Smart...

★★★★½ 20

-5% $173⁸⁴

List: $182.99

✓prime

[Save $20.00] with coupon

Bathroom Mirror for Wall Gold Farmhouse Wall Vanity Mirror for Over Sink Wood Frame...

★★★★★ 22

$99⁹⁹

✓prime

[Save 10%] with coupon

BesMirror 24" R Mirror for Bath Crushed Diamo Lighted Bathro

★★★★★ 1

-13% $69⁹⁹

Typical: $79.99

✓prime

## Deals on related products Sponsored ⓘ













SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror...

★★★★★ 79

[Limited time deal]

-20% $175⁹⁹

Typical: $219.99

✓prime

55" x 36" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou...

★★★★½ 45

[Limited time deal]

-15% $186⁹⁹

List: $219.99

✓prime

Bathroom Mirror for Wall, 20" x 30" Arched Mirror, Bathroom Vanity Mirrors, Beveled...

★★★★½ 113

[Limited time deal]

-10% $62⁰⁹

Typical: $68.99

✓prime

LED Bathroom Mirror 36 Inch Round Bathroom Mirror with Lights, Circle Wall Mirror w...

★★★★½ 41

[Limited time deal]

-20% $135⁹⁹

Typical: $169.99

✓prime

Single Beveled Edge Circle Mirror Frameless Wall Mount Bathroom Vanity Mirror, 30"

★★★★½ 1,951

[Amazon's Choice]

[Limited time deal]

-10% $106²⁰

List: $118.00

✓prime

FORBATH 48x4 Large Bathroom Brushed Silver Frame Wall Mir

★★★★½ 5

[Limited time deal]

-15% $169⁹⁹

List: $199.99

✓prime

## From the brand

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

**Diamond Mirror 4**

8/20/25, 6:29 PM
Amazon.com: Hasipu 40 O C 30 L LED Diamond Wall Mirror, Home Crystal Diamond Mirror for Home Decor, Led Mirror for Bathroom…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 147 of 377 PageID #:168

## Product description



## Product Videos



**Feshine**
HASIPU Diamond Wall Mirror

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| Shape | Semi-Circle |
| Product Dimensions | 40"L x 30"W |
| Frame Material | Engineered Wood |
| Style | Modern |
| Mounting Type | Wall Mount |
| Finish Type | Painted |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Arch Silver Diamond |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Material | Glass |
| Frame Type | Unframed |
| Assembly Required | Yes |
| Frame Color | silver |
| Size | 40"L x 30"W |
| Item Weight | 43.1 pounds |
| ASIN | B0DCNZP2ZT |
| Customer Reviews | 4.7 ★★★★½ ⌄    8 ratings<br>4.7 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 149 of 377 PageID #:170

| Best Sellers Rank | #1,414,536 in Home & Kitchen (See Top 100 in Home & Kitchen) |
| | #3,095 in Wall-Mounted Mirrors |
| Date First Available | August 9, 2024 |

## Products related to this item Sponsored ⓘ

     

| Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall ... | Bathroom Mirror for Wall Gold Farmhouse Wall Vanity Mirror for Over Sink Wood Frame... | Niccy Half Moon Led Mirror for Bathroom, 40" Semi Round Backlit Mirror for Wall Lig... | 24" Round LED Mirror for Bathroom Crushed Diamond, Front Lighted Bathroom Mirror, A... | Keonjinn Irregular Backlit Mirror 24 x 30 Inch, Asymmetrical LED Bathroom Mirror wi... | Hasipu 55" x 30 Diamond Wall I Led Mirror for I Décor, Crystal D |
| ★★★★½ 226 | ★★★★★ 22 | ★★★★★ 26 | ★★★★★ 199 | | ★★★★½ 17 |
| **Amazon's Choice** | $99⁹⁹ | $299⁹⁹ | -13% $69⁹⁹ | $139⁹⁹ | -12% $349⁹⁹ |
| $239⁷⁹ | ✓prime | ✓prime | Typical: $79.99 | ✓prime | List: $399.89 |
| ✓prime | Save 10% with coupon | Save 10% with coupon | ✓prime | Save $15.00 with coupon | ✓prime |

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



|  Kelly Miller Gold Bathroom Mirror for Wall, 24"x36" Large Decorative Mirror... 4.7 ★★★★½ 564 $149.99 |  Amorho LED Bathroom Mirror 28"x 36" with Front and Backlight, Stepless... 4.5 ★★★★½ 2,859 $179.99 | THEKLA 32 Bathroom N 4.5 ★★★ $379.00 |

## Customer reviews

★★★★½ 4.7 out of 5

8 global ratings

| 5 star | | 87% |
| 4 star | | 0% |
| 3 star | | 13% |

## Reviews with images

See all photos ›

 

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 150 of 377 PageID #:171

| | |
|---|---|
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

Sponsored ⓘ

## Top reviews from the United States

Wende Peddicord

★★★★★ **My bling room**

Reviewed in the United States on April 3, 2025

**Verified Purchase**

BEAUTIFUL! No other words necessary.

Helpful | Report

Shino

★★★★★ **Pretty mirror!**

Reviewed in the United States on January 9, 2025

Color: Arch Silver Diamond | Size: 40"L x 30"W

I just got this in. It was well packed, in tact and very pretty! Nice large size. It's a heavy mirror but I haven't ordered a mirror this large so don't have a comparison. I got a good coupon for it and that was the decoding factor from all my other choices!

Helpful | Report

Jessalyn D

★★★★★ **Actually super nice!**

Reviewed in the United States on November 25, 2024

Color: Arch Silver Diamond | Size: 40"L x 30"W | **Amazon Vine Customer Review of Free Product** ( What's this? )

After reading the review on here I was super worried that this would come broken, but luckily there was no damage to it whatsoever! It seemed like there was plenty of padding, and when I saw our delivery driver drop it off I could tell they were handling it with care so maybe it was just an issue with the delivery driver. After getting everything out it was super easy for my husband to get hung up in the bathroom. It is absolutely stunning and it looks even more beautiful in person than it does in the picture. It was 100% true to the ad down to the measurements so it fit perfectly in the exact spot we had for it in the bathroom. This has a super sturdy and heavy duty build quality I feel like. Clearly if you drop it or bang it against something it will break but it doesn't feel overly cheap by any means. It definitely has some weight to it but you can still hang it up easily without it being too much of a fuss. Definitely functions as it is supposed to and the light is beautiful and bright on it. Very crystal clear reflection and it's just a beautiful piece for our bathroom! We 100% recommend if you're thinking about it! Solid 10 out of 10

One person found this helpful

Helpful | Report

Kelly

★★★☆☆ **Beautiful but damaged**

Reviewed in the United States on October 27, 2024

Color: Arch Silver Diamond | Size: 40"L x 30"W | **Amazon Vine Customer Review of Free Product** ( What's this? )

This mirror was beautiful but arrived damaged. Item was unavailable to replace. It was sent via usps, I had to go pick it up, they should use a different delivery method.

Helpful | Report

WM

★★★★★ **Magic Mirror**

Reviewed in the United States on November 27, 2024

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 151 of 377 PageID #:172

**Amazon Vine Customer Review of Free Product** ( What's this? )

"Hasipu" LED Diamond wall mirror, arched crystal diamond mirror: Well made, bright light, the LED lights offer 3 color modes and brightness adjustment. Good reflection without distortions, perfect size for my bathroom, easy to install.

This arch crystal diamond wall mirror can add a touch of elegance and sophistication to any room, make a room look larger, brighten a space. The reflective surface of an arch mirror can help brighten a room, especially in rooms with little or no natural light.

Crystal accents along the frame of an arched mirror can catch the light and add a touch of sparkle.

This large arch mirror can do wonder for your interior design.

Helpful    |    Report

J

★★★★★ **Beautiful mirror**

Reviewed in the United States on December 1, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I really like this arch shaped mirror not just for the cool shape, but where the features as well. It has warm white, natural, or cool white color options and you can also adjust the brightness. Also it has a crushed diamond style inlaid around the entire arch. This may would look lovely in any room.

Helpful    |    Report

**See more reviews ›**

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 152 of 377 PageID #:173









Short-press to change the lights

Warm Light    Natural Light    Cool Light



30%    50%    100%

# LIGHT INTENSITY
Long-press to adjust the lights 30% to 100%



# High-quality and Luxurious Design

- Crystal Clear Diamonds
- Sturdy And Thick Backboards
- High-Grade Glass Frame



**Reinforced Metal Hooks**

**Screws and Expansion Screws**

40"

30"





Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 161 of 377 PageID #:182



Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

     

## Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingroom and Bedroom,Dimming & 3 Color Modes

Visit the Hasipu Store

4.4 ★★★★½    17 ratings

$259⁹⁹

Get $80 off instantly: Pay $179.99 upon approval for the Amazon Store Card.

### Delivery & Support
Select to learn more

                    
Ships from      30-day easy      Customer
Amazon           returns          Support

Size: **26"L x 47"W**

| 26" x 40" | 26"L x 47"W | |
|---|---|---|
| $229.89 | $259.99 | |
| **30" x 55"** | | |
| $349.99 | | |
| ~~$399.89~~ | | |

Color: **Rect Silver Diamond**

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| **Shape** | Rectangular |
| **Product Dimensions** | 26"L x 47"W |
| **Frame Material** | Engineered Wood |

### About this item
- 【LARGE SIZE】: Length 26"x Width 47", Thickness: 1.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc.


Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$259⁹⁹

FREE delivery **Wednesday, August 27**

◎ Delivering to Lake Zurich 60047 - Update location

**Only 4 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Support | Product support included |

˅ See more

☐ Add a gift receipt for easy returns

[ Add to List ]



Artloge Crushed Diamond Wall...
4.6          91
$175⁸⁰

Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 162 of 377 PageID #:183

- 【SELECTED MATERIAL】: LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【3 COLOR MODES & BRIGHTNESS ADJUSTMENT】: LED Full body mirror has single smart controlled button easily to operate. short pressing the button change the color temperature into white light, warm light, and yellow light. Long pressing the button adjust the brightness as you need. whether where you use it the diamond mirror can fit the light of the space.

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or hang it on the wall for space-saving as you need. The diamond mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two hooks to hang the mirror on the screws to complete installation which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

 Report an issue with this product or seller

## Consider a similar item



Kelly Miller 30"x40" Jeweled Bathroom Wall Mirror, Large Rectangle Mirror Decorative Mirror Luxury Vanity Mirror with Diamonds for Master Bath Half Bath Living Room Bedroom Fireplace Mantle Entryway

★★★★⯪ (286)

$219.99 ✓prime

 1 sustainability feature

Sponsored ⓘ

## Buy it with

 ✅ +   ✅ +  ✅

Total price: $348.88

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.

8/20/25, 6:27 PM Amazon.com: Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 163 of 377 PageID #:184

**This item:** Hasipu 47" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamo…

$259⁹⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

$74⁹⁹

Show details

## Deals on related products Sponsored ⓘ

     

SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…
★★★★★ 79
Limited time deal
-20% $175⁹⁹
Typical: $219.99
✓prime

60" x 40" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou…
★★★★½ 45
Limited time deal
-10% $242⁹⁹
List: $269.99
✓prime

Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★½ 112
Limited time deal
-10% $170⁹⁰
Typical: $189.89
✓prime

FORBATH 48x40 Inch Large Bathroom Mirror, Brushed Silver Deep Frame Wall Mirror wit…
★★★★½ 57
Limited time deal
-15% $169⁹⁹
List: $199.99
✓prime

Single Beveled Edge Circle Mirror Frameless Wall Mount Bathroom Vanity Mirror, 20"
★★★★½ 1,951
Amazon's Choice
Limited time deal
-15% $79⁷³
List: $93.80
✓prime

LED Bathroom Inch Round Bat Mirror with Ligh Wall Mirror w…
★★★★½ 4
Limited time deal
-16% $183⁹⁹
Typical: $219.99
✓prime

## Products related to this item Sponsored ⓘ

     

Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall …
★★★★½ 226
Amazon's Choice
$239⁷⁹
✓prime

Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Home Dé…
★★★★½ 8
$199⁸⁹
✓prime

72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di…
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

ENENE Crystal Crush Diamond Wall Mirror 46.5"x30.5" Rectangle Silver Mirrors for …
★★★★½ 109
-21% $249⁹⁹
Typical: $315.99
✓prime

Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Deco…
★★★★½ 91
$175⁸⁰
✓prime

SHYFOY Crushe Diamond Mirro Wall Decor, 35. Decorative Mir…
★★★★★ 79
Limited time dea
-20% $175⁹⁹
Typical: $219.99
✓prime

## Product description



Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 164 of 377 PageID #:185



## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Product information

| Brand | Hasipu |
| --- | --- |
| Room Type | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| Shape | Rectangular |
| Product Dimensions | 26"L x 47"W |
| Frame Material | Engineered Wood |
| Style | Modern |
| Mounting Type | Wall Mount |
| Finish Type | Painted |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

8/20/25, 6:27 PM    Amazon.com: Hasipu 47"x26" LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 165 of 377 PageID #:186

| | |
|---|---|
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Rect Silver Diamond |
| Number of Items | 1 |
| Material | Glass |
| Frame Type | Unframed |
| Assembly Required | Yes |
| Frame Color | silver |
| Has Smart Features | Yes |
| Size | 26"L x 47"W |
| Is Hanging | Yes |
| Item Weight | 60.9 pounds |
| ASIN | B0DJ2CTF43 |
| Customer Reviews | 4.4 ★★★★½ ⌄  17 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #868,793 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#2,018 in Wall-Mounted Mirrors |
| Date First Available | September 27, 2024 |

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

60x36 Inch RGB LED Bathroom Mirror Front Light and RGB Backlit Lighted Vanity Mirro...
★★★★½ 441
-18% $329⁹⁹
Typical price: $399.99
✓prime

ISKM 60"x28" LED Bathroom Mirror with Lights - Large Front and Backlit Vanity Mir...
★★★★½ 758
$338⁹⁹
✓prime

60" x 40" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou...
★★★★½ 45
Limited time deal
-10% $242⁹⁹
List: $269.99
✓prime

LED-Bathroom-Mirror-with-Lights, 40"x28" Wall-Mounted with Anti-Fog, 3 Colors Dimma...
★★★★½ 10
-5% $125⁹⁹
Typical price: $132.99
✓prime

Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Deco...
★★★★½ 91
$175⁸⁰
✓prime

72x36 Inch Ligh... Bathroom Mirro... Led Vanity Mirr... Color Lights, Di...
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 166 of 377 PageID #:187

 Keonjinn Bathroom LED Mirror 30 x 30 Inch Frontlit and Backlit, Tempered Gl…

 VocalStar Frameless Bathroom Mirror, 18" x 26" Rectangle Wall Mirror with…

 Amorho LE[ with Front L

## Customer reviews

★★★★½  4.4 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos ›

   

## Top reviews from the United States

 Irene

★★★★★ **Beautiful**

Reviewed in the United States on July 30, 2025

Color: Rect Silver Diamond  |  Size: 26" x 40"  |  **Verified Purchase**

They are beautiful but I am disappointed because they do not work for business since it is for a beauty salon and the image looks distorted. What I want is for them to look good and not to be scared when they see themselves in the mirror. and they are super heavy



Helpful  |  Report

 Satisfied customer who just doesn't want to display their name

★★★★★ **Good quality**

Reviewed in the United States on June 21, 2025

**Verified Purchase**

Looks beautiful in my bathroom. It's quite heavy but was easy to hang.

Helpful  |  Report

 Angel R.

★★★★★ **Beautiful But Heavy**

Reviewed in the United States on July 7, 2025

**Verified Purchase**

This is an absolutely beautiful mirror, incredibly heavy. Note that, to get appropriate anchors for your hanging space, I don't feel like the ones that come with it are enough for securely hanging. The first mirror I received came with the short in the wiring. I reached out to the company directly. They immediately shipped out a replacement and resolved the situation promptly. The multiple color lighting options is more beautiful than expected!!

One person found this helpful

Helpful  |  Report

 Daniel

★☆☆☆☆ **Upsetting**

8/20/25, 6:27 PM
Amazon.com: Hasipu 47.2*23.6" LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 167 of 377 PageID #:188

Reviewed in the United States on March 14, 2025

**Verified Purchase**

Received Defective Mirror, it does not light up! Very Heavy, decided just to keep it as is...
Very Upsetting

One person found this helpful

Helpful | Report

melanie everhardt

★★★★★ **Beautiful mirror!**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

I absolutely love this mirror! It's very beautiful and elegant looking and i love the 3 different lighting options it comes with. Definitely recommend, you will absolutely love it!

Helpful | Report

ShoppingBee

★★★★★ **Nice and Elegantly Made**

Reviewed in the United States on August 2, 2025

**Verified Purchase**

The mirror is nice and elegant .

I love the glam effect and the touch functionality in mirror for turning on and off the various lighting options.

These are my reasons for choosing to rate five stars.

The cons in designing of mirror for me are the black electrical cord that has to be exposed from behind mirror to reach wall outlet and the wooden sides of the mirror being with black finish instead of a gray or silver, for me these features negatively impact the aesthetic design of the mirror. I purchased two to update a bathroom with his and her sinks. The pricing of mirror was also a positive .

Helpful | Report

Tricia Flake

★★★★★ **Fantastic light/mirror**

Reviewed in the United States on March 26, 2025

Color: Rect Silver Diamond | Size: 30" x 55" | **Verified Purchase**

Fantastic light but very heavy make sure you have someone help you

Helpful | Report

Karen S. Brown

★★★★★ **Beautiful and Sheek**

Reviewed in the United States on April 21, 2025

**Verified Purchase**

Beautiful and sheek

Helpful | Report

See more reviews ›

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 168 of 377 PageID #:180

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates





# THREE COLOR MODES

Short press "Light" button to change light color



**Cool Light**     **Warm Light**     **Natural Light**

# AJUSTABLE BRIGHTNESS

## Long-press to adjust the lights





# EASY TO INSTALL

26 in

47 in



- Reinforced Metal Hooks



- Screws and Expansion Screws

8/20/25, 6:26 PM    Amazon.com: Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 175 of 377 PageID #:196



Sponsored ⓘ

Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

     

## Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingroom and Bedroom,Dimming & 3 Color Modes

Visit the Hasipu Store

4.4 ★★★★½ ⌄          17 ratings

$229⁸⁹

Get $80 off instantly: Pay $149.89 upon approval for the Amazon Store Card.

### Delivery & Support
Select to learn more

  

Ships from Amazon | 30-day easy returns | Customer Support

Size: **26" x 40"**

| 26" x 40" | 26"L x 47"W |
|---|---|
| $229.89 | $259.99 |

| 30" x 55" |
|---|
| $349.99 |
| ~~$399.89~~ |

Color: **Rect Silver Diamond**

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| **Shape** | Rectangular |
| **Product Dimensions** | 26"L x 40"W |
| **Frame Material** | Engineered Wood |

### About this item
- 【LARGE SIZE】: Length 26"x Width 40", Thickness:1.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc.




Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$229⁸⁹

FREE delivery **Wednesday, August 27**. Order within 18 hrs 33 mins

⊙ Delivering to Lake Zurich 60047 - Update location

**Only 3 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Support | Product support included |

⌄ See more

☐ Add a gift receipt for easy returns

Add to List



Artloge Crushed Diamond Wall...

4.6          91

$175⁸⁰

Sponsored ⓘ

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 176 of 377 PageID #:197

- 【SELECTED MATERIAL】:  LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【3 COLOR MODES & BRIGHTNESS ADJUSTMENT】 : LED Full body mirror has single smart controlled button easily to operate. short pressing the button change the color temperature into white light, warm light, and yellow light. Long pressing the button adjust the brightness as you need. whether where you use it the diamond mirror can fit the light of the space.

- 【ELEGANT DESIGN】 : Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or hang it on the wall for space-saving as you need. The diamond mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two hooks to hang the mirror on the screws to complete installation which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】 : Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

Report an issue with this product or seller

## Consider a similar item



Kelly Miller 30"x40" Jeweled Bathroom Wall Mirror, Large Rectangle Mirror Decorative Mirror Luxury Vanity Mirror with Diamonds for Master Bath Half Bath Living Room Bedroom Fireplace Mantle Entryway

★★★★☆ (286)

$219.99 ✓prime

🌿 1 sustainability feature

Sponsored ⓘ

## Buy it with

 ☑  +  ☑ +   ☑

Total price: $318.78

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 177 of 377 PageID #:198

**This item:** Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamo…

$229⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

$74⁹⁹

Show details

## Deals on related products   Sponsored ⓘ

     

SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…

★★★★★ 79

Limited time deal

-20% $175⁹⁹

Typical: $219.99

✓prime

55" x 36" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou…

★★★★½ 45

Limited time deal

-15% $186⁹⁹

List: $219.99

✓prime

FORBATH 48x40 Inch Large Bathroom Mirror, Brushed Silver Deep Frame Wall Mirror wit…

★★★★½ 57

Limited time deal

-15% $169⁹⁹

List: $199.99

✓prime

LED Bathroom Mirror 48 Inch Round Bathroom Mirror with Lights, Circle Wall Mirror w…

★★★★½ 41

Limited time deal

-16% $183⁹⁹

Typical: $219.99

✓prime

Single Beveled Edge Circle Mirror Frameless Wall Mount Bathroom Vanity Mirror, 20"

★★★★½ 1,951

Amazon's Choice

Limited time deal

-15% $79⁷³

List: $93.80

✓prime

TETOTE LED Ba… Mirror with Lig… 24 Brighter Lig… Mirror for Bath…

★★★★★ 2?

Amazon's Choice

Limited time dea…

-18% $139⁹⁹

Typical: $169.99

✓prime

## Based on your recent shopping trends

     

QMDECOR Crystal Crush Diamond Rectangle Silver Mirror for Wall Decoration 24x32inch…

★★★★½ 1,290

Amazon's Choice

$99.99

Get it as soon as **Monday, Aug 25**

FREE Shipping by Amazon

Artloge Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Decorative Glam Bling Crystal Fra…

★★★★½ 91

$175.80

Get it as soon as **Monday, Aug 25**

FREE Shipping by Amazon

blingworld Decorative Wall Mirror, 32x24 Crushed Diamond Mirrors with Crystal for Wall Decor Living Room Silv…

★★★★½ 102

$179.99

Get it as soon as **Monday, Aug 25**

FREE Shipping by Amazon

Ruomeng Rectangular Wall Mirror Crystal Crush Diamond Mirror for Ho…

★★★★½ 472

Save 5%

$37.99

Typical: $39.99

Lowest price in 30 days

Get it as soon as **Monday, Aug 25**

FREE Shipping by Amazon

ENENE Crystal Crush Diamond Wall Mirror 46.5"x30.5" Rectangle Silver Mirrors for Wall Decorative Large Wall…

★★★★½ 109

$249.99

Get it as soon as **Monday, Aug 25**

FREE Shipping by Amazon

Kelly Miller Luxury Bath… for Wall, 24 Rectangle V Decorative

★★★★…

$149.99

Get it as soon Aug 25

FREE Shippin…

🌿 1 sustaina…

## Product description

8/20/25, 6:26 PM

Amazon.com: Hosipa 40"x24" LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 178 of 377 PageID #:190



## Videos

Help others learn more about this product by uploading a video!

8/20/25, 6:26 PM Amazon.com: Hasipu 40" X 26" LED Diamond Wall Mirror, Led Mirror for Hange Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 179 of 377 PageID #:200

Upload your video

# Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| Shape | Rectangular |
| Product Dimensions | 26"L x 40"W |
| Frame Material | Engineered Wood |
| Style | Modern |
| Mounting Type | Wall Mount |
| Finish Type | Painted |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Rect Silver Diamond |
| Material | Glass |
| Size | 26" x 40" |
| Item Weight | 51.9 pounds |
| ASIN | B0DJ2CYZCZ |
| Customer Reviews | 4.4 ★★★★½ ⌄   17 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #868,793 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#2,018 in Wall-Mounted Mirrors |
| Date First Available | September 27, 2024 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping








72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

LED-Bathroom-Mirror-with-Lights, 40"x28" Wall-Mounted with Anti-Fog, 3 Colors Dimma...
★★★★½ 10
-5% $125⁹⁹
Typical price: $132.99
✓prime

ISKM 60"x28" LED Bathroom Mirror with Lights - Large Front and Backlit Vanity Mir...
★★★★½ 758
$338⁹⁹
✓prime

Crushed Diamond Wall Clock: 24 inch Round Decorative Mirrored Clock with Brown Glas...
★★★★½ 43
$158⁸⁰
✓prime
Save 15% with coupon

Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Deco...
★★★★½ 91
$175⁸⁰
✓prime

48x32 Inch RGB Bathroom Mirror Light and RGB Lighted Vanity...
★★★★½ 44
-7% $279⁹⁹
Typical price: $29...
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

**Keonjinn Bathroom LED Mirror 30 x 30 Inch Frontlit and Backlit, Tempered Gl…**
4.7 ★★★★★ 491
$189.99  List: $199.99

**Amorho LED Bathroom Mirror 40" X30" with Front Light and Backlit, Stepless…**
4.5 ★★★★★ 2,859
$259.99

**40X30 LED Anti-Fog, Ba**
4.5 ★★★
15% off  Er
$127.49  T

## Customer reviews

★★★★☆ 4.4 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›

### Top reviews from the United States

**Irene**

★★★★★ **Beautiful**

Reviewed in the United States on July 30, 2025

Color: Rect Silver Diamond  |  Size: 26" x 40"  |  **Verified Purchase**

They are beautiful but I am disappointed because they do not work for business since it is for a beauty salon and the image looks distorted. What I want is for them to look good and not to be scared when they see themselves in the mirror. and they are super heavy

Helpful  |  Report

Satisfied customer who just doesn't want to display their name

★★★★★ **Good quality**

8/20/25, 6:26 PM          Amazon.com: Hasipu 40 x 28 in LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 181 of 377 PageID #:202



Sponsored ⓘ

Reviewed in the United States on June 21, 2025

**Verified Purchase**

Looks beautiful in my bathroom. It's quite heavy but was easy to hang.

Helpful    |    Report

---

 Angel R.

⭐⭐⭐⭐⭐ **Beautiful But Heavy**

Reviewed in the United States on July 7, 2025

**Verified Purchase**

This is an absolutely beautiful mirror, incredibly heavy. Note that, to get appropriate anchors for your hanging space, I don't feel like the ones that come with it are enough for securely hanging. The first mirror I received came with the short in the wiring. I reached out to the company directly. They immediately shipped out a replacement and resolved the situation promptly. The multiple color lighting options is more beautiful than expected!!

One person found this helpful

Helpful    |    Report

---

 Daniel

⭐☆☆☆☆ **Upsetting**

Reviewed in the United States on March 14, 2025

**Verified Purchase**

Received Defective Mirror, it does not light up! Very Heavy, decided just to keep it as is...
Very Upsetting

One person found this helpful

Helpful    |    Report

---

 melanie everhardt

⭐⭐⭐⭐⭐ **Beautiful mirror!**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

I absolutely love this mirror! It's very beautiful and elegant looking and i love the 3 different lighting options it comes with. Definitely recommend, you will absolutely love it!

Helpful    |    Report

---

ShoppingBee

⭐⭐⭐⭐⭐ **Nice and Elegantly Made**

Reviewed in the United States on August 2, 2025

**Verified Purchase**

The mirror is nice and elegant .

I love the glam effect and the touch functionality in mirror for turning on and off the various lighting options.

These are my reasons for choosing to rate five stars.

The cons in designing of mirror for me are the black electrical cord that has to be exposed from behind mirror to reach wall outlet and the wooden sides of the mirror being with black finish instead of a gray or silver, for me these features negatively impact the aesthetic design of the mirror. I purchased two to update a bathroom with his and her sinks. The pricing of mirror was also a positive .

Helpful    |    Report

---

 Tricia Flake

⭐⭐⭐⭐⭐ **Fantastic light/mirror**

Reviewed in the United States on March 26, 2025

Color: Rect Silver Diamond    |    Size: 30" x 55"    |    **Verified Purchase**

Fantastic light but very heavy make sure you have someone help you

Helpful    |    Report

---

Karen S. Brown

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 182 of 377 PageID #:208



★★★★★ **Beautiful and Sheek**

Reviewed in the United States on April 21, 2025

**Verified Purchase**

Beautiful and sheek

Helpful | Report

See more reviews ›

Sponsored ⓘ

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English | 🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX

Sell on Amazon
Start a Selling Account

Veeqo

8/20/25, 6:26 PM
Amazon.com: Hespei 40" Oval LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 183 of 377 PageID #:204

Reach customers wherever they spend their time

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| | | | | Audiobook Publishing Made Easy | | Shipping Software Inventory Management |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✅✖

© 1996-2025, Amazon.com, Inc. or its affiliates





# THREE COLOR MODES

Short press "Light" button to change light color



**Cool Light**          **Warm Light**          **Natural Light**

# AJUSTABLE BRIGHTNESS

## Long-press to adjust the lights





# EASY TO INSTALL

26 in

40 in



- Reinforced Metal Hooks



- Screws and Expansion Screws

8/20/25, 6:28 PM
Amazon.com: Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 190 of 377 PageID #:211



Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

      

## Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingroom and Bedroom,Dimming & 3 Color Modes

Visit the Hasipu Store

4.4 ★★★★☆    17 ratings

-12% $349.99

List Price: $399.89 ⓘ

Get $80 off instantly: Pay $269.99 upon approval for the Amazon Store Card.

### Delivery & Support
Select to learn more

  

Ships from Amazon | 30-day easy returns | Customer Support

Size: **30" x 55"**

| 26" x 40" | 26"L x 47"W |
|---|---|
| $229.89 | $259.99 |

| 30" x 55" |
|---|
| $349.99 ~~$399.89~~ |

Color: **Rect Silver Diamond**

| Brand | Hasipu |
|---|---|
| Room Type | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| Shape | Rectangular |
| Product Dimensions | 30"L x 55"W |
| Frame Material | Engineered Wood |

### About this item
- 【LARGE SIZE】: Length 30"x Width 55", Thickness: 1.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc.

Sponsored ⓘ



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$349.99

FREE delivery **Tuesday, August 26**. Order within **5 hrs 31 mins**

Delivering to Lake Zurich 60047 - Update location

**Only 4 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Support | Product support included |

⌄ See more

☐ Add a gift receipt for easy returns

Add to List



Hasipu 65"×22" LED Full-Length…
4.5    226
$239.99

Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 191 of 377 PageID #:212

- 【SELECTED MATERIAL】:  LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【3 COLOR MODES & BRIGHTNESS ADJUSTMENT】: LED Full body mirror has single smart controlled button easily to operate. short pressing the button change the color temperature into white light, warm light, and yellow light. Long pressing the button adjust the brightness as you need. whether where you use it the diamond mirror can fit the light of the space.

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or hang it on the wall for space-saving as you need. The diamond mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two hooks to hang the mirror on the screws to complete installation which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

Report an issue with this product or seller

## Consider a similar item



Kelly Miller 30"x40" Jeweled Bathroom Wall Mirror, Large Rectangle Mirror Decorative Mirror Luxury Vanity Mirror with Diamonds for Master Bath Half Bath Living Room Bedroom Fireplace Mantle Entryway

★★★★⯪ (286)

$219.99 ✓prime

🌀 1 sustainability feature

Sponsored ⓘ

## Buy it with

 ✅ +  ✅ +  ✅

Total price: $438.88

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.

8/20/25, 6:28 PM    Amazon.com: Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 192 of 377 PageID #:213

**This item:** Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamo…

$349⁹⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

$74⁹⁹

Show details

## Deals on related products  Sponsored ⓘ








55" x 36" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou…

★★★★½ 45

Limited time deal

-15% $186⁹⁹

List: $219.99

✓prime

Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…

★★★★½ 112

Limited time deal

-10% $170⁹⁰

Typical: $189.89

✓prime

SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…

★★★★★ 79

Limited time deal

-20% $175⁹⁹

Typical: $219.99

✓prime

FORBATH 48x40 Inch Large Bathroom Mirror, Brushed Silver Deep Frame Wall Mirror wit…

★★★★½ 57

Limited time deal

-15% $169⁹⁹

List: $199.99

✓prime

LED Bathroom Mirror 48 Inch Round Bathroom Mirror with Lights, Circle Wall Mirror w…

★★★★½ 41

Limited time deal

-16% $183⁹⁹

Typical: $219.99

✓prime

TETOTE 60 x 36 Lighted Bathroom with Lights Wa Mounted, Brigh

★★★★★ 2

Amazon's Choice

Limited time deal

-17% $349⁹⁹

Typical: $419.99

✓prime

## Products related to this item  Sponsored ⓘ








Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M…

★★★★½ 226

-5% $222⁸¹

Typical: $234.54

✓prime

Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Home Dé…

★★★★½ 8

$199⁸⁹

✓prime

ISKM 60"x28" LED Bathroom Mirror with Lights - Large Front and Backlit Vanity Mir…

★★★★½ 758

$338⁹⁹

✓prime

72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di…

★★★★★ 1

$339⁹⁹

✓prime

Save $70.00 with coupon

ExBrite 60"x36" Large LED Mirror for Bathroom, Wall-Mounted LED Vanity…

★★★★★ 13

-16% $379⁹⁹

List: $449.99

Keonjinn LED B Mirror 60" x 28 Frontlit & Back Lighted Mirror

★★★★★ 30

-13% $279⁹⁹

List: $319.99

✓prime

Save $20.00 with

## Product description




Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 193 of 377 PageID #:214



## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Bathroom, Bedroom, Dining Room, Living Room, enterway |
| **Shape** | Rectangular |
| **Product Dimensions** | 30"L x 55"W |
| **Frame Material** | Engineered Wood |
| **Style** | Modern |
| **Mounting Type** | Wall Mount |
| **Finish Type** | Painted |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 194 of 377 PageID #:215

| | |
|---|---|
| **Surface Recommendation** | Glass |
| **Special Feature** | Blinking |
| **Color** | Rect Silver Diamond |
| **Material** | Glass |
| **Size** | 30" x 55" |
| **Item Weight** | 79 pounds |
| **ASIN** | B0DJ2DBD7L |
| **Customer Reviews** | 4.4 ★★★★½ ⌄    **17 ratings**<br>4.4 out of 5 stars |
| **Best Sellers Rank** | #868,793 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#2,018 in Wall-Mounted Mirrors |
| **Date First Available** | September 27, 2024 |

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

| Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mount... | 72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di... | ISKM 60"x36" LED Bathroom Mirror with Lights - Large Front and Backlit Vanity Mir... | Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B... | Hasipu 40" x 30" LED Diamond Wall Mirror, Arched Crystal Diamond Mirror for Home Dé... | 48x32 Inch RGB Bathroom Mirror Light and RGB Lighted Vanity... |
|---|---|---|---|---|---|
| ★★★★½ 226 | ★★★★★ 1 | ★★★★½ 758 | ★★★★½ 1,255 | ★★★★½ 8 | ★★★★½ 44 |
| -8% $219⁹⁹ | $339⁹⁹ | $455⁹⁹ | Amazon's Choice<br>-32% $204³⁰ | $199⁸⁹ | -7% $279⁹⁹ |
| Typical: $239.89 | ✓prime | ✓prime | List: $299.79 | ✓prime | Typical price: $29... |
| ✓prime | Save $70.00 with coupon | | ✓prime | | ✓prime |
| | | | Save 10% with coupon | | |

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ






Keonjinn LED Bathroom Mirror with Light, 28x36 in Frontlit and Backlit,…
4.7 ★★★★★ 491

Amorho LED Bathroom Mirror 40" X30" with Front Light and Backlit, Stepless…
4.5 ★★★★★ 2,859

LED Mirror f…
Lighted Mir…
4.6 ★★★

## Customer reviews

★★★★½   4.4 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

## Reviews with images

See all photos ›





## Top reviews from the United States

Irene
★★★★★ **Beautiful**
Reviewed in the United States on July 30, 2025
Color: Rect Silver Diamond | Size: 26" x 40" | **Verified Purchase**

They are beautiful but I am disappointed because they do not work for business since it is for a beauty salon and the image looks distorted. What I want is for them to look good and not to be scared when they see themselves in the mirror. and they are super heavy

Helpful    |    Report

Satisfied customer who just doesn't want to display their name
★★★★★ **Good quality**
Reviewed in the United States on June 21, 2025
**Verified Purchase**

Looks beautiful in my bathroom. It's quite heavy but was easy to hang.

Helpful    |    Report

Angel R.
★★★★★ **Beautiful But Heavy**
Reviewed in the United States on July 7, 2025
**Verified Purchase**

This is an absolutely beautiful mirror, incredibly heavy. Note that, to get appropriate anchors for your hanging space, I don't feel like the ones that come with it are enough for securely hanging. The first mirror I received came with the short in the wiring. I reached out to the company directly. They immediately shipped out a replacement and resolved the situation promptly. The multiple color lighting options is more beautiful than expected!!

One person found this helpful

Helpful    |    Report

Daniel
★☆☆☆☆ **Upsetting**
Reviewed in the United States on March 14, 2025
**Verified Purchase**

Received Defective Mirror, it does not light up! Very Heavy, decided just to keep it as is…
Very Upsetting

One person found this helpful

Helpful    |    Report

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 196 of 377 PageID #:217

melanie everhardt

⭐⭐⭐⭐⭐ **Beautiful mirror!**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

I absolutely love this mirror! It's very beautiful and elegant looking and i love the 3 different lighting options it comes with. Definitely recommend, you will absolutely love it!

Helpful | Report

ShoppingBee

⭐⭐⭐⭐⭐ **Nice and Elegantly Made**

Reviewed in the United States on August 2, 2025

**Verified Purchase**

The mirror is nice and elegant .

I love the glam effect and the touch functionality in mirror for turning on and off the various lighting options.

These are my reasons for choosing to rate five stars.

The cons in designing of mirror for me are the black electrical cord that has to be exposed from behind mirror to reach wall outlet and the wooden sides of the mirror being with black finish instead of a gray or silver, for me these features negatively impact the aesthetic design of the mirror. I purchased two to update a bathroom with his and her sinks. The pricing of mirror was also a positive .

Helpful | Report

Tricia Flake

⭐⭐⭐⭐⭐ **Fantastic light/mirror**

Reviewed in the United States on March 26, 2025

Color: Rect Silver Diamond | Size: 30" x 55" | **Verified Purchase**

Fantastic light but very heavy make sure you have someone help you

Helpful | Report

Karen S. Brown

⭐⭐⭐⭐⭐ **Beautiful and Sheek**

Reviewed in the United States on April 21, 2025

**Verified Purchase**

Beautiful and sheek

Helpful | Report

**See more reviews** ›

Sponsored ⓘ

8/20/25, 6:28 PM
Amazon.com: Hetepu 53 OcM LED Diamond Wall Mirror, Led Mirror for Home Decor, Crystal Diamond Mirror for Bathroom Livingr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 197 of 377 PageID #:218

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English | United States

**Amazon Music**
Stream millions of songs

**Amazon Business**
Everything For Your Business

**Goodreads**
Book reviews & recommendations

**Amazon Resale**
Great Deals on Quality Used Products

**Amazon Ads**
Reach customers wherever they spend their time

**Amazon Fresh**
Groceries & More Right To Your Door

**IMDb**
Movies, TV & Celebrities

**Whole Foods Market**
America's Healthiest Grocery Store

**Neighbors App**
Real-Time Crime & Safety Alerts

**6pm**
Score deals on fashion brands

**AmazonGlobal**
Ship Orders Internationally

**IMDbPro**
Get Info Entertainment Professionals Need

**Woot!**
Deals and Shenanigans

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**AbeBooks**
Books, art & collectibles

**Home Services**
Experienced Pros Happiness Guarantee

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Zappos**
Shoes & Clothing

**PillPack**
Pharmacy Simplified

**ACX**
Audiobook Publishing Made Easy

**Amazon Web Services**
Scalable Cloud Computing Services

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Ring**
Smart Home Security Systems

**Amazon Renewed**
Like-new products you can trust

**Sell on Amazon**
Start a Selling Account

**Audible**
Listen to Books & Original Audio Performances

**Prime Video Direct**
Video Distribution Made Easy

**eero WiFi**
Stream 4K Video in Every Room

**Veeqo**
Shipping Software Inventory Management

**Box Office Mojo**
Find Movie Box Office Data

**Shopbop**
Designer Fashion Brands

**Blink**
Smart Security for Every Home

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✅✖

© 1996-2025, Amazon.com, Inc. or its affiliates





# THREE COLOR MODES

Short press "Light" button to change light color

**Cool Light**          **Warm Light**          **Natural Light**



# AJUSTABLE BRIGHTNESS

## Long-press to adjust the lights

20%

50%

100%





# EASY TO INSTALL

30 in

55 in



- Reinforced Metal Hooks



- Screws and Expansion Screws

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 204 of 377 PageID #:225



Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

       

# Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

Bundle Was Price: ~~$439.68~~ Details
Bundle Price: **$399.89**
You Save: **$39.79 (9%)** ($19.89 less than buying separately)

Get $80 off instantly: Pay $319.89 upon approval for the Amazon Store Card.

### Bundles with this item





| Hasipu 61"×22" LED Full-Length Mirror Wi… | Hasipu 65"×22" LED Full-Length Mirror Wi… |
|---|---|
| **-9%** $429.89 | **-9%** $459.89 |
| Was: ~~$474.43~~ | Was: ~~$505.79~~ |

See all bundles

| | |
|---|---|
| **Brand** | Hasipu |
| **Room Type** | Living Room |
| **Shape** | Diamond |
| **Frame Material** | Glass |
| **Style** | Hasipu 59"×20" LED Full-Length Mirror With Diamond |

## About this item

- 【LARGE SIZE】: Length 59"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

Prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

**$399.89**

Delivery **Sunday, August 24**. Order within **5 hrs 27 mins**

Delivering to Lake Zurich 60047 - Update location

**Only 19 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List



Hasipu 61"×22" LED Full-Length…
4.5    226
$222⁸¹

Sponsored ⓘ

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

Sponsored ⓘ

## This bundle contains 2 items (may ship separately)



1 of Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror Leaning for Living Room Bedroom
⭐⭐⭐⭐½ 226
$208.64

- 【LARGE SIZE】: Length 63"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.



1 of Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes
⭐⭐⭐⭐½ 226
$191.25

- 【LARGE SIZE】: Length 59"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 206 of 377 PageID #:227

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

## Buy it with

 +  +

**This item:** Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…
$399⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…
$13⁹⁰

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…
$11⁴¹ ($2.85/count)

Total price: $425.20

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

## Products related to this item  *Sponsored* ⓘ

    

Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,…
★★★★⯪ 1,255
$429⁷⁹
✓prime

Full Length Mirror 71"x31" Full Body Floor Mirror for Bedroom or Cloakroom, Can Sta…
$129⁹⁹
✓prime
Save $15.00 with coupon

Arch Full Length Standing Mirror with LED Lights, 56"x20" Lighted Mirror with Dimmi…
★★★★★ 29
Amazon's Choice
$89⁹⁹
✓prime
Save 20% with coupon

LED Full Length Mirror - 64" x 21" Mirror Full Length with Rounded Corner, Floor St…
★★★★⯪ 57
$129⁹⁹
✓prime

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro…
★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

21"x56" Arched Length Mirror v Lights, Standin Mounted Full B
★★★★★ 95
-17% $74⁹⁹
List: $89.99
✓prime

8/20/25, 6:32 PM Amazon.com: Hasipu 59"x20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 207 of 377 PageID #:228

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | | | |
|---|---|---|---|
| Brand | Hasipu | **Warranty & Support** | |
| Room Type | Living Room | Product Warranty: For warranty information about this product, please click here | |
| Shape | Diamond | | |
| Frame Material | Glass | **Feedback** | |
| Style | Hasipu 59"×20" LED Full-Length Mirror With Diamond | Would you like to **tell us about a lower price?** ⌄ | |
| Mounting Type | Wall Mount | | |
| Finish Type | Polished | | |
| Surface Recommendation | Glass | | |
| Special Feature | Full Length | | |
| Assembly Required | Yes | | |
| ASIN | B0DL9XPMJT | | |
| Date First Available | October 29, 2024 | | |

## Product Description

Hasipu LED Full-Length Mirror With Diamond

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping













Full Length Mirror 76"x34" Full Body Floor Mirror for Bedroom or Cloakroom, Can Sta...
$149⁹⁹
✓prime
Save $30.00 with coupon

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro...
★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

Hasipu 83" X 36" Full Length Mirror with Lights, Black Frame Arch Led Mirror Full L...
★★★★½ 112
Limited time deal
-10% $278⁹⁰
Typical: $309.89
✓prime

Antok Mirror Full Length, 71"x28" Big Floor Mirror, Oversized Full Body Mirrors wit...
★★★★☆ 26
$99⁹⁹
✓prime

Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,...
★★★★½ 1,255
$429⁷⁹
✓prime

Arch Full Length Standing Mirror Lights, 56"x20" Mirror with Dim...
★★★★★ 29
Amazon's Choice
$89⁹⁹
✓prime
Save 20% with co...

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 208 of 377 PageID #:229



Sponsored ⓘ

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ∨

**No customer reviews**

## Review this product

Share your thoughts with other customers

> Write a customer review



Sponsored ⓘ



Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 English          🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates





# MULTI WAYS TO USE



Leaning

Hanging
(Horizontal/Vertical)

Standing



**LIGHT ON**

**LIGHT OFF**





**Frame**



**Hooks**



**Diamond Details**



**Front**





**Back**

20 in

59 in

# PRODUCT ATTRIBUTE

 3-Color Lighting

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Sensor





Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 219 of 377 PageID #:240





Click to see full view

# Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

Bundle Was Price: ~~$474.43~~ Details
Bundle Price: **$429.89**
You Save: **$44.54 (9%)** ($12.91 less than buying separately)

Get $80 off instantly: Pay $349.89 upon approval for the Amazon Store Card.

## Bundles with this item

 

| Hasipu 59"×20" LED Full-Length Mirror Wi… | Hasipu 65"×22" LED Full-Length Mirror Wi… |
|---|---|
| **-9%** $399.89 | **-9%** $459.89 |
| Was: ~~$439.68~~ | Was: ~~$505.79~~ |

See all bundles

| Brand | Hasipu |
|---|---|
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 61"×22" LED Full-Length Mirror With Diamond |

## About this item

- 【LARGE SIZE】: Length 61"x Width 22", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it

**Prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$429.89**

Delivery **Sunday, August 24**. Order within **5 hrs 26 mins**

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

[ Add to List ]

Sponsored

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 220 of 377 PageID #:241

easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

Sponsored ⓘ

## This bundle contains 2 items (may ship separately)



1 of Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror Leaning for Living Room Bedroom
★★★★⯪ 226
$202.26

- 【LARGE SIZE】: Length 63"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

1 of Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes
★★★★⯪ 226
$227.63

- 【LARGE SIZE】: Length 61"x Width 22", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 221 of 377 PageID #:242



decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】： LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

## Buy it with

 ☑ +  ☑ +  ☑

Total price: $455.20

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond Crystal Crush Diamon…

$429⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…

$11⁴¹ ($2.85/count)

## Deals on related products  Sponsored ⓘ



Hasipu 95" X 40" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L...

★★★★½ 112

Limited time deal

−10% $359⁹⁹
Typical: $399.99
✓prime



SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror...

★★★★★ 79

Limited time deal

−20% $175⁹⁹
Typical: $219.99
✓prime



56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 ...

★★★★½ 63

Amazon's Choice

Limited time deal

−14% $71¹⁹
Typical: $82.39
✓prime



Suidia Full Length Mirror, 71"x28" Floor Standing Mirror Freestanding, Full Body Mi...

★★★★½ 85

Limited time deal

−10% $89⁹⁹
Typical: $99.99
✓prime

Antok Full Length Mirror, 76"x34" Floor Mirror, Floor Standing Freestanding Full Bo...

★★★★½ 270

Limited time deal

−26% $139⁹⁹
List: $189.99
✓prime



Antok Arched F Length Mirror, Floor Mirror wit Full Body Mirro

★★★★☆ 13

Limited time dea

−16% $142⁴⁸
List: $169.99
✓prime

8/20/25, 6:33 PM    Amazon.com: Hasipu 61"x22" LED Full-Length Mirror Crystal Crush Diamond Crystal Crush Diamond Wall Mounted Diamond Mirr…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 222 of 377 PageID #:243

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 61"×22" LED Full-Length Mirror With Diamond |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Special Feature | Full Length |
| ASIN | B0DL9XSS2Y |
| Date First Available | October 29, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Hasipu 61"×22" LED Full-Length Mirror With Diamond

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

Antok Full Length Mirror, 76"x34" Floor Mirror, Floor Standing Freestanding Full Bo...
★★★★½ 270
Limited time deal
-26% $139⁹⁹
List: $189.99
✓prime

osemy 70"x 24" LED Full Length Mirror with Lights, Lighted Full Body Mirror, Dimmab...
★★★★½ 149
-12% $289⁹⁹
Typical: $329.99
✓prime
Save 10% with coupon

Hasipu Arch Vanity Mirror with Light, Arched Led Makeup Mirror with 10X Magnificati...
★★★★☆ 150
Amazon's Choice
-5% $94⁹⁹
Typical: $99.99
✓prime

Hasipu Full Length Mirror with Lights, 71" x 27.6" LED Lighted Floor Standing Mirro...
★★★★½ 1,255
-5% $237³⁰
Typical: $249.79
✓prime
Save 10% with coupon

Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M...
★★★★½ 226
-10% $239⁹⁹
Typical: $265.90
✓prime

Hasipu 79" x 32 Hollywood Full Mirror With Lig Tempered Glas
★★★★½ 34
$299⁹⁹
✓prime

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 223 of 377 PageID #:244



Sponsored ⓘ

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

( Write a customer review )

Sponsored ⓘ

Case: 1:25-cv-1[illegible] Document #: 1-2 Filed: 08/21/25 Page 224 of 377 PageID #:245

Sponsored ⓘ

Back to top

### Get to Know Us
Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us
Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You
Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2025, Amazon.com, Inc. or its affiliates









**LIGHT ON**

**LIGHT OFF**





**Frame**



**Hooks**



**Diamond Details**



**Front**



**Back**

**22 in**

**61 in**



# PRODUCT ATTRIBUTE

 3-Color Lighting

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Sensor





Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 234 of 377 PageID #:255



Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

       

# Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

Bundle List Price: ~~$649.78~~ Details
Bundle Price: **$559.89**
You Save: **$89.89 (14%)** (**$59.79** less than buying separately)

Get $80 off instantly: Pay $479.89 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 63"×22" LED Full-Length Mirror Arch Design |

## About this item

- 【LARGE SIZE】: Length 63"x Width 22", Thickness: 0.8 inch. The large size of the arched diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws

Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$559.89**

Delivery **Sunday, August 24**. Order within **5 hrs 25 mins**

Delivering to Lake Zurich 60047 - Update location

**Only 14 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by SYBAG
Returns 30-day refund / replacement
Payment Secure transaction

Add a gift receipt for easy returns

Add to List

Sponsored

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 235 of 377 PageID #:256

into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

Sponsored ⓘ

## This bundle contains 2 items (may ship separately)



1 of Hasipu Full-Length Mirror 69"×26" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror Leaning for Living Room Bedroom

⭐⭐⭐⭐⭒ 226

$350.01

- 【LARGE SIZE】: Length 69"x Width 26", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.



1 of Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

⭐⭐⭐⭐⭒ 226

$209.88

- 【LARGE SIZE】: Length 63"x Width 22", Thickness: 0.8 inch. The large size of the arched diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space.
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house.

8/20/25, 6:35 PM    Amazon.com: Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, Wall-Mounted Diamond Mirror Lea…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 236 of 377 PageID #:257

The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

## Buy it with

 +  +

**This item:** Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond, W…

$559⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…

$13⁹⁰

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…

$11⁴¹ ($2.85/count)

Total price: $585.20

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

## Deals on related products  Sponsored ⓘ

    

56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 …
★★★★½ 63
Amazon's Choice
Limited time deal
-14% $71¹⁹
Typical: $82.39
✓prime

Antok Arched Full Length Mirror, 81"x41" Floor Mirror with Carved, Full Body Mirror…
★★★★☆ 131
Limited time deal
-10% $323⁹⁹
List: $359.99
✓prime

SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…
★★★★★ 79
Limited time deal
-20% $175⁹⁹
Typical: $219.99
✓prime

FORBATH 48x40 Inch Large Bathroom Mirror, Brushed Silver Deep Frame Wall Mirror wit…
★★★★½ 57
Limited time deal
-15% $169⁹⁹
List: $199.99
✓prime

Arched Full Length Mirror with LED Lights, 60"x16" LED Floor Mirror with Stand, Bod…
★★★★½ 208
Limited time deal
-19% $69²⁹
List: $85.99
✓prime

KOHROS Bathr Vanity Decorati Mirrors for Wal 42" x 24" Venet
★★★★½ 26
Limited time deal
-20% $135⁹⁹
Typical: $169.99
✓prime

## Based on your recent shopping trends

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 237 of 377 PageID #:258

     

**ENENE Crystal Crush Diamond Wall Mirror 46.5"x30.5" Rectangle Silver Mirrors for Wall Decorative Large Wall…**
★★★★★ 109
**$249.99**
Get it as soon as **Monday, Aug 25**
FREE Shipping by Amazon

**Ruomeng Rectangular Wall Mirror Crystal Crush Diamond Mirror for Ho…**
★★★★★ 472
Save 5%
**$37.99**
Typical: $39.99
Lowest price in 30 days
Get it as soon as **Monday, Aug 25**
FREE Shipping by Amazon

**blingworld Decorative Wall Mirror, 32x24 Crushed Diamond Mirrors with Crystal for Wall Decor Living Room Silv…**
★★★★★ 102
**$179.99**
Get it as soon as **Monday, Aug 25**
FREE Shipping by Amazon

**Artloge Crushed Diamond Wall Mirror: 36 x 24 inch Rectangular Glass Silver Vanity with Decorative Glam Bling Crystal Fra…**
★★★★★ 91
**$175.80**
Get it as soon as **Monday, Aug 25**
FREE Shipping by Amazon

**QMDECOR Crystal Crush Diamond Rectangle Silver Mirror for Wall Decoration 24x32inch…**
★★★★★ 1,290
Amazon's Choice
**$99.99**
Get it as soon as **Monday, Aug 25**
FREE Shipping by Amazon

**SHYFOY Cr… Diamond M… Decor, 35.4… Decorative…**
★★★★★
20% off
**$175.99**
Typical: $219
Get it as soon Aug 25
FREE Shippin

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Brand | Hasipu |
|---|---|
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 63"×22" LED Full-Length Mirror Arch Design |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Special Feature | Full Length |
| ASIN | B0DL9YVPH1 |
| Finish types | Polished |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Hasipu 63"×22" LED Full-Length Mirror Arch Design with Crystal Crush Diamond

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 238 of 377 PageID #:259







**Antok Arched Full Length Mirror, 81"x41" Floor Mirror with Carved, Full Body Mirror...**
★★★★☆ 131
Limited time deal
-10% $323⁹⁹
List: $359.99
✓prime

**65"x22" Arched Full Length Mirror with Lights, LED Mirror Full Length with Stands, ...**
★★★★½ 55
$199⁹⁹
✓prime

**Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The...**
★★★★½ 226
Amazon's Choice
-8% $119⁹⁹
Typical: $129.79
✓prime

**LED Arched Full Length Mirror with Lights 65"x24" - Lighted Floor Mirror with Dimmi...**
★★★★☆ 7
-25% $134⁹⁹
List: $179.99
✓prime

**72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...**
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon

**Hasipu 63" x 22 Mirror - Full Le Design, Wall M with Dimming**
★★★★½ 19
-6% $149⁹⁹
Typical: $159.99
✓prime

"


Sponsored ⓘ

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored ⓘ

8/20/25, 6:35 PM
Amazon.com: Hiesled 63 O C2u INt4EhHuh-Length Mirror/Arch Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Lea…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 239 of 377 PageID #:260



Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

8/20/25, 6:35 PM Amazon.com: Hesp4 63 0 22 In E full-Length Mirror Arch Design with Crystal Crush Diamond, Wall Mounted Diamond Mirror Lea…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 240 of 377 PageID #:261

America's
Healthiest
Grocery Store

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates











Hooks×2



Diamond Details



Wire Connerctor









Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 248 of 377 PageID #:269



Home & Kitchen › Home Décor Products › Mirrors › Wall-Mounted Mirrors



Click to see full view

      3+

## Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

Visit the Hasipu Store

Bundle Was Price: ~~$505.79~~ Details
Bundle Price: **$459.89**
You Save: $45.90 (9%) ($0.09 less than buying separately)

Get $80 off instantly: Pay $379.89 upon approval for the Amazon Store Card.

### Bundles with this item



 

Hasipu 59"×20" LED Full-Length Mirror Wi…
**-9%** **$399.89**
Was: ~~$439.68~~

Hasipu 61"×22" LED Full-Length Mirror Wi…
**-9%** **$429.89**
Was: ~~$474.43~~

See all bundles

| Brand | Hasipu |
|---|---|
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 65"×22" LED Full-Length Mirror With Diamond |

## About this item

- 【LARGE SIZE】: Length 65"x Width 22", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it



Sponsored

---

Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$459.89**

Delivery **Sunday, August 24**. Order within **5 hrs 28 mins**

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored

8/20/25, 6:31 PM
Amazon.com: Hasipu 63"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 249 of 377 PageID #:270

easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

💬 Report an issue with this product or seller

Sponsored ⓘ

## This bundle contains 2 items (may ship separately)



1 of Hasipu Full-Length Mirror 63"×20" with Lights and Crystal Crush Diamond, Wall Mounted Hanging Diamond Mirror Leaning for Living Room Bedroom
★★★★½ 226
$204.39

- 【LARGE SIZE】: Length 63"x Width 20", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.

- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.

- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

1 of Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes
★★★★½ 226
$255.50

- 【LARGE SIZE】: Length 65"x Width 22", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect



decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.

- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

## Buy it with

 +  +

Total price: $548.78

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamo…
$459⁸⁹

GOTHICO Mirrored Remote Holder, Wall Mounted Crush Diamond Bling Decoration…
$13⁹⁰

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…
$74⁹⁹

## Products related to this item  *Sponsored* ⓘ



Hasipu Full Length Mirror with Lights, 95" x 40" LED Lighted Floor Standing Mirror,...
★★★★☆ 1,255
-5% $405⁹³
Typical: $427.30
✓prime



Full Length Mirror 71"x31" Full Body Floor Mirror for Bedroom or Cloakroom, Can Sta...
$129⁹⁹
✓prime
Save $15.00 with coupon



Hasipu 59"×20" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M...
★★★★☆ 226
-9% $199⁷⁹
List: $219.89
✓prime



72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...
★★★★★ 1
$339⁹⁹
✓prime
Save $70.00 with coupon



Hasipu Vanity Mirror with Lights and Bluetooth Speaker, 55" x 35.8" LED Makeup Mirr...
★★★★☆ 1,646
$329⁹⁹
✓prime



60x36 Inch RGB Bathroom Mirror Light and RGB Lighted Vanity
★★★★☆ 44
-18% $329⁹⁹
Typical price: $39
✓prime

8/20/25, 6:31 PM     Amazon.com: Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 251 of 377 PageID #:272

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Brand | Hasipu |
| --- | --- |
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 65"×22" LED Full-Length Mirror With Diamond |
| Mounting Type | Wall Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Special Feature | Full Length |
| Frame Type | Unframed |
| Assembly Required | No |
| ASIN | B0DL9ZHG6L |
| Date First Available | October 29, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Hasipu 65"×22" LED Full-Length Mirror With Diamond

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



Hasipu Full Length Mirror with Lights, 79" x 32" LED Lighted Floor Standing Mirror,...

★★★★☆ 1,255

**Amazon's Choice**

$299⁷⁹

✓prime



60x36 Inch RGB LED Bathroom Mirror Front Light and RGB Backlit Lighted Vanity Mirro...

★★★★☆ 441

-18% $329⁹⁹

Typical price: $399.99

✓prime



Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M...

★★★★☆ 226

-5% $222⁸¹

Typical: $234.54

✓prime



55" x 36" Led Bathroom Mirror with Lights, Anti-Fog & Tri-Color Lighting - Wall Mou...

★★★★☆ 45

**Limited time deal**

-15% $186⁹⁹

List: $219.99

✓prime



72x36 Inch Lighted Bathroom Mirror, Large Led Vanity Mirror with 3 Color Lights, Di...

★★★★★ 1

$339⁹⁹

✓prime

Save $70.00 with coupon



Hasipu Vanity M with Lights and Bluetooth Spea 35.8" LED Make

★★★★☆ 1,

$329⁹⁹

✓prime



PATHFINDER | ROGUE | MURANO

#1 IN NEW-VEHICLE QUALITY
AMONG MAINSTREAM BRANDS

LEARN MORE

Sponsored ⓘ

## Customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

Sponsored ⓘ

8/20/25, 6:31 PM
Amazon.com: Design63 022 LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Ro…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 253 of 377 PageID #:274

Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified |

**ACX** Audiobook Publishing Made Easy

**Amazon Web Services** Scalable Cloud Computing Services

**Amazon Photos** Unlimited Photo Storage Free With Prime

**Ring** Smart Home Security Systems

**Amazon Renewed** Like-new products you can trust

**Sell on Amazon** Start a Selling Account

**Audible** Listen to Books & Original Audio Performances

**Prime Video Direct** Video Distribution Made Easy

**eero WiFi** Stream 4K Video in Every Room

**Veeqo** Shipping Software Inventory Management

**Box Office Mojo** Find Movie Box Office Data

**Shopbop** Designer Fashion Brands

**Blink** Smart Security for Every Home

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2025, Amazon.com, Inc. or its affiliates









**LIGHT ON**

**LIGHT OFF**





**Frame**



**Hooks**



**Diamond Details**



**Front**



**Back**



Bedroom

Living room

Fashion store

Cloakroom



22 in

65 in

# PRODUCT ATTRIBUTE

 3-Color Lighting

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Sensor



8/20/25, 6:30 PM    Amazon.com: Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 263 of 377 PageID #:284



Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

       

## Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body Mirror Leaning for Living Room Bedroom Long Dressing Mirror Black

Visit the Hasipu Store

Bundle Was Price: ~~$329.68~~ Details
Bundle Price: **$299.89**
You Save: $29.79 (9%) ($19.99 less than buying separately)

Get $80 off instantly: Pay $219.89 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 47" x 18" Full Length Mirror with Diamond |

### About this item

- 【DOOR MIRROR FULL LENGTH】Length 47"x Width 18", Thickness: 0.8 inch. The diamond mirror offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. It's also perfect for small space to provide more expansive visuals and enhances the sense of space.enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【NON-SLIP MAT DESIGN】: The mirror is equipped with a non-slip mat to ensure that the mirror hangs on the door when the door is closed will not be randomly jogging, the mirror is fixed to the door at all times, do not need to worry about the mirror will slide off the door.

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

**$299.89**

Delivery **Tuesday, August 26**. Order within **5 hrs 29 mins**

Delivering to Lake Zurich 60047 - Update location

**Only 11 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    SYBAG
Returns    30-day refund / replacement
Payment    Secure transaction

☐ Add a gift receipt for easy returns

**Add to List**



Hasipu Full Length Mirror with Li...
4.5    1,255
$**79**⁹⁹

Sponsored ⓘ

8/20/25, 6:30 PM
Amazon.com: Hasipu 47" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 264 of 377 PageID #:285

- 【LEANING AGAINST WALL & DOOR HANGING】 There are different ways to use the mirror leaning against wall or hanging on door, it won't occupy more spaces and can be moved to bedroom, living room or cloakroom easily at your will.
- 【WORRY-FREE SERVICE】 To make you rest assured to make an order, we provide a complete service. If there is any pre-sale or after-sale question on the full body mirror (eg. broken accidently, accessories missing, etc.), we will provide you with the best solution within 24 hours.

💬 Report an issue with this product or seller

Sponsored ⓘ

## This bundle contains 2 items (may ship separately)



1 of Hasipu 59"×18" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond Mirror Leaning for Living Room Bedroom Dimming & 3 Color Modes

★★★★½ 226

$187.40

- 【LARGE SIZE】: Length 59"x Width 18", Thickness: 0.8 inch. The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.



1 of Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The Door Hanging Mirror, Full Body Mirror Leaning for Living Room Bedroom Long Dressing Mirror Black

★★★★½ 226

$112.49

- 【DOOR MIRROR FULL LENGTH】 Length 47"x Width 18", Thickness: 0.8 inch. The diamond mirror offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. It's also perfect for small space to provide more expansive visuals and enhances the sense of space.enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【NON-SLIP MAT DESIGN】: The mirror is equipped with a non-slip mat to ensure that the mirror hangs on the door when the door is closed will not be

Case: 1:25-cv-10034 Document #: 12 Filed: 08/21/25 Page 265 of 377 PageID #:286

randomly jogging, the mirror is fixed to the door at all times, do not need to worry about the mirror will slide off the door.

- 【LEANING AGAINST WALL & DOOR HANGING】There are different ways to use the mirror leaning against wall or hanging on door, it won't occupy more spaces and can be moved to bedroom, living room or cloakroom easily at your will.
- 【WORRY-FREE SERVICE】To make you rest assured to make an order, we provide a complete service. If there is any pre-sale or after-sale question on the full body mirror (eg. broken accidently, accessories missing, etc.), we will provide you with the best solution within 24 hours.

## Buy it with

 +  +

**This item:** Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over T…

$299⁸⁹

VINGLI Mirrored Vanity Stool with Storage, Upholstered Velvet Ottoman, Makeup Dressing Tab…

$74⁹⁹

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…

$11⁴¹ ($2.85/count)

Total price: $386.29

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

## Deals on related products   Sponsored ⓘ

     

56"x21" LED Mirror Full Length - Arched Floor Body Mirror with Dimmable Lights - 3 …
★★★★½ 63
Amazon's Choice
Limited time deal
-14% $71¹⁹
Typical: $82.39
✓prime

Arched Full Length Mirror with LED Lights, 60"x16" LED Floor Mirror with Stand, Bod…
★★★★½ 208
Limited time deal
-19% $69²⁹
List: $85.99
✓prime

SHYFOY Crushed Diamond Mirrors for Wall Decor, 35.4x23.6 Decorative Mirror…
★★★★★ 79
Limited time deal
-20% $175⁹⁹
Typical: $219.99
✓prime

brisafe 81"x41" Full Length Floor Mirror, with Stand for Bedroom & Mounted for Livi…
★★★★☆ 24
Limited time deal
-20% $175⁹⁹
List: $219.99
✓prime

Antok Arched Full Length Mirror, 71"x28" Floor Mirror with Carved, Full Body Mirror…
★★★★☆ 131
Limited time deal
-16% $142⁴⁸
List: $169.99
✓prime

MELOMOIR 44" Oversized Floor Freestanding, Body Mirror for…
★★★★☆ 80
Limited time deal
-14% $196⁹⁹
Typical: $229.99
✓prime

## Products related to this item   Sponsored ⓘ

     

Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond, Over The…
★★★★½ 226
Amazon's Choice
-8% $119⁹⁹
Typical: $129.79
✓prime

Hasipu Full Length Mirror with Lights, 71" x 24" LED Lighted Floor Standing, Full B…
★★★★½ 1,255
-32% $204³⁰
List: $299.79
✓prime
Save 10% with coupon

SogeHome Full Length Mirror with Adjustable LED Light, Freestanding Full Length Mir…
★★★★★ 1
$109⁹⁹

Vlsrka Full Length Mirror with RGB LED Lights, Full Body Lighted Mirror with Crushe…
★★★★½ 1,297
$169⁹⁹

Full Length Floor Mirror - 67"x24" Aluminum Frame Irregular Diamond Shaped Standing…
$137⁹⁹

56"x18" Full Length Tempered Glass Mirror with Light Color Modes &…
★★★★½ 19
-15% $104⁵⁴
Typical: $122.99
✓prime
Save 5% with cou…

## Videos

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 266 of 377 PageID #:287

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Diamond |
| Frame Material | Glass |
| Style | Hasipu 47" x 18" Full Length Mirror with Diamond |
| Mounting Type | Door Mount |
| Finish Type | Polished |
| Surface Recommendation | Glass |
| Special Feature | Lighted |
| ASIN | B0DLB28S1P |
| Date First Available | October 29, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Hasipu 47" x 18" Full Length Mirror with Lights and Crystal Crush Diamond

## Products related to this item  Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M... | Full Length Floor Mirror - 67"x24" Aluminum Frame Irregular Diamond Shaped Standing... | Hasipu Full Length Mirror with Lights, 79" x 36" LED Lighted Floor Standing Mirror,... | SogeHome Full Length Mirror with Adjustable LED Light, Freestanding Full Length Mir... | Vlsrka Full Length Mirror with RGB LED Lights, Full Body Lighted Mirror with Crushe... | 56"x18" Full Le... Tempered Glas... Mirror with Ligl... Color Modes &... |
| ★★★★½ 226 | | ★★★★½ 1,255 | ★★★★★ 1 | ★★★★½ 1,297 | ★★★★½ 19... |
| Amazon's Choice | $137⁹⁹ | $339⁷⁹ | $89⁹⁹ | $169⁹⁹ | -15% $104⁵⁴ |
| -10% $239⁹⁹ | | ✓prime | | | Typical: $122.99 |
| Typical: $265.90 | | | | | ✓prime |
| ✓prime | | | | | Save 5% with cou... |

Sponsored ⓘ

## Customer reviews

No customer reviews

5 star [                    ] 0%

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 267 of 377 PageID #:288

| | | |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

Sponsored ⓘ

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

8/20/25, 6:30 PM    Amazon.com: Hesfru 47 OC 18" Full Length Mirror with Lights and Crystal Gauge Diamond, Over The Door Hanging Mirror, Full Body…

Case: 1:25-cv-10034 Document #: 1-2 Filed: 08/21/25 Page 268 of 377 PageID #:289













Large Diamond Particles

Non-slip Sticker ×2

Hooks ×4



**Frame**



**Wire Connector**



**Diamond Details**





**Front**



**Back**



8/20/25, 6:40 PM    Amazon.com: Diamond Full Length Mirror 69"x26" Inch - Large Framed Floor/Wall Mirror with Acrylic Crystal & Solid Wood Frame, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 276 of 377 PageID #:297



Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

       

3 VIDEOS

## Diamond Full Length Mirror 69"x26" Inch - Large Framed Floor/Wall Mirror with Acrylic Crystal & Solid Wood Frame, Lean or Hang Full Body Mirror for Bedroom, Living Room

Visit the Batuso Store

4.8 ★★★★★    27 ratings

$399⁹⁹

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

### Delivery & Support

Select to learn more

  

Ships from Amazon    30-day easy returns    Customer Support

Size: **69" x 26"**

| 47" x 18" | 63" x 20" |
|---|---|
| $189.99 | $299.99 |

| 69" x 26" |
|---|
| $399.99 |

| **Brand** | Batuso |
|---|---|
| **Room Type** | Bedroom/cloakroom |
| **Shape** | Rectangular |
| **Product Dimensions** | 69"L x 26"W |
| **Frame Material** | Glass |

### About this item

- 🍀 Large 61x22 Full Length Mirror: Spacious floor mirror for seeing your full outfit. Ideal full body mirror for bedroom, living room, bathroom, entryway.
- 🌷 Premium Crystal & HD Glass: High-quality materials (acrylic crystal, HD glass, solid MDF wood) ensure sturdy mirror with high-graded reflection, brightening rooms and enhancing light and space.



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$399⁹⁹

FREE delivery **Monday, August 25**

Or Prime members get FREE delivery **Friday, August 22**. Order within 5 hrs 19 mins. Join Prime

Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored

8/20/25, 6:40 PM Amazon.com: Diamond Full Length Mirror 69"x26" Inch - Large Frameless Oval Wall Mirror with Acrylic Crystal & Solid Wood Frame, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 277 of 377 PageID #:298

- 🎈 Elegant Frameless Design: Sleek frameless mirror suits any home decor. Use as leaning mirror or hang as wall mirror (full length wall mirror) for space-saving.

- 🤹 Easy Hanging/Leaning Installation: Installs quickly with reinforced metal hangers. Hang horizontally or vertically as wall mount mirror. Also stable as freestanding leaning mirror.

- 📍 Safe Shipping & Guarantee: Drop-tested & secure packaging (thick foam/carton box) ensures shatter-proof delivery. Excellent customer service for hassle-free support.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Deals on related products Sponsored ⓘ



Full Length Mirror, 77"x38" Oversized Arched Mirror Large Standing Mirrors, Tall…
★★★★½ 303
Limited time deal
-10% $179⁹⁹
Typical: $199.99
✓prime



Koonmi 30"x71" Arched Full Length Mirror, Silver Large Floor Mirror with Aluminum A…
★★★★½ 835
Amazon's Choice
Limited time deal
-20% $109⁵⁹
Typical: $136.99
✓prime



Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★½ 112
Limited time deal
-10% $170⁹⁰
Typical: $189.89
✓prime



Antok Arched Full Length Mirror, 81"x41" Floor Mirror with Carved, Full Body Mirror…
★★★★☆ 131
Limited time deal
-10% $323⁹⁹
List: $359.99
✓prime



WallBeyond Full Length Mirror Wall Mounted 55"x22", Rustic Wooden Frame Floor Mirro…
★★★★½ 585
Limited time deal
-20% $115¹⁹
Typical: $143.99
✓prime



63"x20" LED Fu Mirror with Ligh Mounted, Frees & Leaning, F…
★★★★★ 9
Limited time dea
-15% $85⁴⁹
List: $99.99
✓prime

## Customers frequently viewed Sponsored ⓘ | Popular products in the last 7 days



Full Length Mirror 71"x30" Solid Wood Frame Floor Large Mirror for Living Room, Bed…
★★★★½ 221
-15% $169⁹⁹
List Price: $199.99
✓prime



Antok Floor Mirror, 71"x32" Wood Full Length Mirror Wooden Full Body Mirror with…
★★★★½ 22
$189⁹⁹
✓prime



Hasipu 61"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M…
★★★★½ 226
-5% $222⁸¹
Typical: $234.54
✓prime



Full Length Mirror 82"×44" Floor Mirror Standing Tall Mirror, Arched Stand up Large…
★★★★★ 6
$359⁹⁹
✓prime
Save $50.00 with coupon



Koonmi 71"x31" Floor Mirror Full Length, Bedroom Floor Body Mirror with Stand, Larg…
★★★★½ 627
Amazon's Choice
$129⁹⁹
✓prime



Hasipu Home G Mirror 360° Sw Wheels, 67" x 4 Large Full Body…
★★★★★ 1
$249⁷⁹
✓prime

## Product description

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 278 of 377 PageID #:299



## Product Videos



SYBAG
crystal led mirror full length

## Product information

| Brand | Batuso |
|---|---|
| Room Type | Bedroom/cloakroom |
| Shape | Rectangular |
| Product Dimensions | 69"L x 26"W |
| Frame Material | Glass |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ∨

8/20/25, 6:40 PM
Amazon.com: Diamond Full Length Mirror 69x26 Inch - Large Framed Full Wall Mirror with Acrylic Crystal & Solid Wood Frame, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 279 of 377 PageID #:300

| | |
|---|---|
| Style | English |
| Mounting Type | Dresser Mount |
| Finish Type | Brushed |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Number of Pieces | 1 |
| Manufacturer | Batuso |
| Size | 69" x 26" |
| Item Weight | 66.7 pounds |
| ASIN | B0F5VWBVFL |
| Item model number | ZSLD17565 |
| Customer Reviews | 4.8 ★★★★★ ⌄  27 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #880,591 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#522 in Floor & Full Length Mirrors |
| Date First Available | April 22, 2025 |

## Products related to this item  Sponsored ⓘ

     

**Full Length Mirror 76"x34" Solid Wood Frame Floor Large Mirror for Living Room, Bed…**
★★★★☆ 221
$219⁹⁹
✓prime

**FENNIO Full Length Mirror with Lights, 70" x 32" LED Full Body Mirror, Free Standin…**
★★★★☆ 1,246
$299⁹⁹
✓prime

**Antok Floor Mirror, 71"×32" Wood Full Length Mirror Wooden Full Body Mirror with…**
★★★★☆ 22
$189⁹⁹
✓prime

**Full Length Mirror, 82"x44" Wavy Mirror Full Length, Floor Mirror with Stand for Be…**
★★★★☆ 8
$229⁹⁹
✓prime
Save $50.00  with coupon

**Koonmi 71"x31" Floor Mirror Full Length, Bedroom Floor Body Mirror with Stand, Larg…**
★★★★★ 627
Amazon's Choice
$129⁹⁹
✓prime

**Hasipu Full Len Mirror with Ligl 21.7" LED Floor Full Body Dres…**
★★★★☆ 1,
-16% $134⁹⁹
Typical: $159.99
✓prime
Save 5%  with cou

Sponsored ⓘ

## Similar brands on Amazon
Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 280 of 377 PageID #:301






## Customer reviews

★★★★★ 4.8 out of 5

27 global ratings

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 5% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

## Reviews with images

See all photos ›

### Top reviews from the United States

Translate all reviews to English

Selenesalgado

★★★★★ **Esta hermoso**

Reviewed in the United States on August 13, 2025

Size: 47" x 18"    **Verified Purchase**

Esta muy bonito, vale la pena el precio 😊



Helpful  |  Report

**Translate review to English**

Aris LtG

★★★★★ **Champagne Taste! YES!**

Reviewed in the United States on July 7, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

ABSOLUTE LUXURY!!! I have been waiting nearly a year to find the perfect mirror for my new home. We put a lot of work into building the perfect home and I didn't want to skimp out by buying a lightweight flimsy or cheap mirror. I was absolutely elated and over the moon excited to, be able to experience this gorgeous mirror.

I was concerned that the so-called "diamond" was going to be some type of metal that was texture to give off a diamond look from a distance. No, these are actually beautiful diamond-shaped crystals that are made to look like beautiful diamonds that are encased behind glass that creates a frame for this mirror.

This mirror is heavy. This is not a cheapie mirror that you're going to find in a discount store. This is very high-quality. We have searched high and low for this type of mirror and could not find it anywhere. We tried some of the most high-end furniture stores that had absolutely beautiful choices, but just not anything like this.

⌄ **Read more**



One person found this helpful

Helpful  |  Report

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 281 of 377 PageID #:302

Klmariax3

★★★★★  **Elegant and works great!**

Reviewed in the United States on July 19, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

Excellent size, excellent sturdiness, excellent lighting options. I really love the elegant design, as it gives it a luxurious aesthetic. The floor stand is what I use to support it, and it works great, but you can also wall mount it and it came with the hardware to do so. The width and height are more than enough for everyone in our family ranging from 4"11 to 6ft. I love that I can switch between cool and warm white light and press and hold the button to dim or brighten each one. The third lights a mix of two. With a tap the button to turn off or on. It actually also serves as a great nightlight or mood lighting on the dimmest setting and brights up a room in the highest setting. I also use it to brighten up my room sometimes when needed. Great for doing my makeup but my teenage daughter loved it and now asked for it to go in her room. My daughter is very picky with mirrors and she says the mirror itself does not distort the image reflection and is a very flattering mirror. I can also choose to leave it with the stand or hang it and it sticks well to the wall with the hardware that is already placed on the back of the mirror. It came well protected with no scratches and no dents and in perfect condition. Good weight but light enough to move around when needed and very easy to clean. To me the quality and size reflects the price well.

Helpful    |    Report

J F A

★★★★★  **Good investment for a quality house decor that should last years.**

Reviewed in the United States on July 23, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

Diamond Full Length Mirror 69"x26" Inch

★★★★★ (5.0 Stars!)

"A party conversation piece, definitely.", remarks my better half on our new full length mirror. "Elegant, exquisite!", she continues, "to the point of being too gaudy for some tastes.  Charming lit "diamonds", but not a vanity mirror, as light isn't focused on the face. Its placement in the house and the type of mounting will be crucial to have the mirror's full effect."

Packaging.
The mirror comes professionally packaged with durable corner pads to ensure the item arrives undamaged.

Set-up.

⌄ Read more

Helpful    |    Report

P. Clouse

★★★★★  **Best Mirror I Have Owned !**

Reviewed in the United States on August 8, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product**  ( What's this? )

The mirror is awesome !! It is so luxurious and classy looking. The size is tremendous, there will be no ducking down to try and see the entire outfit or having to back WAAYYY up or having to stand on something to see your shoes ! There is an option to hang it and it also stands on its own, it's perfect. The lighting is cool, makes it look even more rich. It was packaged so well and came in excellent condition. It is heavy though, I needed help bringing it into the house and unpacking it. It is very sturdy when standing on the floor, of course it is hardwood and not carpet so I can't speak to that aspect. Overall, it is definitely the best mirror I have owned to date and I know I won't have to replace it for a long time, unless my daughter convinces me to put it in her room and then I will have to get my own !

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 282 of 377 PageID #:303

Helpful   |   Report

Ashley hendrickson

★★★★★ **A luxurious, high quality mirror**

Reviewed in the United States on August 17, 2025

Size: 47" x 18"  |   **Amazon Vine Customer Review of Free Product** ( What's this? )

This mirror is gorgeous, the only thing wrong is that I didn't get a larger size- so I'll be back for another one! I was hesitant at the cost of this mirror, but the quality meets what you spend. It's very heavy, thick, and the diamonds are protected inside of the mirror.
It easily and evenly fits on my closet door and you can set the tone of the lighting to your preference. This mirror is most definitely step above the rest and very luxurious!

Helpful   |   Report

**See more reviews** ›

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

8/20/25, 6:40 PM
Amazon.com: DiamondDoor Full Length Mirror 59x20 Inch - Large Framed Full Oval Mirror with Acrylic Crystal & Solid Wood Frame, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 283 of 377 PageID #:304











# 3 Color Lighting Modes

## short-press to change the lights



**Cool Light**
6000K

**Natural Light**
4500K

**Warm Light**
3000K

# Detail Picture



## Crystal Clear Diamonds



## Hook*4



## Lighting Effect to Enhance Clarity





**Front and back**

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 290 of 377 PageID #:311



Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

       

3 VIDEOS

## Diamond Full Length Mirror 63"x20" Inch - Large Framed Floor/Wall Mirror with Acrylic Crystal & Solid Wood Frame, Lean or Hang Full Body Mirror for Bedroom, Living Room

Visit the Batuso Store

4.8 ★★★★★      27 ratings

$299⁹⁹

FREE Returns ⌄

Get $80 off instantly: Pay $219.99 upon approval for the Amazon Store Card.

Size: 63" x 20"

| 47" x 18" | 63" x 20" |
|---|---|
| $189.99 | $299.99 |

| 69" x 26" |
|---|
| $399.99 |

| Brand | Batuso |
|---|---|
| Room Type | Bedroom/cloakroom |
| Shape | Rectangular |
| Product Dimensions | 63"L x 20"W |
| Frame Material | Glass |

## About this item

- 🍀 Large 61x22 Full Length Mirror: Spacious floor mirror for seeing your full outfit. Ideal full body mirror for bedroom, living room, bathroom, entryway.
- 🌷 Premium Crystal & HD Glass: High-quality materials (acrylic crystal, HD glass, solid MDF wood) ensure sturdy mirror with high-graded reflection, brightening rooms and enhancing light and space.
- 🎈 Elegant Frameless Design: Sleek frameless mirror suits any home decor. Use as leaning mirror or hang as wall mirror (full length wall mirror) for space-saving.
- 🎃 Easy Hanging/Leaning Installation: Installs quickly with reinforced metal hangers. Hang horizontally or vertically as wall mount mirror. Also stable as freestanding leaning mirror.



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$299⁹⁹

FREE Returns ⌄

FREE delivery **Monday, August 25**

Or fastest delivery **Sunday, August 24**. Order within 5 hrs 21 mins

Delivering to Lake Zurich 60047 - Update location

In Stock

Quantity: 1 ⌄

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List





Antok Mirror Full Length, 76"x3...

4.1      26

$129⁹⁹

Sponsored ⓘ

8/20/25, 6:39 PM    Amazon.com: Diamond Full Length Mirror 63"x20" Inch - Large Framed Floor/Wall Mirror with Acrylic Crystal & Solid Wood Frame, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 291 of 377 PageID #:312

- 📍 Safe Shipping & Guarantee: Drop-tested & secure packaging (thick foam/carton box) ensures shatter-proof delivery. Excellent customer service for hassle-free support.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

  ☑  +    ☑  +    ☑

Total price: **$323.30**

[ Add all 3 to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Diamond Full Length Mirror 63"x20" Inch - Large Framed Floor/Wall Mirror with…
$299⁹⁹

GIMORRTO Glass Mirrored Coaster 4 PC, Crushed Diamond Round 4" Cup Mat Decor on…
$11⁴¹ ($2.85/count)

BlackFish Coat Rack Mount, Shiny Silver Rhinestones Wall Mounted 5 Hooks, Key Hooks Decorative…
$11⁹⁰

## Customers frequently viewed  Sponsored ⓘ  | Popular products in the last 7 days

          

Antok Mirror Full Length, 76"x34" Big Floor Mirror, Oversized Full Body Mirrors wit…
★★★★☆ 26
-28% $129⁹⁹
List: $179.99
✓prime

Full Length Mirror 82"×44" Floor Mirror Standing Tall Mirror, Arched Stand up Large…
★★★★★ 6
$359⁹⁹
✓prime
[Save $50.00] with coupon

Full Length Mirror, 76"x34" Oversized Floor Mirror Free Standing, Large Full Body M…
★★★★½ 77
-17% $149⁹⁹
List Price: $179.99
✓prime

Hasipu 65"×22" LED Full-Length Mirror Crystal Crush Diamond, Wall Mounted Diamond M…
★★★★½ 226
-10% $239⁹⁹
Typical: $265.90
✓prime

Hasipu Full Length Mirror with Lights, 65" x 21.7" LED Floor Mirror, Full Body Dres…
★★★★½ 1,255
-10% $128¹⁸
Typical: $142.30
✓prime
[Save 10%] with coupon

BEAUTYPEAK B… Length Mirror, ( Rounded Corne Mirror Standing
★★★★½ 1,
Amazon's Choice
-10% $89⁹⁹
Typical: $99.99

## Deals on related products  Sponsored ⓘ

          

BEAUTYPEAK Full Length Mirror with Stand, 56"x21" Floor Mirror with Aluminum…
★★★★½ 1,722
Amazon's Choice
Limited time deal
-29% $35⁴⁹
Typical: $49.99
✓prime

Hasipu 69" X 24" Full Length Mirror with Lights, White Frame Arch Led Mirror Full L…
★★★★½ 112
Limited time deal
-10% $170⁹⁰
Typical: $189.89
✓prime

Antok Arched Full Length Mirror, 81"x41" Floor Mirror with Carved, Full Body Mirror…
★★★★☆ 131
Limited time deal
-10% $323⁹⁹
List: $359.99
✓prime

63"x20" LED Full Length Mirror with Lights, Wall Mounted, Freestanding & Leaning, F…
★★★★★ 9
Limited time deal
-15% $85⁴⁹
List: $99.99
✓prime

Koonmi LED Full Length Mirror, 63"x20"Floor Mirror with Rounded Corner, Dimmable Li…
★★★★½ 15
Limited time deal
-21% $94⁴⁹
Typical: $119.99

56"x21" LED Mi Length - Arche Body Mirror wit Dimmable Ligh
★★★★½ 63
Limited time dea
-14% $71¹⁹
Typical: $82.39
✓prime

**Product description**

## Product description



## Product Videos



**SYBAG**
crystal led mirror full length

## Product information

| Brand | Batuso |
|---|---|
| Room Type | Bedroom/cloakroom |
| Shape | Rectangular |
| Product Dimensions | 63"L x 20"W |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 293 of 377 PageID #:314

| | |
|---|---|
| Frame Material | Glass |
| Style | English |
| Mounting Type | Dresser Mount |
| Finish Type | Brushed |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Number of Pieces | 1 |
| Manufacturer | Batuso |
| Size | 63" x 20" |
| Item Weight | 48.9 pounds |
| ASIN | B0F5W25NQG |
| Item model number | ZSLD16050 |
| Customer Reviews | 4.8 ★★★★★ ⌄        27 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #880,485 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#522 in Floor & Full Length Mirrors |
| Date First Available | April 22, 2025 |

## Products related to this item Sponsored ⓘ

     

BEAUTYPEAK Silver Full Length Mirror, 65"x24" Rounded Corner Floor Mirror Standing …
★★★★☆ 1,375
$99⁹⁹

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro…
★★★★★ 1
$179⁹⁹
✓prime
Save $30.00 with coupon

BEAUTYPEAK 65"x24" Full Length Mirror, Arch Full Body Floor Mirror, Wall Mirrors Ha…
★★★★☆ 707
Amazon's Choice
-30% $76⁹⁹
List: $109.99
✓prime

Floor Mirror Full Length 18×59 Inch, Full Body Mirror with Frame, Wall Mirrors for …
★★★★☆ 380
$211⁹⁹
✓prime

Hasipu Full Length Mirror with Lights, 65" x 21.7" LED Floor Mirror, Full Body Dres…
★★★★☆ 1,255
-10% $128¹⁸
Typical: $142.30
✓prime
Save 10% with coupon

Antok Full Leng 71"x26" Floor M Freestanding, A Floor Standing …
★★★★☆ 33
$79⁹⁹

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 294 of 377 PageID #:315






## Customer reviews

★★★★★ 4.8 out of 5

27 global ratings

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 5% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

## Reviews with images

See all photos ›



## Top reviews from the United States

Translate all reviews to English

Selenesalgado

★★★★★ **Esta hermoso**

Reviewed in the United States on August 13, 2025

Size: 47" x 18"    **Verified Purchase**

Esta muy bonito, vale la pena el precio 😊



Helpful    |    Report

Translate review to English

Aris LtG

★★★★★ **Champagne Taste! YES!**

Reviewed in the United States on July 7, 2025

Size: 69" x 26"    |    **Amazon Vine Customer Review of Free Product** ( What's this? )

ABSOLUTE LUXURY!!! I have been waiting nearly a year to find the perfect mirror for my new home. We put a lot of work into building the perfect home and I didn't want to skimp out by buying a lightweight flimsy or cheap mirror. I was absolutely elated and over the moon excited to, be able to experience this gorgeous mirror.

I was concerned that the so-called "diamond" was going to be some type of metal that was texture to give off a diamond look from a distance. No, these are actually beautiful diamond-shaped crystals that are made to look like beautiful diamonds that are encased behind glass that creates a frame for this mirror.

This mirror is heavy. This is not a cheapie mirror that you're going to find in a discount store. This is very high-quality. We have searched high and low for this type of mirror and could not find it anywhere. We tried some of the most high-end furniture stores that had absolutely beautiful choices, but just not anything like this.

⌄ Read more



One person found this helpful

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 295 of 377 PageID #:316

Helpful   |   Report

**Klmariax3**

⭐⭐⭐⭐⭐ **Elegant and works great!**

Reviewed in the United States on July 19, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Excellent size, excellent sturdiness, excellent lighting options. I really love the elegant design, as it gives it a luxurious aesthetic. The floor stand is what I use to support it, and it works great, but you can also wall mount it and it came with the hardware to do so. The width and height are more than enough for everyone in our family ranging from 4"11 to 6ft. I love that I can switch between cool and warm white light and press and hold the button to dim or brighten each one. The third lights a mix of two. With a tap the button to turn off or on. It actually also serves as a great nightlight or mood lighting on the dimmest setting and brights up a room in the highest setting. I also use it to brighten up my room sometimes when needed. Great for doing my makeup but my teenage daughter loved it and now asked for it to go in her room. My daughter is very picky with mirrors and she says the mirror itself does not distort the image reflection and is a very flattering mirror. I can also choose to leave it with the stand or hang it and it sticks well to the wall with the hardware that is already placed on the back of the mirror. It came well protected with no scratches and no dents and in perfect condition. Good weight but light enough to move around when needed and very easy to clean. To me the quality and size reflects the price well.

Helpful   |   Report

**J F A**

⭐⭐⭐⭐⭐ **Good investment for a quality house decor that should last years.**

Reviewed in the United States on July 23, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

Diamond Full Length Mirror 69"x26" Inch

★★★★★ (5.0 Stars!)

"A party conversation piece, definitely.", remarks my better half on our new full length mirror. "Elegant, exquisite!", she continues, "to the point of being too gaudy for some tastes. Charming lit "diamonds", but not a vanity mirror, as light isn't focused on the face. Its placement in the house and the type of mounting will be crucial to have the mirror's full effect."

Packaging.
The mirror comes professionally packaged with durable corner pads to ensure the item arrives undamaged.

Set-up.

⌄ Read more

Helpful   |   Report

**P. Clouse**

⭐⭐⭐⭐⭐ **Best Mirror I Have Owned !**

Reviewed in the United States on August 8, 2025

Size: 69" x 26"  |  **Amazon Vine Customer Review of Free Product** ( What's this? )

The mirror is awesome !! It is so luxurious and classy looking. The size is tremendous, there will be no ducking down to try and see the entire outfit or having to back WAAYYY up or having to stand on something to see your shoes ! There is an option to hang it and it also stands on its own, it's perfect. The lighting is cool, makes it look even more rich. It was packaged so well and came in excellent condition. It is heavy though, I needed help bringing it into the house and unpacking it. It is very sturdy when standing on the floor, of course it is hardwood and not carpet so I can't speak to that aspect. Overall, it is definitely the best mirror I have owned to date and I know I won't have to replace it for a long time, unless my daughter convinces me to put it in her room and then I will have to get my own !

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 296 of 377 PageID #:317

Helpful    |    Report

Ashley hendrickson

★★★★★  **A luxurious, high quality mirror**

Reviewed in the United States on August 17, 2025

Size: 47" x 18"    |    **Amazon Vine Customer Review of Free Product**  ( What's this? )

This mirror is gorgeous, the only thing wrong is that I didn't get a larger size- so I'll be back for another one! I was hesitant at the cost of this mirror, but the quality meets what you spend. It's very heavy, thick, and the diamonds are protected inside of the mirror.

It easily and evenly fits on my closet door and you can set the tone of the lighting to your preference. This mirror is most definitely step above the rest and very luxurious!

Helpful    |    Report

**See more reviews** ›

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace |  |
| Investor Relations |  | Reload Your Balance |  |

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 297 of 377 PageID #:318





Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 299 of 377 PageID #:320





# Adjustable Light Brightness



10%

100%

— long-press to adjust the lights —



# Detail Picture



## Crystal Clear Diamonds



## Hook*4



## Lighting Effect to Enhance Clarity





**Front and back**

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 304 of 377 PageID #:325



Shop BONEWEI

Sponsored

Home & Kitchen › Home Décor Products › Mirrors › Floor & Full Length Mirrors



Click to see full view

       

3 VIDEOS

## Over Door Mirror Full Length 47x18 Inch - Crystal Crush Diamond Full Body Wall Mirror with Hanging Hardware, Space Saving for Bedroom, Living Room, Entryway

Visit the Batuso Store

4.8 ★★★★★ 27 ratings

**$189⁹⁹**

FREE Returns ⌄

Get $80 off instantly: Pay $109.99 upon approval for the Amazon Store Card.

Size: **47" x 18"**

| 47" x 18" | 63" x 20" |
|---|---|
| $189.99 | $299.99 |

| 69" x 26" | |
|---|---|
| $399.99 | |

| Brand | Batuso |
|---|---|
| Room Type | Bedroom/cloakroom |
| Shape | Rectangular |
| Product Dimensions | 47"L x 18"W |
| Frame Material | Glass |

## About this item

- 🥕 47x18 Inch Full Body Mirror: Large over door mirror shows full outfit at once. Expands visuals & enhances space in bedroom, living room, entryway.
- 🌻 Tempered Glass + Metal Frame: Premium aluminum alloy frame & shatterproof tempered glass. Durable, fade-resistant. Choose black or white to match home decor.
- 🟢 Ultra-Clear & Safe Reflection: HD mirror provides crystal-clear images for precise styling. Shatterproof, explosion-proof glass ensures safety (no sputtering).
- 🧀 Multi-Mount & Space Saving: Hang on door/wall or lean against wall. Includes hook & loop fasteners for secure over door mounting. Portable between rooms.
- 📦 24H Support + Safe Packaging: Pre-attached hardware for quick install. If



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$189⁹⁹**

FREE Returns ⌄

FREE delivery **Monday, August 25**

Or fastest delivery **Sunday, August 24**. Order within **3 hrs 5 mins**

⊚ Delivering to Lake Zurich 60047 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | SYBAG |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**



Hasipu Full Length Mirror with Li...

4.5   1,255

**$134⁹⁹**



Sponsored

8/20/25, 6:39 PM
Amazon.com: Over Door Mirror Full Length 42x14 Inch - Crystal Crush Diamond Full Body Wall Mirror with Hanging Hardware, Sp…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 305 of 377 PageID #:326

damaged/missing parts, contact us for
replacement or refund within 24 hours.

📧 Report an issue with this product or seller

**Similar item to consider**



Amazon Basics Rectangular Wall
Mount Mirror, Peaked Trim, Nickel,
24" x 36"

⭐⭐⭐⭐½ (15695)

$59.99 ✓prime

Sponsored ⓘ

## Buy it with

 ✓

+  ✓

+  ✓

Total price: $213.30

[ Add all 3 to Cart ]

ⓘ These items are shipped from and sold by
different sellers.
Show details

**This item:** Over Door Mirror Full
Length 47x18 Inch - Crystal Crush
Diamond Full Body Wall Mirror…

$189⁹⁹

GIMORRTO Glass Mirrored
Coaster 4 PC, Crushed Diamond
Round 4" Cup Mat Decor on…

$11⁴¹ ($2.85/count)

BlackFish Coat Rack Mount, Shiny
Silver Rhinestones Wall Mounted
5 Hooks, Key Hooks Decorative…

$11⁹⁰

## Customers frequently viewed  Sponsored ⓘ | Popular products in the last 7 days













Antok Mirror Full Length,
71"x28" Big Floor Mirror,
Oversized Full Body
Mirrors wit…

⭐⭐⭐⭐☆ 26

$99⁹⁹

✓prime

Full Length Mirror
82"×44" Floor Mirror
Standing Tall Mirror,
Arched Stand up Large…

⭐⭐⭐⭐⭐ 6

$359⁹⁹

✓prime

[ Save $50.00 ] with coupon

Hasipu Full Length
Mirror with Lights, 56" x
16" LED Floor & Wall
Mounted, Full Bod…

⭐⭐⭐⭐½ 1,255

$85⁹⁹

✓prime

Hasipu 61"×22" LED Full-
Length Mirror Crystal
Crush Diamond, Wall
Mounted Diamond M…

⭐⭐⭐⭐½ 226

-5% $222⁸¹

Typical: $234.54

✓prime

Hasipu Door Mirror Full
Length, 47"x 16" Full
Body Over The Door
Hanging Wall Mount…

⭐⭐⭐⭐½ 514

[Amazon's Choice]

$58⁹⁹

✓prime

LED Full Lengt
71" x 30" Mirro
Length with Ro
Corner, Floor St

⭐⭐⭐⭐½ 5

$199⁹⁹

## Deals on related products  Sponsored ⓘ













Koonmi LED Full Length Mirror, 65"x26" Floor Mirror with Dimmable Lights - 3 Color ...

★★★★½ 15

Limited time deal

-20% $116⁷⁹

Typical: $145.99

Koonmi 30"x71" Arched Full Length Mirror, Silver Large Floor Mirror with Aluminum A...

★★★★½ 835

Limited time deal

-20% $109⁵⁹

Typical: $136.99

✓prime

Solid Wood Full Length Mirror Coat Rack, 70" x 20" Oversize Standing Mirror Full Le...

★★★★☆ 39

Limited time deal

-15% $186⁹⁸

Typical: $219.98

✓prime

Full Length Mirror, 77"x38" Oversized Arched Mirror Large Standing Mirrors, Tall...

★★★★½ 303

Limited time deal

-10% $179⁹⁹

Typical: $199.99

✓prime

Koonmi Full Length Mirror, 56"x21" Mirror Full Length with Stand, Gold Domed Top Sq...

★★★★½ 352

Amazon's Choice

Limited time deal

-10% $45⁸⁹

Typical: $50.99

✓prime

Hasipu 69" X 24" Length Mirror v Lights, White F Led Mirror Full

★★★★½ 1·

Limited time dea

-10% $170⁹⁰

Typical: $189.89

✓prime

## Product description



## Product Videos

8/20/25, 6:39 PM    Amazon.com: Over-Door Mirror Full Length 42 x 14 Inch - Crystal Crush Diamond Full Body 3 Wall Mirror with Hanging Hardware, Sp...

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 307 of 377 PageID #:328



# Product information

| | | |
|---|---|---|
| **Brand** | Batuso | |
| **Room Type** | Bedroom/cloakroom | |
| **Shape** | Rectangular | |
| **Product Dimensions** | 47"L x 18"W | |
| **Frame Material** | Glass | |
| **Style** | English | |
| **Mounting Type** | Dresser Mount | |
| **Finish Type** | Brushed | |
| **Surface Recommendation** | Glass | |
| **Special Feature** | Blinking | |
| **Number of Pieces** | 1 | |
| **Manufacturer** | Batuso | |
| **Size** | 47" x 18" | |
| **Item Weight** | 27.5 pounds | |
| **ASIN** | B0F5W5PRX6 | |
| **Item model number** | ZSGM12045 | |
| **Customer Reviews** | 4.8 ★★★★★ ⌄    4.8 out of 5 stars | 27 ratings |
| **Best Sellers Rank** | #880,485 in Home & Kitchen (See Top 100 in Home & Kitchen) #522 in Floor & Full Length Mirrors | |
| **Date First Available** | April 22, 2025 | |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Products related to this item    Sponsored ⓘ

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 308 of 377 PageID #:329








Hasipu Full Length Mirror with Lights, 65" x 21.7" LED Floor Mirror, Full Body Dres...

★★★★½ 1,255

-16% $134⁹⁹

Typical: $159.99

✓prime

Save 5% with coupon

Glassless Floor Mirror, 71×39", Wide Shatterproof Full Length Wall Mirror for Bedro...

★★★★★ 1

$179⁹⁹

✓prime

Save $30.00 with coupon

LED Bathroom Mirror with Lights 20"x36", Irregular Wall Mirror with Gold Frame, Fro...

★★★★½ 279

-25% $142³⁷

List: $189.99

✓prime

Antok Mirror Full Length, 76"x34" Big Floor Mirror, Oversized Full Body Mirrors wit...

★★★★☆ 26

-28% $129⁹⁹

List: $179.99

✓prime

Hasipu Door Mirror Full Length, 47"x 16" Full Body Over The Door Hanging Wall Mount...

★★★★½ 514

Amazon's Choice

$58⁹⁹

✓prime

LED Full Length 71" x 30" Mirror Length with Ro Corner, Floor St

★★★★½ 57

$199⁹⁹

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ







TRAHOME Home Gym Mirror for Wall,48x24x3PCS Full Length,Glass...

4.6 ★★★★½ 517

$159.99

BONEWEI Bathroom Mirror,40x48 inch Bathroom Mirrors for Over Sink,Large…

4.6 ★★★★½ 459

21% off Ends in

$149.99 Typical price $189.99

Brauthon G Inch Wall M

5.0 ★★★

$129.99 L

## Customer reviews

★★★★★ 4.8 out of 5

27 global ratings

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 5% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Reviews with images

See all photos ›






## Top reviews from the United States

Translate all reviews to English

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 309 of 377 PageID #:330

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

Selenesalgado

★★★★★ **Esta hermoso**

Reviewed in the United States on August 13, 2025

Size: 47" x 18"    Verified Purchase

Esta muy bonito, vale la pena el precio 😊

Helpful    |    Report

Translate review to English

Aris LtG

★★★★★ **Champagne Taste! YES!**

Reviewed in the United States on July 7, 2025

Size: 69" x 26"    **Amazon Vine Customer Review of Free Product**  ( What's this? )

ABSOLUTE LUXURY!!! I have been waiting nearly a year to find the perfect mirror for my new home. We put a lot of work into building the perfect home and I didn't want to skimp out by buying a lightweight flimsy or cheap mirror. I was absolutely elated and over the moon excited to, be able to experience this gorgeous mirror.

I was concerned that the so-called "diamond" was going to be some type of metal that was texture to give off a diamond look from a distance. No, these are actually beautiful diamond-shaped crystals that are made to look like beautiful diamonds that are encased behind glass that creates a frame for this mirror.

This mirror is heavy. This is not a cheapie mirror that you're going to find in a discount store. This is very high-quality. We have searched high and low for this type of mirror and could not find it anywhere. We tried some of the most high-end furniture stores that had absolutely beautiful choices, but just not anything like this.

⌄ Read more

One person found this helpful

Helpful    |    Report

Klmariax3

★★★★★ **Elegant and works great!**

Reviewed in the United States on July 19, 2025

Size: 69" x 26"    **Amazon Vine Customer Review of Free Product**  ( What's this? )

Excellent size, excellent sturdiness, excellent lighting options. I really love the elegant design, as it gives it a luxurious aesthetic. The floor stand is what I use to support it, and it works great, but you can also wall mount it and it came with the hardware to do so. The width and height are more than enough for everyone in our family ranging from 4"11 to 6ft. I love that I can switch between cool and warm white light and press and hold the button to dim or brighten each one. The third lights a mix of two. With a tap the button to turn off or on. It actually also serves as a great nightlight or mood lighting on the dimmest setting and brights up a room in the highest setting. I also use it to brighten up my room sometimes when needed. Great for doing my makeup but my teenage daughter loved it and now asked for it to go in her room. My daughter is very picky with mirrors and she says the mirror itself does not distort the image reflection and is a very flattering mirror. I can also choose to leave it with the stand or hang it and it sticks well to the wall with the hardware that is already placed on the back of the mirror. It came well protected with no scratches and no dents and in perfect condition. Good weight but light enough to move around when needed and very easy to clean. To me the quality and size reflects the price well.

Helpful    |    Report

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 310 of 377 PageID #:331

J F A

★★★★★ **Good investment for a quality house decor that should last years.**

Reviewed in the United States on July 23, 2025

Size: 69" x 26" | **Amazon Vine Customer Review of Free Product** ( What's this? )

Diamond Full Length Mirror 69"x26" Inch

★★★★★ (5.0 Stars!)

"A party conversation piece, definitely.", remarks my better half on our new full length mirror. "Elegant, exquisite!", she continues, "to the point of being too gaudy for some tastes. Charming lit "diamonds", but not a vanity mirror, as light isn't focused on the face. Its placement in the house and the type of mounting will be crucial to have the mirror's full effect."

Packaging.
The mirror comes professionally packaged with durable corner pads to ensure the item arrives undamaged.

Set-up.

﹀ Read more

Helpful | Report

P. Clouse

★★★★★ **Best Mirror I Have Owned !**

Reviewed in the United States on August 8, 2025

Size: 69" x 26" | **Amazon Vine Customer Review of Free Product** ( What's this? )

The mirror is awesome !! It is so luxurious and classy looking. The size is tremendous, there will be no ducking down to try and see the entire outfit or having to back WAAYYY up or having to stand on something to see your shoes ! There is an option to hang it and it also stands on its own, it's perfect. The lighting is cool, makes it look even more rich. It was packaged so well and came in excellent condition. It is heavy though, I needed help bringing it into the house and unpacking it. It is very sturdy when standing on the floor, of course it is hardwood and not carpet so I can't speak to that aspect. Overall, it is definitely the best mirror I have owned to date and I know I won't have to replace it for a long time, unless my daughter convinces me to put it in her room and then I will have to get my own !

Helpful | Report

Ashley hendrickson

★★★★★ **A luxurious, high quality mirror**

Reviewed in the United States on August 17, 2025

Size: 47" x 18" | **Amazon Vine Customer Review of Free Product** ( What's this? )

This mirror is gorgeous, the only thing wrong is that I didn't get a larger size- so I'll be back for another one! I was hesitant at the cost of this mirror, but the quality meets what you spend. It's very heavy, thick, and the diamonds are protected inside of the mirror.
It easily and evenly fits on my closet door and you can set the tone of the lighting to your preference. This mirror is most definitely step above the rest and very luxurious!

Helpful | Report

**See more reviews** ›

8/20/25, 6:39 PM Amazon.com : Over-Door Mirror Full Length 42x16 Inch - Crystal Crush Diamond Full Body Wall Mirror with Hanging Hardware, Sp…

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 311 of 377 PageID #:332



Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

English  United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| | | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 312 of 377 PageID #:333

Great Deals on
Quality Used
Products

America's
Healthiest
Grocery Store

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



## Size and Function Introduction

 3 Color Lights

 Large Particles Crystal Diamond

 HD Imaging Glass

 Smart Touch Button

 Adjustable Brightness



47.2in

17.7in





# 3 Color Lighting Modes

## short-press to change the lights



**Cool Light**
6000K



**Natural Light**
4500K



**Warm Light**
3000K

# Detail Picture



## Crystal Clear Diamonds



## Hook*4



## Lighting Effect to Enhance Clarity





**Front and back**

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 319 of 377 PageID #:340

☰ All    Amazon Haul    Medical Care ⌄    Luxury Stores    Best Sellers    Amazon Basics    Groceries ⌄    New Releases    Today's Deals    Prime ⌄    Registry

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop Hasipu

Sponsored ⓘ

## Consider these available items



FENCHILIN Vanity Mirror with Lights 31.5" x 22.8" Makeup Mirror with Light Strip and

3.8 ★★★★☆ 44

$129.99



Hasipu Vanity Mirror with Lights, 32" x 22" LED Makeup Mirror, Lighted Makeup Mirror

4.4 ★★★★☆ 1,646

$108.79



Hasipu Vanity Mirror with Lights and Bluetooth, 24" LED Makeup Mirror, Lighted

4.3 ★★★★☆ 51

$79.99

Beauty & Personal Care › Tools & Accessories › Mirrors › Makeup Mirrors



Click to see full view

      

VIDEO

# Hasipu Vanity Mirror with Lights and Crystal Diamond, 32" x 24" Hollywood Makeup Mirror with 11 Dimmable Bulbs, Decorative Mirror Smart Touch 3 Colors Dimmable (Right Angle White)

Visit the Hasipu Store

4.8 ★★★★☆ ⌄    25 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Rectangular |
| Product Dimensions | 32"L x 24"W |
| Frame Material | Glass |

## About this item

- 【LARGE SIZE】: Length 32"x Width 24", Thickness: 2.6 inch. This diamond vanity mirror is large enough to allow you to get your entire face in view at once. It can match more many occasions to be a perfect decoration such as living room, bedroom, clubs, hotels and entryway etc.

- 【Brightness Adjustable and 3 Color Lighting Modes】HASIPU Hollywood makeup mirror surrounded by 50,000 hours life, Max 6000 Lumens high brightness LED Light Strip, with warm /natural /cold white three-tone settings, adjustable brightness 0%-100% can meet your personal makeup requirement.

- 【SELECTED MATERIAL】: The vanity mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems

**Currently unavailable.**
We don't know when or if this item will be back in stock.

⊙ Delivering to Lake Zurich 60047 - Update location

[ Add to List ]



Ratsamee Hollywood Vanity Mirr…

4.6    623

$79⁹⁹

Sponsored ⓘ

    Delivering to Lake Zurich 60047   ⊙ Update location    Home & Kitchen ⌄    🔍     EN    Hello, sign in Account & Lists    Returns & Orders    🛒 0

https://www.amazon.com/dp/B0D5D5YFLZ      1/9

8/20/25, 6:37 PM                    Amazon.com : Hasipu Vanity Mirror with Lights and Crystal Diamond, 32" Large Hollywood Makeup Mirror with 15 Dimmable Bulbs, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 320 of 377 PageID #:341

around the room, making it easy to brighten your home and give a better sense of light and space .

- 【ELEGANT DESIGN】 : Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The Hollywood vanity mirror with Sparkling crystal diamond, like the brightest stars in the night sky, emit eternal light, bringing you endless charm and mystery.

- 【CONFIDENTLY BUY】 : Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

🗩 Report an issue with this product or seller

Sponsored ⓘ

## Deals on related products  Sponsored ⓘ



**Makeup Vanity Mirror with Lights 15.2" Large LED Lighted Mirror, Hollywood Make Up …**
★★★★⯪ 993
Amazon's Choice
With Prime
-34% $32⁹⁹
List Price: $49.99
✓prime



**Lighted Makeup Mirror, 2600mAh Rechargeable 1x/10x Magnifying Vanity Mirror, 8.5" H…**
★★★★⯪ 161
Limited time deal
-20% $27⁹⁸
List: $34.99
✓prime



**9" Wall Mounted Makeup Lighted Mirror, 4000mAh Rechargeable Double Sided LED Vanity…**
★★★★⯪ 574
Limited time deal
-15% $42⁴⁹
Typical: $49.99
✓prime



**MIYADIVA Lighted Makeup Mirror, 20X Magnifying Mirror with Light, Double Sided…**
★★★★☆ 672
Limited time deal
-38% $24⁹⁹
List: $39.99
✓prime



**VESAUR 11" Large and 17" Tall Lighted Makeup Mirror, Double Sided 1X 10X Magnifying…**
★★★★⯪ 3,903
Limited time deal
-11% $79⁹⁹
List: $89.99
✓prime



**Lighted Makeup 3000 mAh Rech Double Sided Magnifying Van…**
★★★★⯪ 7,
Limited time deal
-21% $34⁶⁸
List: $43.99
✓prime

## Products related to this item  Sponsored ⓘ



**Hasipu 40" x 26" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon…**
★★★★⯪ 17
$229⁸⁹
✓prime



**Fenair Vanity Mirror with Lights 22.8' * 18.1' Diamond Light Strip Makeup Mirror wi…**
★★★★⯪ 41
$79⁹⁹
✓prime



**Hollywood Vanity Mirror with Lights, 15 Dimmable Bulbs, 3 Color Lights, Make Up…**
★★★★⯪ 623
Amazon's Choice
$79⁹⁹
✓prime



**Hasipu Vanity Mirror with Lights, 39.4" x 30" LED Makeup Mirror, Lighted Makeup Mir…**
★★★★⯪ 1,646
-5% $135³⁶
Typical: $142.49
✓prime



**24 Inch Round LED Bathroom Mirror with Lights, Frameless Vanity LED Mirror for Bath…**
★★★★★ 10
$149⁹⁹
✓prime
Save 40% with coupon

**FENCHILIN Arc Mirror with Ligh 23.4"x22.4" Arc Makeup Mirror**
★★★★★ 12
-31% $89⁹⁹
List: $129.99
✓prime

 amazon  📍 Delivering to Lake Zurich 60047  Update location | Home & Kitchen ▾ | 🔍 | 🇺🇸 EN | Hello, sign in Account & Lists | Returns & Orders | 🛒 0

8/20/25, 6:37 PM Amazon.com: Hasipu Vanity Mirror with Lights and Crystal Diamond, 32" x24" Hollywood Makeup Mirror with 13 Dimmable Bulbs, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 321 of 377 PageID #:342

Delivering to Lake Zurich 60047 — Home & Kitchen — Hello, sign in Account & Lists — Returns & Orders

*HASIPU was established in 2010. Our factory is 30 years old and keeps growing. We always insist on creating the brand that is most in line with contemporary trends.*

*We firmly believe that what suits us is the best. Incorporate innovation and discovery of the element of beauty into our products. We hope HASIPU home can bring you good luck and happiness!*

**Diamond Mirror 4**

## Product description



8/20/25, 6:37 PM
Amazon.com : Feshine Vanity Mirror with Lights and Crystal Diamond, 32" x 24" Hollywood Makeup Mirror with 13 Dimmable Bulbs, ...

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 322 of 377 PageID #:343



## Product Videos

https://www.amazon.com/dp/B0D5D5YFLZ

8/20/25, 6:37 PM          Amazon.com: Hasipu Vanity Mirror with Lights and Crystal Diamond, 32" x 24" Hollywood Makeup Mirror with 15 Dimmable Bulbs, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 323 of 377 PageID #:344

## Product information

| | |
|---|---|
| Brand | Hasipu |
| Room Type | Living Room |
| Shape | Rectangular |
| Product Dimensions | 32"L x 24"W |
| Frame Material | Glass |
| Style | Modern |
| Mounting Type | Dresser Mount |
| Finish Type | Painted |
| Surface Recommendation | Glass |
| Special Feature | Blinking |
| Color | Led White |
| Number of Pieces | 1 |
| Number of Items | 1 |
| Material | Glass |
| Frame Type | Framed |
| Assembly Required | Yes |
| Manufacturer | Hasipu |
| Size | 32"L x 24"W |
| Item Weight | 46.9 pounds |
| ASIN | B0D5D5YFLZ |
| Customer Reviews | 3.8 ★★★★☆ ⌄   25 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #398,734 in Beauty & Personal Care<br>(See Top 100 in Beauty & Personal Care)<br>#1,712 in Personal Makeup Mirrors |
| Date First Available | May 28, 2024 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Products related to this item *Sponsored* ⓘ

     

Hasipu 55" x 30" LED Diamond Wall Mirror, Led Mirror for Home Décor, Crystal Diamon…
★★★★☆ 17
-12% $349⁹⁹
List: $399.89
✓prime

24 Inch Round LED Bathroom Mirror with Lights, Frameless Vanity LED Mirror for Bath…
★★★★★ 10
$149⁹⁹
✓prime
Save 40% with coupon

Hasipu Vanity Mirror with Lights, 37" x 26" LED Makeup Mirror, Lighted Makeup Mirro…
★★★★☆ 1,646
-5% $126¹⁶
Typical: $132.80
✓prime

Fenair Vanity Mirror with Lights and Bluetooth Speaker 31.5"x23.4" Crushed Diamond …
★★★★☆ 41
$99⁹⁹
✓prime

Hollywood Vanity Mirror with Lights, 15 Dimmable Bulbs, 3 Color Lights, Make Up…
★★★★☆ 623
Amazon's Choice
$79⁹⁹
✓prime

24"x32" LED Ba Mirror with Ligh and Backlit, Ste Dimmable, Ligh
$149⁹⁹
✓prime
Save $30.00 with

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 324 of 377 PageID #:345

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

HIEEY Lighted Makeup Mirror, Hollywood Vanity Mirror with Lights,…
4.5 ★★★★⯪ 2,584
$49.99  List Price: $69.99

HIEEY Lighted Makeup Mirror, Hollywood Vanity Mirror with Lights,…
4.5 ★★★★⯪ 2,584
$49.99  List Price: $69.99

HIEEY Light
Hollywood
4.5 ★★★
$49.99  Lis

## Customer reviews

★★★★☆  3.8 out of 5

25 global ratings

| | | |
|---|---|---|
| 5 star | | 53% |
| 4 star | | 16% |
| 3 star | | 8% |
| 2 star | | 12% |
| 1 star | | 11% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the vanity mirror beautiful, with one mentioning the crushed crystal adds a shiny touch. The mirror's brightness receives positive feedback, with several customers noting it's pretty bright. They also appreciate that it's easy to assemble.

aᵢ , Generated from the text of customer reviews

**Select to learn more**

✓ Beauty  |  ✓ Brightness  |  ✓ Ease of assembly

### Reviews with images

See all photos ›

### Top reviews from the United States

Samira

★★★★★ **Prettiest Vanity Mirror ever and it's only less than $70**

Reviewed in the United States on April 5, 2025

**Verified Purchase**

For $62 you are absolutely getting your worth! I bought this expensive vanity and the original mirror that it came with cost $400 but I wasn't not gone pay that bc it was just too basic for my extra self. This mirror matched my vanity crushed diamond theme so perfectly. I got it for triple less, it's elegant, glam, the brightness is pretty bright, easy to put together. For the price, you can't beat it! Very good quality! I wish it

 

amazon  Delivering to Lake Zurich 60047  📍 Update location   Home & Kitchen ▾   [search]   🔍   🇺🇸 EN   Hello, sign in Account & Lists   Returns & Orders   🛒 0

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 325 of 377 PageID #:346

shocked it was only $62. If you have a basic white vanity, I'd grab this to bring a lil glam and extra prettiness to your vanity bc she is that girl!!!

Sponsored ⓘ

Helpful | Report

JD

★★★★★ **Beautiful mirror**
Reviewed in the United States on July 14, 2025
**Verified Purchase**

Love this mirror for my vanity! Can't beat the price

One person found this helpful

Helpful | Report

Shirley Isma

★★★★☆ **Shiny crystal mirror**
Reviewed in the United States on March 21, 2025
**Verified Purchase**

Love my mirror, plug a little short from where I had arranged it. Quite heavy but not crazy heavy. Crushed crystal put a shiny touch to it beauty. Looks great on my Chester draw.

Helpful | Report

kris

★★☆☆☆ **I'm so disappointed**
Reviewed in the United States on March 21, 2025
**Verified Purchase**

I'm soooo disappointed in the quality of this mirror. It seems as though it's been sitting in a warehouse for a long time and the inner area with the diamonds has collected a lot of dust, which I can't remove because of the way the mirror was made. I've attached some photos of areas where it has dust vs areas without dust. Also, the light isn't as bright as I was hoping and it looks as though the painting is falling off the buttons (picture included). Lastly, there was a small, small crack on the lower left corner of the mirror. I wanted to love this mirror SO much but I just can't with these issues and the price of the mirror. I'm sooo disappointed :(..

Helpful | Report

amazon    Delivering to Lake Zurich 60047
⊙ Update location    Home & Kitchen ▾    🔍     EN    Hello, sign in
Account & Lists    Returns
& Orders    🛒0

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 326 of 377 PageID #:347

Reviewed in the United States on January 8, 2025

Verified Purchase

The foam it caked shipped with had fiberglass, with no caution and the foam was cracked when received and it was everywhere and it caused my skin a rash irritation !!! may need to go to the hospital hoping my skin will improve! the mirror is nice.

Helpful    |    Report

Zipporah

★★★★★ White Led

Reviewed in the United States on June 9, 2025

Verified Purchase

Easy assembly and lights are super bright

Helpful    |    Report

nina

★★★☆☆ My lights don't change color

Reviewed in the United States on April 14, 2025

Verified Purchase

It's beautiful but my lights aren't changing color……… did I get a defected one?

Helpful    |    Report

myra Huzz

★★★★★ cosmetic mirror

Reviewed in the United States on November 17, 2024

Verified Purchase

cosmetic mirror is wonderful easy to install. builds included.
several light function that works well for me. Wow

Helpful    |    Report

See more reviews ›

Sponsored ⓘ

  

8/20/25, 6:37 PM Amazon.com: Vanity Mirror with Lights and Crystal Diamond, 32" x 24" Hollywood Makeup Mirror with 15 Dimmable Bulbs, …

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 327 of 377 PageID #:348

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English   United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates







**LONG-PRESS TO ADJUST THE LIGHTS**



Diamond Details                    Frame                    The Button



32Inch

2.6Inch

24Inch

32Inch

5Inch



Touch Switch



Diammable Light

Sturdy base



HD Glass Mirro

# SAFETY & ENERGY SAVING


3-color lighting


large particles crystal diamond


HD imaging glass


smart touch sensor

8/21/25, 1:32 PM

Hasipu 47"x 18" Full Length LED Mirror with Crystal Crush Diamond Over The Door Hanging & Leaning Full Body Mirror with Lights for Bedroom, Living Room, Dressing Room (Black) - Walmart.com

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 334 of 377 PageID #:355



Pickup or delivery?



Hasipu

**Hasipu 47"x 18" Full Length LED Mirror with Crystal Crush Diamond- Over The Door Hanging & Leaning Full Body Mirror with Lights for Bedroom, Living Room, Dressing Room (Black)**

★☆☆☆☆ (1.0)  |  1 rating

## About this item

- 【DOOR MIRROR FULL LENGTH】Length 47"x Width 18", Thickness: 0.8 inch. The diamond mirror offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. It's also perfect for small space to provide more expansive visuals and enhances the sense of space.enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【NON-SLIP MAT DESIGN】: The mirror is equipped with a non-slip mat to ensure that the mirror hangs on the door when the door is closed will not be randomly jogging, the mirror is fixed to the door at all times, do not need to worry about the mirror will slide off the door.
- 【LEANING AGAINST WALL & DOOR HANGING】There are different ways to use the mirror leaning against wall or hanging on door, it won't occupy more spaces and can be moved to bedroom, living room or cloakroom easily at your will.
- 【WORRY-FREE SERVICE】To make you rest assured to make an order, we provide a complete service. If there is any pre-sale or after-sale question on the full body mirror (eg. broken accidently, accessories missing, etc.), we will provide you with the best solution within 24 hours.

View more ⌄

## At a glance

| Brand | Shape | Size |
|---|---|---|
| Hasipu | Rectangular | 47" x 18" |

| Color type | Mirror type | Decor style |
|---|---|---|
| Black | Floor Mirror | Modern |

View all specifications

**$142.49**

Price when purchased online ⓘ

As low as **$14/mo** with affirm  Learn how

🚚 Free shipping   ↩ Free 30-day returns

Add to cart

🔧 **Pro Wall Hanging Service**   What's covered
☐ Accessory Wall Mounting - $65.00

## How you'll get this item:

| 🚚 Shipping | 🚗 Pickup | 🏢 Delivery |
|---|---|---|
| **Arrives Sep 2** | Not available | Not available |
| **Free** | | |

**Hoffman Estates, 60067**  Change

Arrives by **Tue, Sep 2**  |  More options

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 335 of 377 PageID #:356

Sold and shipped by **Feshine**
★★★☆☆ (3.7) 7 seller reviews

⊘ Free 30-day returns  Details

♡ Add to list                         🎁 Add to registry

---

**Best seller**    Sponsored

**$149.99**

71"x28" Vintage Arched Full-Length Mirror with Carved Metal Frame, Baroque-Style Floor Mirror for Living Room, Bedroom, Entryway or Hallway Decor, Black

★★★★☆ 29

2-day shipping

＋ Add

---

**Best seller**

＋Add

**Now $41.30** ~~$69.99~~
Antok Arched Full Length Floor Mirror 58"x21" Full Body Mirror with Stand, for Bedroom, Living Room, Cloakroom, Black
★★★★☆ 239
2-day shipping

**Best seller**

＋Add

**Now $62.99** ~~$129.99~~
Antok Arched Full Length Floor Mirror 68"x26" Full Body Mirror with Stand, for Bedroom, Living Room, Cloakroom, Black
★★★★☆ 239
2-day shipping

**Best seller**

＋Add

**$149.99**
71"x28" Vintage Arched Full-Length Mirror with Carved Metal Frame, Baroque-Style Floor Mirror for Living Room, Bedroom, Entryway or Hallway Decor, Black
★★★★☆ 29
2-day shipping

---

**Best seller**

Options

Sponsored
**Now $54.99** ~~$199.00~~
More options from $39.99
BEAUTYPEAK Arched Full Length Floor Mirror 64"x21.1" Full Body Standing Mirror,Gold
★★★★☆ 8812
Save with W+
Shipping, arrives **in 2 days**

**Best seller**

Options

Sponsored
**Now $89.00** ~~$199.00~~
Options from $89.00 – $159.00
BEAUTYPEAK 64" x 21" LED Rectangular Full Length Mirror Standing Floor Mirror with Safe Corners,White
★★★★☆ 1169
Save with W+
Shipping, arrives **in 3+ days**

**Best seller**

Options

+9 options
**Now $76.49** ~~$299.00~~
Options from $76.49 – $98.10
BEAUTYPEAK 66"x21" Arched Full Length Mirror Metal Vint
★★★★☆ 290
Save with W+
Shipping, arrives **in 3+ days**

---

## About this item

Product details ⌄

Specifications ⌄

Warranty ⌄

Compare with similar items ⌃



Viewing this item

| | ＋Add | ＋Add | ＋Add | ＋Add | ＋Add | ＋Add | ＋Add | ＋Add |
|---|---|---|---|---|---|---|---|---|
| | $142.49 | Now $89.00 ~~$199.00~~ | Now $54.99 ~~$199.00~~ | Now $59.99 ~~$199.00~~ | Now $76.49 ~~$299.00~~ | Now $53.99 ~~$199.00~~ | Now $45.99 ~~$89.99~~ | Now $45.99 |
| | Hasipu 47"x 18" Full Length LED Mirror wit... | BEAUTYPEAK 64" x 21" LED Rectangular Full... | BEAUTYPEAK Arched Full Length Floor Mirr... | BEAUTYPEAK 64" x 21" Full Length Mirror... | BEAUTYPEAK 66"x21" Arched Full Length... | BEAUTYPEAK 64"x21" Full Length Mirror... | EDX Bathroom Mirror 40"x 30" Wall Mirror... | BEAUTYPEAK Bathroom Mir... |
| | ★☆☆☆☆ 1 | ★★★★☆ 1169 | ★★★★☆ 8812 | ★★★★☆ 10304 | ★★★★☆ 290 | ★★★★☆ 5047 | ★★★★☆ 394 | ★★★★☆ 10 |
| **Shape** | Rectangular | Rectangle | Square | Square | Arch | Rectangle | Rectangular | Arched |
| **Size** | 47" x 18" | 64" x 21" | 64" x 21.1" | 64" x 21" | 66" x 21" | 64" x 21" | 30" x 40" | 24"W x 36"H |
| **Color type** | Black | White | Black | Gold | Bronze | Black | Black | Black |
| **Mirror type** | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Wall Mirror | Wall Mirror |

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 336 of 377 PageID #:357

See More ⌄

💬 Report incorrect product information



Walmart Customer Spark

**Earn Walmart eGift cards**

Get rewarded for sharing your opinions with us.*

Learn more

*Terms apply.

Sponsored ⓘ

Best seller

**Now $29.68** ~~$79.00~~
Options from $29.68 – $55.88

Sponsored

BEAUTYPEAK 24" Wall Mirror Bathroom Mirror Wall Mounted Round Mirror, Black

⭐⭐⭐⭐⭐ 1056

Save with W+

Shipping, arrives **in 3+ days**

Best seller

**Now $53.99** ~~$199.00~~
More options from $47.99

+13 options

BEAUTYPEAK 64"x21" Full Length Mirror Rectangle Body Dressing Floor Standing Mirrors, Black

⭐⭐⭐⭐⭐ 5047

Save with W+

Best seller

**Now $45.99** ~~$139.00~~
More options from $32.99

+12 options

BEAUTYPEAK 24"x 36" Bathroom Mirror Wall Vanity Arched

⭐⭐⭐⭐⭐ 1065

Save with W+

Shipping, arrives **in 3+ days**

## Customer ratings & reviews     ⌃

### 1 out of 5 ⭐☆☆☆☆

1 rating  |  1 review

How item rating is calculated ⓘ

View all reviews

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 100% (1) |

### Customer images



All filters ⌄   ⭐ Star rating ⌄   Verified purchases only

Sort by  |  Most relevant ⌄

**Showing 1-1 of 1 review**

⭐☆☆☆☆ **Verified Purchase** ⓘ Jul 14, 2025

🔍 Annia

The mirror was beautiful but it came broken, how is it possible that they waste people's time and money like that?

**Sold and shipped by:** Feshine

Helpful? 👍 (0)    👎 (0)    Report

View all reviews (1)

OnePay    **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

Case: 1:25-cv-10024 Document #: 1-2 Filed: 09/21/25 Page 337 of 377 PageID #:358



Options

Sponsored

**Now $113.04** ~~$113.04~~

KOSMONIA 68x20" Full Length Mirror,High Strength Tempered Glass Full Body Mirror,Floor Standing with 3 Color Dimmable 504 LED Chips Light Dressing Mirror for Bedroom,Cloakroom,Rectangle Color Black

★★★★☆ 21

Save with W+

Shipping, arrives **in 2 days**



Options

Sponsored

**Now $104.99** ~~$189.99~~
Options from $104.99 – $339.56

Swafrrt 65"x24" Rectangle LED Full Length Mirror, Black Frame Lighted Floor Standing Mirror with Dimmable & 3 Color Lighting for Bedroom Cloakroom

★★★★★ 15

Save with W+



Options

**$99.99**
Options from $99.99 – $119.99

LVSOMT 63"x20" Full Length Mirror with LED Lights, Free S Mounted/Door Hanging Mirror for Bedroom, White

★★★★☆ 53

Save with W+

**Report:**  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

| | |
|---|---|
| Over The Door Mirrors | Layered Mirror |
| Door Hanging Mirror Full Length | Mirror Ceiling Above Bed |
| Door Mirror | Pink Floor Mirror |
| Standing The Wall | Floor Mirrors |
| Leaner Mirror | Cheval Mirrors |
| LED Mirrors | Black Mirrors |

Home / Decor / Mirrors / Shop All Mirrors



# TWO WAYS TO USE



**Decorative Mirror**

**Door Mirror**

# SUPERIOR DIAMOND MATERIAL



**Ours**

**Others**



## Large Diamond Particles



## Non-slip Sticker ×2



## Hooks ×4



**Frame**



**Wire Connector**



**Diamond Details**



**Front**



**Back**



8/21/25, 1:56 PM

Hasipu 69"x26" Rectangle LED Full Length Mirror, Standing/Wall Mounted Mirror with Crystal Diamond Design for Bedroom & Living Room - Walmart.com

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 344 of 377 PageID #:365

 Pickup or delivery?

Sponsored ⓘ

bettergoods **Innovative flavors** Your faves from bettergoods.



Reduced price

Hasipu

**Hasipu 69"x26" Rectangle LED Full Length Mirror, Standing/Wall Mounted Mirror with Crystal Diamond Design for Bedroom & Living Room**

☆ (No ratings yet)

**Size:** 69" x 26"

| 59" x 18"<br>$209.99 | 63" x 20"<br>$195.99 | **69" x 26"**<br>Now $254.99 |

## About this item

- 【LARGE SIZE】: The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

View more ⌄

## At a glance

| Brand<br>Hasipu | Shape<br>Rectangular | Size<br>69" x 26" |
| Color type<br>Black | Mirror type<br>Floor Mirror | Decor style<br>Modern |

View all specifications

**Now $254.99** ~~$335.99~~ ⓘ

You save $81.00

Price when purchased online ⓘ

**As low as $17/mo** with **affirm** Learn how

🚚 Free shipping   ↻ Free 30-day returns

| Add to cart |

🔧 **Pro Wall Hanging Service** What's covered

☐ Accessory Wall Mounting - $65.00

**How you'll get this item:**

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 345 of 377 PageID #:366



Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 346 of 377 PageID #:367

| | | Rectangular | Rectangle | Arch | Square | Rectangular | Square | Rectangular | Arched |
|---|---|---|---|---|---|---|---|---|---|
| **Shape** | | Rectangular | Rectangle | Arch | Square | Rectangular | Square | Rectangular | Arched |
| **Size** | | 69" x 26" | 64" x 21" | 66" x 21" | 64" x 21" | 30" x 40" | 64" x 21.1" | 47" x 18" | 24"W x 36"H |
| **Color type** | | Black | White | Bronze | Gold | Black | Black | Black | Black |
| **Mirror type** | | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Wall Mirror | Floor Mirror | Floor Mirror | Wall Mirror |

See More ⌄

💬 Report incorrect product information


**Innovative flavors**

Your faves from bettergoods.

Shop now

Sponsored ⓘ



In 100+ people's carts

Options

Sponsored

Now **$54.99** ~~$199.00~~
More options from $39.99

BEAUTYPEAK Arched Full Length Floor Mirror 64"x21.1" Full Body Standing Mirror,Gold

⭐⭐⭐⭐ 8812

Save with W+

Shipping, arrives **in 2 days**



Reduced price

Options

Sponsored

Now **$75.39** ~~$107.94~~
Options from $75.39 – $119.69

Hasipu 20"x35" Silver Irregular Wall Mirror Modern Abstract Asymmetrical Decorative Mirror for Living Room, Bathroom, Bedroom & Hallway

Shipping, arrives **in 3+ days**



+ Add

**$142.49**

Hasipu 47"x 18" Full Length LED Mirror with Crystal Crush D Body Mirror with Lights for Bedroom, Living Room, Dressin

⭐ 1

Shipping, arrives **in 3+ days**

## Customer ratings & reviews ⌃

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash



Best seller

Options

Sponsored

Now **$25.99** ~~$44.99~~
Options from $25.99 – $69.99

CONCETTA 71"x26" Arched Full Length Mirror, Full Body Standing Mirror Floor Mirrors, Black

⭐⭐⭐⭐ 381

Save with W+

Shipping, arrives **in 3+ days**



Options

Sponsored

**$175.32**
Options from $175.32 – $187.10

Empire Art Direct Arch Elegant Beveled Wall Mirror I Bathroom, Vanity, Bedroom Mirror - Clear - 20 x 44

⭐⭐⭐ 1

Save with W+

Shipping, arrives **in 3+ days**



+ Add

**$159.99**

LUVODI Rectangle Decorative Wall Mirror 47x24in Crushed

⭐⭐⭐⭐ 26

Save with W+

Shipping, arrives **in 2 days**

**Report:** (i) Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

| | |
|---|---|
| Mirror Ceiling Above Bed | Secure Leaning Mirror |
| Floor Swivel Mirror | Standing Against The Wall |
| Mirror Arms | Mirror Dorm |
| Over The Door Mirrors | Cheval Mirrors |
| Floor Mirrors | Leaner Mirror |
| LED Mirrors | Black Mirrors |

Home / Decor / Mirrors / Shop All Mirrors

**Report:** (i) Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

| | |
|---|---|
| Mirror Ceiling Above Bed | Secure Leaning Mirror |
| Floor Swivel Mirror | Standing Against The Wall |
| Mirror Arms | Mirror Dorm |
| Over The Door Mirrors | Cheval Mirrors |
| Floor Mirrors | Leaner Mirror |
| LED Mirrors | Black Mirrors |





26"

69"

## SARETY & ENERGY SAVING

- 3-color lighting
- Large particles crystal diamond
- HD imaging glass
- Smart touch sensor

# SHORT PRESS TO CHANGE THE LIGHTS

Cool Light

Natural Light

Warm Light



# MULTI WAYS TO USE



Leaning

Hanging

(Horizontal/Vertical)

Standing



**Frame**



**Hooks**



**Diamond Details**



**Front**



**Back**

**LIGHT ON**

**LIGHT OFF**







**Bedroom**

**Living room**

**Fashion store**

**Cloakroom**

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 356 of 377 PageID #:377

Pickup or delivery?

Sponsored ⓘ

bettergoods    **Innovative flavors**  Your faves from bettergoods.



Hasipu

**Hasipu 63"x22" Arched Full-Length LED Mirror, Wall Mount/Leaning Floor Mirror with Dimming & 3 Color Modes, Crystal Crush Diamond Design for Bedroom, Living Room**

☆ (No ratings yet)

**Size:** 63" x 22"

| 59" x 18" $198.79 | **63" x 22" $239.79** | 71" x 24" $269.99 |

### About this item

- 【LARGE SIZE】: The large size of the arched diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED arched Full-length mirror is made of crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with two-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel...

View more ⌄

### At a glance

| Brand | Shape | Size |
|---|---|---|
| Hasipu | Oval | 63" x 22" |
| **Color type** | **Mirror type** | **Decor style** |
| Black | Floor Mirror | Modern |

View all specifications

---

**$239.79**

Price when purchased online ⓘ

**As low as $23/mo** with affirm| Learn how

🚚 Free shipping    ↩ Free 30-day returns

Add to cart

🔧  **Pro Wall Hanging Service**  What's covered

☐  Accessory Wall Mounting - $65.00

### How you'll get this item:

| 🚚 Shipping | 🚗 Pickup | 🛍 Delivery |

8/21/25, 2:00 PM    Hasipu 63"x22" Arched Full-Length LED Mirror Wall Mount Leaning Floor Mirror with Dimming, 3-Color Modes, Crystal Crush Diamond Design for Bedroom, Living Room - Walmart.com

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 357 of 377 PageID #:378

| Arrives Sep 2 Free | Not available | Not available |
|---|---|---|

**Hoffman Estates, 60067**   Change

Arrives by **Tue, Sep 2** | More options

**Only 3 left**

Sold and shipped by Feshine

★★★½ (3.7)   7 seller reviews

Free 30-day returns   Details

Add to list          Add to registry

---

**Best seller**

Sponsored

**Now $69.99** ~~$129.99~~

Antok 68"x 26" Arched Full Length Mirror Standing Floor Mirror Stand Up Mirror, Gold Frame

★★★★½ 64

3+ day shipping

[ + Add ]

---

**Best seller**

**Now $69.99** ~~$129.99~~

Antok 68"x 26" Arched Full Length Mirror Standing Floor Mirror Stand Up Mirror, Black Frame

★★★★½ 64

3+ day shipping

[ + Add ]

**Best seller**

**Now $62.99** ~~$129.99~~

Antok Arched Full Length Floor Mirror 68"x26" Full Body Mirror with Stand, for Bedroom, Living Room, Cloakroom, Black

★★★★½ 239

2-day shipping

[ + Add ]

**Best seller**

**Now $41.30** ~~$69.99~~

Antok Arched Full Length Floor Mirror 58"x21" Full Body Mirror with Stand, for Bedroom, Living Room, Cloakroom, Black

★★★★½ 239

2-day shipping

[ + Add ]

---

**Best seller**

Sponsored

**Now $54.99** ~~$199.00~~

More options from $39.99

BEAUTYPEAK Arched Full Length Floor Mirror 64"x21.1" Full Body Standing Mirror,Gold

★★★★½ 8812

Save with W+

Shipping, arrives **in 2 days**

[ Options ]

**In 200+ people's carts**

Sponsored

**Now $59.99** ~~$199.00~~

More options from $44.43

BEAUTYPEAK 64"x 21" Full Length Mirror Arched Standing Floor Mirror Full Body Mirror, Gold

★★★★½ 10304

Save with W+

Shipping, arrives **in 3+ days**

[ Options ]

**Reduced price**

+20 options

**Now $384.74** ~~$427.49~~

More options from $161.99

Hasipu 75" x 28" LED Arch Full Length Mirror, White Frame Leaning for Bedroom, Living Room, Dressing Area

Shipping, arrives **in 3+ days**

[ Options ]

---

## About this item

| Product details | ⌄ |
|---|---|
| Specifications | ⌄ |
| Warranty | ⌄ |
| Compare with similar items | ⌃ |



Viewing this item

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [ + Add ] | [ + Add ] | [ + Add ] | [ + Add ] | [ + Add ] | [ + Add ] | [ + Add ] | [ + Add ] |
| $239.79 | Now $384.74 ~~$427.49~~ | $419.99 | Now $429.79 ~~$526.99~~ | Now $76.49 ~~$299.00~~ | Now $89.00 ~~$199.00~~ | Now $45.11 ~~$89.99~~ | Now $53.99 |
| Hasipu 63"x22" Arched Full-Length LED Mirro... | Hasipu 95" X 40" LED Arch Full Length Mirro... | Hasipu 83" x 35" LED Full Length Mirror,... | Hasipu 95" x 40" Rectangle LED Full... | BEAUTYPEAK 66"x21" Arched Full Length... | BEAUTYPEAK 64" x 21" LED Rectangular Full... | Full Length Mirror with LED Lights, 64"x21"... | EDX LED 3 Co Lighting Full L |
| | | | | ★★★★☆ 290 | ★★★★½ 1169 | ★★★★★ 191 | ★★★★½ 4 |

| Shape | Oval | Rectangular | Rectangular | Rectangular | Arch | Rectangle | Rectangle | Arched |
|---|---|---|---|---|---|---|---|---|

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 358 of 377 PageID #:379

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Size | 63" x 22" | 95" x 40" | 83" x 35" | 95" x 40" | 66" x 21" | 64" x 21" | 64" x 21" | 60" x 16" |
| Color type | Black | Black | Clear | White | Bronze | White | White | White |
| Mirror type | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Standing Mirror | Floor Mirror |

See More ⌄

💬 Report incorrect product information

bettergoods

**Innovative flavors**

Your faves from bettergoods.

Shop now



Sponsored ⓘ

**Best seller**



Options

Sponsored

**Now $44.09** ~~$89.99~~
Options from $44.09 – $47.69

BEAUTYPEAK 48"x 14"Arched Full Length Mirror Wall Mounted Door Mirror,Black

★★★★☆ 220

Save with W+

Shipping, arrives **in 3+ days**



Options

Sponsored

**Now $104.99** ~~$189.99~~
Options from $104.99 – $339.56

Swafrrt 65"x24" Rectangle LED Full Length Mirror, Black Frame Lighted Floor Standing Mirror with Dimmable & 3 Color Lighting for Bedroom Cloakroom

★★★★★ 15

Save with W+

Shipping, arrives **in 2 days**



Add

**Now $45.11** ~~$89.99~~ +$34.99 shipping

Full Length Mirror with LED Lights, 64"x21" Lighted Floor St

★★★★★ 191

Shipping, arrives **in 3+ days**

## Customer ratings & reviews ⌃

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Best seller**



Options

Sponsored

**Now $25.99** ~~$44.99~~
Options from $25.99 – $69.99

CONCETTA 71"x26" Arched Full Length Mirror, Full Body Standing Mirror Floor Mirrors, Black

★★★★☆ 381

Save with W+

Shipping, arrives **in 3+ days**



Options

Sponsored

**Now $113.04** ~~$113.04~~

KOSMONIA 68x20" Full Length Mirror,High Strength Tempered Glass Full Body Mirror,Floor Standing with 3 Color Dimmable 504 LED Chips Light Dressing Mirror for Bedroom,Cloakroom,Rectangle Color Black

★★★★☆ 21

Save with W+

Shipping, arrives **in 2 days**



Add

**$159.99**

LUVODI Rectangle Decorative Wall Mirror 47x24in Crushed

★★★★★ 26

Save with W+

Shipping, arrives **in 2 days**

Report: ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

8/21/25, 2:00 PM

Hasipu 63"x22" Arched Full-Length LED Mirror Wall Mount Leaning Floor Mirror with Dimming, 3 Color Modes, Crystal Crush Diamond Design for Bedroom, Living Room - Walmart.com

Case: 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 359 of 377 PageID #:380

## Related pages

Mirror Ceiling Above Bed

Secure Leaning Mirror

Length Mirror Wall Mount

Over The Door Mirrors

Floor Mirrors

Black Mirrors

Full Lenght

Floor Mirror White

Mirror Length

Cheval Mirrors

Leaner Mirror

White Mirrors

Home / Decor / Mirrors / Shop All Mirrors





## Hooks×2



## Diamond Details



## Wire Connerctor





Case 1:25-cv-12804 Document 4-1 filed 03/31/25 Page 362 of 377 PageID #:362

# THREE COLOR MODES

### Short press "Light" button to change light color



Warm Light      Natural Light      Cool Light

# THREE WAYS TO INSTALL

Leaning

Hanging

Freestanding







# AJUSTABLE BRIGHTNESS

## Long-press to adjust the lights



10%          50%          100%

Pickup or delivery?

Sponsored ⓘ

Windex
**Streak-free shine** Get $1.50 Walmart Cash.
CLEANS 2X FASTER



Hasipu

**Hasipu 63"x20" Rectangle LED Full Length Mirror, Standing/Wall Mounted Mirror with Crystal Diamond Design for Bedroom & Living Room**

☆ (No ratings yet)

**Size:** 63" x 20"

| 59" x 18"<br>$209.99 | **63" x 20"**<br>**$195.99** | 69" x 26"<br>Now $254.99 |

## About this item

- 【LARGE SIZE】: The large size of the diamond mirror to offer choice for more many occasions to be a perfect decoration such as living room,dining room, bedroom, bathroom, restaurant, clubs, hotels and entryway etc. Large enough for you to see your full outfit in a single glance.
- 【SELECTED MATERIAL】: LED Full-length mirror is made of acrylic crystal crush diamond, polished HD glass and solid MDF wood back. The high-quality material make the mirror seems more high-graded and more sturdy. Its large reflective surface that can project light around the room, making it easy to brighten your home and give a better sense of light and space .
- 【ELEGANT DESIGN】: Frameless mirror design can fit with different style of home decoration which adds fashionable and elegant element to your house. The mirror can lean to the wall or you can hang it on the wall for space-saving as you need.
- 【EASY INSTALLATION】:The wall mirror comes with four four-screwed reinforced metal hangers on the back, Just drive the screws into the wall and put two holes to hang the mirror on the screws to complete installation.This mirror has 2 installation methods, which can be hung horizontally or vertically to fit your various demands.
- 【CONFIDENTLY BUY】: Our package has passed professional dropping test to guarantee the mirror keep perfect condition in transit. it is protected by multiple packaging and secured with special customized thick foam in carton box. If there is any issue of our mirror, please feel free to contact us. We will provide excellent customer service for you to solve the issue.

View more ⌄

## At a glance

| Brand<br>Hasipu | Shape<br>Full-Length | Size<br>63" x 20" |
| Mirror type<br>Floor Mirror | Decor style<br>Modern | Rec. room<br>Bedroom |

View all specifications

**$195.99**

Price when purchased online ⓘ

**As low as $19/mo** with *affirm* Learn how

🚚 Free shipping  ⟳ Free 30-day returns

**Add to cart**

🔵 **Pro Wall Hanging Service** What's covered
☐ Accessory Wall Mounting - $65.00

## How you'll get this item:

| 🚚 **Shipping** | 🚗 Pickup | 🛍️ Delivery |



| Arrives Sep 2 Free | Not available | Not available |

**Hoffman Estates, 60067**  Change

Arrives by **Tue, Sep 2**  |  More options

Sold and shipped by Feshine

⭐⭐⭐½☆ (3.7)  7 seller reviews

Free 30-day returns  Details

♡ Add to list                          🎁 Add to registry

---

Best seller

Sponsored

**Now $69.99** $99.99

CONCETTA 71"x26" LED Arched Full Length Mirror, Lighted Full Body Mirror with Aluminum Frame and Polished Glass for Bedroom

⭐⭐⭐⭐½ 381

3+ day shipping

**+ Add**

---

Best seller

**+ Add**

**Now $69.99** $99.99

CONCETTA 71"x26" LED Arched Full Length Mirror, Lighted Full Body Mirror with Aluminum Frame and Polished Glass for Bedroom

⭐⭐⭐⭐½ 381

3+ day shipping

Best seller

**+ Add**

**Now $62.99** $129.99

Antok Arched Full Length Floor Mirror 68"x26" Full Body Mirror with Stand, for Bedroom, Living Room, Cloakroom, Black

⭐⭐⭐⭐½ 239

2-day shipping

Best seller

**+ Add**

**Now $35.99** $59.99

Antok 59"x16" Full Length Floor Mirror Rectangle Aluminum Frame Standing Leaning Wall Mounted Black

⭐⭐⭐⭐½ 44

2-day shipping

---

Best seller

Options

Sponsored

**Now $44.09** $89.99

Options from $44.09 – $47.69

BEAUTYPEAK 48"x 14"Arched Full Length Mirror Wall Mounted Door Mirror,Black

⭐⭐⭐⭐☆ 220

Save with W+

Shipping, arrives **in 3+ days**

In 200+ people's carts

Options

Sponsored

**Now $59.99** $199.00

More options from $44.43

BEAUTYPEAK 64"x 21" Full Length Mirror Arched Standing Floor Mirror Full Body Mirror, Gold

⭐⭐⭐⭐½ 10304

Save with W+

Shipping, arrives **in 3+ days**

Best seller

Options

+6 options

**Now $89.00** $199.00

Options from $89.00 – $159.00

BEAUTYPEAK 64"x 21" LED Arched Full Length Mirror Stand

⭐⭐⭐⭐½ 1169

Save with W+

Shipping, arrives **in 3+ days**

---

## About this item

Product details ⌄

Specifications ⌄

Warranty ⌄

Compare with similar items ⌃

| | Viewing this item | | | | | | |
|---|---|---|---|---|---|---|---|
| | **+ Add** | **+ Add** | **+ Add** | **+ Add** | **+ Add** | **+ Add** | **+ Add** | **+ Add** |
| | $195.99 | Now $89.00 $199.00 | Now $76.49 $299.00 | Now $59.99 $199.00 | Now $45.99 $89.99 | Now $54.99 $199.00 | $142.49 | Now $45.99 |
| | Hasipu 63"x20" Rectangle LED Full... | BEAUTYPEAK 64" x 21" LED Rectangular Full... | BEAUTYPEAK 66"x21" Arched Full Length... | BEAUTYPEAK 64"x 21" Full Length Mirror... | EDX Bathroom Mirror 40"x 30" Wall Mirror... | BEAUTYPEAK Arched Full Length Floor Mirr... | Hasipu 47"x 18" Full Length LED Mirror wit... | BEAUTYPEAK Bathroom Mir... |
| | ⭐⭐⭐⭐½ 1169 | ⭐⭐⭐⭐☆ 290 | ⭐⭐⭐⭐½ 10304 | ⭐⭐⭐⭐½ 394 | ⭐⭐⭐⭐½ 8812 | ⭐☆☆☆☆ 1 | ⭐⭐⭐⭐½ 1 |
| **Shape** | Full-Length | Rectangle | Arch | Square | Rectangular | Square | Rectangular | Arched |
| **Size** | 63" x 20" | 64" x 21" | 66" x 21" | 64" x 21" | 30" x 40" | 64" x 21.1" | 47" x 18" | 24"W x 36"H |

| Mirror type | Floor Mirror | Floor Mirror | Floor Mirror | Floor Mirror | Wall Mirror | Floor Mirror | Floor Mirror | Wall Mirror |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Decor style | Modern | - | Mid-Century | - | Modern | - | Modern | Modern |

See More ⌄

💬 Report incorrect product information


**Innovative flavors**
Your faves from bettergoods.

Shop now



Sponsored ⓘ



Best seller

Options

Sponsored
Now **$54.99** ~~$199.00~~
More options from $39.99
BEAUTYPEAK Arched Full Length Floor Mirror 64"x21.1" Full Body Standing Mirror,Gold
⭐⭐⭐⭐ 8812
Save with W+
Shipping, arrives **in 2 days**



Reduced price

Options

Sponsored
Now **$75.39** ~~$107.94~~
Options from $75.39 – $119.69
Hasipu 20"x35" Silver Irregular Wall Mirror Modern Abstract Asymmetrical Decorative Mirror for Living Room, Bathroom, Bedroom & Hallway
Shipping, arrives **in 3+ days**



+ Add

**$142.49**
Hasipu 47"x 18" Full Length LED Mirror with Crystal Crush D
Body Mirror with Lights for Bedroom, Living Room, Dressin
⭐ 1
Shipping, arrives **in 3+ days**

## Customer ratings & reviews ⌃

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. **Join OnePay Cash**



Best seller

Options

Sponsored
Now **$25.99** ~~$44.99~~
Options from $25.99 – $69.99
CONCETTA 71"x26" Arched Full Length Mirror, Full Body Standing Mirror Floor Mirrors, Black
⭐⭐⭐⭐ 381
Save with W+
Shipping, arrives **in 3+ days**



+ Add

Sponsored
**$159.99**
LUVODI Rectangle Decorative Wall Mirror 47x24in Crushed Diamond Makeup Mirror for Living Room Decor
⭐⭐⭐⭐ 26
Save with W+
Shipping, arrives **in 2 days**



Rollback

Options

+4 options
Now **$35.99** ~~$39.99~~
CONGUILIAO Full Length Mirror 58"x18" Arch Floor Mirror w
Standing Hanging or Leaning Against Wall for Bedroom En
⭐⭐⭐⭐ 35
Save with W+
Shipping, arrives **tomorrow**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Case 1:25-cv-10024 Document #: 1-2 Filed: 08/21/25 Page 369 of 377 PageID #:390

## Related pages

Mirror Ceiling Above Bed

Mirror Dorm

Mirror Arms

Over The Door Mirrors

Floor Mirrors

LED Mirrors

Secure Leaning Mirror

Shatterproof Mirror

Cheval

Cheval Mirrors

Leaner Mirror

Black Mirrors

Home / Decor / Mirrors / Shop All Mirrors



## SARETY & ENERGY SAVING

- 3-color lighting
- Large particles crystal diamond
- HD imaging glass
- Smart touch sensor



20"

63"

# SHORT PRESS TO CHANGE THE LIGHTS

Cool Light          Natural Light          Warm Light



# MULTI WAYS TO USE



Leaning

Hanging

(Horizontal/Vertical)

Standing



**Frame**



**Hooks**



**Diamond Details**



**Front**



**Back**

**LIGHT ON**

**LIGHT OFF**







# Bedroom

# Living room

# Fashion store

# Cloakroom

