**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLING MIRROR LLC, | |
| Plaintiff, | Case No.: 1:25-cv-10024 |
| v. | District Judge: Hon. Elaine E. Bucklo |
| GUANGZHOU SHENGYANG LEATHER GOODS CO., LTD. d/b/a SYBAG and GUANGZHOU FEIZHULIU LEATHER GOODS CO., LTD. d/b/a FESHINE, | Magistrate Judge: Hon. Daniel P. McLaughlin |
| Defendants. | JURY TRIAL DEMANDED |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF
A TEMPORARY RESTRAINING ORDER, INCLUDING EXPEDITED DISCOVERY**

Plaintiff Bling Mirror LLC seeks entry of an *ex parte* temporary restraining order against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of unauthorized products, a temporary asset restraint, and expedited discovery in an action arising out of 35 U.S.C. § 271 of the Patent Act and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

DATE: August 26, 2025

Respectfully submitted,

/s/ Benjamin A. Campbell
Edward L. Bishop
ebishop@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
James J. Jagoda
jjagoda@bdl-iplaw.com
Brockton D. Ash
bash@bdl-iplaw.com
BISHOP & DIEHL, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
Tel.: (847) 969-9123

*Counsel for Plaintiff, Bling Mirror LLC.*