# EXHIBIT B

**Bling Mirror LLC, v. Guangzhou Shengyang Leather Goods Co., Ltd. d/b/a Sybag and Guangzhou Feizhuliu Leather Goods Co., Ltd. d/b/a Feshine**

**Claim Chart – US Patent No. 10,258,174**

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| A full length light up bling mirror, comprising: | The Infringing Products are full length light up bling mirrors:<br><br>*See e.g.*, Dkt. 1-1, p. 15<br><br>*See e.g. id.* at p. 16 |

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| a mirror to provide a reflection; and | As image shown in the image below, the Infringing Products include a mirror to provide a reflection:<br><br><br><br>*Id.* |

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| a border to surround an entire edge of the mirror, the border comprising: | As shown below, the Infringing Products have a border surrounding an entire edge of the mirror:<br><br><br><br>*Id.* |

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| a plurality of crystals disposed on a front surface of the border, | As shown below, the Infringing Products include a plurality of crystals disposed (or arranged, positioned, or placed) on a front surface of the border:  |

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| a plurality of light emitting diodes (LEDs) disposed within the plurality of crystals, and |  **LEDs disposed within crystals shown illuminated (left) and deactivated (right)** |

| US Pat. No. 10,258,174 | Infringing Products |
|---|---|
| A CPU to control the plurality of LEDs to change at least one of colors and lighting settings. | The Infringing Products include a CPU to control the plurality of LEDs to change at least one of colors and lighting settings (*e.g.*, to change to cool, natural, or warm light temperatures) as shown below:<br><br><br><br>*Id.* at p.15<br><br>The use of a touch sensor indicates the use of a CPU, particularly as the sensor is described as being a "Smart touch sensor." *See e.g.*, *id.* at p. 18. |