# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLING MIRROR LLC, | |
| Plaintiff, | Case No. 1:25-cv-10024 |
| v. | District Judge Elaine E. Bucklo |
| GUANGZHOU SHENGYANG LEATHER GOODS CO., LTD. d/b/a SYBAG and GUANGZHOU FEIZHULIU LEATHER GOODS CO., LTD. d/b/a FESHINE, | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | **JURY TRIAL DEMANDED** |

**DECLARATION OF SASON GABAY**

I, Sason Gabay, hereby declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am the Chief Executive Officer of the Plaintiff in this action, Bling Mirror LLC.

3. Bling Mirror LLC is the lawful owner by assignment of all right, title, and interest in U.S. Patent No. 10,258,174 B2 ("the '174 Patent).

4. Bling Mirror LLC has not licensed out its intellectual property rights in the '174 Patent to the either Defendant in this case.

5. Bling Mirror LLC sells products under its "GlowGlass" line of products which embody the claims of the '174 Patent.

6. Bling Mirror LLC would not have voluntarily granted a license to either defendant.

1

7. Bling Mirror LLC has suffered harm in the forms of lost sales, reduced market share, and price pressure due to Defendants' infringement of the '174 Patent.

8. Specifically, I monitor the market for Bling Mirror LLC's products (including non-infringing competitors and the Infringing Products sold by Defendants).

9. My tracking of the market has shown that Defendants have cornered a substantial portion of the market through their infringement and that their Infringing Products compete directly with, and unfairly divert sales from, Bling Mirror LLC's own embodying products.

10. Defendants' infringing activity has thus made it difficult for Bling Mirror LLC to generate or expand the market share for its own embodying products.

11. The infringing activity also damages Bling Mirror, LLC's reputation or limits its ability to control its reputation because customers associate the Infringing Products with Bling Mirror, LLC. Specifically, Bling Mirror, LLC advertises that its products embody the '174 patent. Thus, when consumers see other products that incorporate the features of the '174 Patent, I believe they associate those products with Bling Mirror, LLC.

12. Moreover, it is incredibly difficult to recapture a customer that has been lost to a competitor through infringement. In particular, online marketplaces such as Amazon.com and Walmart.com remind buyers about the products they have purchased in the past to steer customers to repeat purchases rather than alternatives. Consequently, when a customer is diverted to a competitor through infringement, they are then redirected to that competitor for future sales.

Executed on August 26, 2025

/s/_____

Sason Gabay

2