**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLING MIRROR LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GUANGZHOU SHENGYANG LEATHER GOODS CO., LTD. d/b/a SYBAG and GUANGZHOU FEIZHULIU LEATHER GOODS CO., LTD. d/b/a FESHINE<br><br>     Defendants. | Case No. 1:25-cv-10024<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Daniel P. McLaughlin<br><br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

This will certify that on September 17, 2025, true and correct copies of: Plaintiff's Complaint, Exhibit 1 to the Complaint, and the Summonses issued to Defendants Guangzhou Shengyang Leather Goods Co., Ltd. d/b/a Sybag and Guangzhou Feizhuliu Leather Goods Co., Ltd. d/b/a Feshine were attached to an email sent to Pete Wolfgram, counsel for Defendants, at pwolfgram@stratumlaw.com. Mr. Wolfgram had previously agreed to accept service on behalf of Defendants. Exhibit 2 to the Complaint, which was too large to attach to an email, was provided via a download link in the September 17, 2025 email to counsel.

Counsel for Defendants has acknowledged receipt of all service documents and confirmed that Defendants were served on September 17, 2025. *See* Dkt. 15.

//

1

Dated: September 26, 2025

Respectfully submitted,

/s/ Benjamin A. Campbell
Edward L. Bishop
ebishop@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
James J. Jagoda
jjagoda@bdl-iplaw.com
Brockton D. Ash
bash@bdl-iplaw.com
BISHOP & DIEHL, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Tel.:    (847) 969-9123
Fax:    (847) 969-9124

*Counsel for Plaintiff Bling Mirror, LLC*

2