**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLING MIRROR LLC, | |
| Plaintiff, | Case No. 1:25-cv-10024 |
| v. | District Judge Andrea R. Wood |
| GUANGZHOU SHENGYANG LEATHER GOODS CO., LTD. d/b/a SYBAG and GUANGZHOU FEIZHULIU LEATHER GOODS CO., LTD. d/b/a FESHINE | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* SUPPLEMENT REGARDING MOTION FOR INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff Bling Mirror LLC respectfully moves for leave to file *instanter* a supplement in support of the pending motion for injunctive relief and expedited discovery (Dkt. 7). The proposed supplement (together with its exhibits) is attached hereto as Exhibit 1.

A supplemental brief is warranted here because new events have occurred and additional facts have been discovered after briefing on the motion was completed. In particular, Defendants' initial disclosures, document production, and subsequent supplemental initial disclosures make conflicting statements regarding the scope of this dispute including the identify and relationship of potential parties and the volume of accused sales. Because these facts and events directly impact the needs of this case, expedited discovery from reliable sources (namely, the third-party marketplaces) is necessary to properly evaluate what is and is not proportionate under Rule 26.

Moreover, the inability for Defendants to accurately identify their own accused sales further demonstrates that injunctive relief is necessary to ensure that Plaintiff does not suffer additional harm that will not be easily rectified.

Therefore, Plaintiff respectfully moves this Court to grant it leave to file the attached supplemental brief *instanter*.

DATED: November 10, 2025

Respectfully Submitted,

/s/ Benjamin A. Campbell
Edward L. Bishop
ebishop@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
James J. Jagoda
jjagoda@bdl-iplaw.com
Brockton D. Ash
bash@bdl-iplaw.com
BISHOP & DIEHL, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:     (847) 969-9123
Facsimile:     (847) 969-9124

*Counsel for Plaintiff Bling Mirror LLC*