**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bling Mirror LLC

Plaintiff,

v.

Case No.: 1:25−cv−10024
Honorable Andrea R. Wood

Guangzhou Shengyang Leather Goods Co., Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/30/2026. Sason Gabay, a representative for Bling Mirror LLC, appears on the line. For the reasons stated on the record, motion for leave to withdraw as counsel [53] is granted. Attorneys Edward L. Bishop, Benjamin A. Campbell, James J. Jagoda, and Brockton D. Ash are terminated as counsel of record. Mr. Gabay reports that he requires additional time to seek and retain new counsel. The Court grants the request. Any new counsel for Plaintiff shall file an appearance and participate at the next telephonic status hearing. If Plaintiff has not retained new counsel, Mr. Gabay must personally appear at the telephonic status hearing. The Clerk is directed to provide a copy of this order to Sason Gabay via email at sgabay@insightholding.com. In the meantime, the Court stays proceedings pending resolution of representation. Telephonic status hearing set for 9/17/2026 at 10:45 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.